IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE OPANA ER ANTITRUST LITIGATION | MDL No. 2580 <br><br> Lead Case No. 14 C 10150 <br><br> Member cases: <br> 14 C 5416 <br> 14 C 6171 <br> 14 C 4651 <br> 14 C 10151 <br> 14 C 10289 <br> 14 C 10154 <br> 14 C 10153 <br> 15 C 1359 <br> 15 C 1473 <br><br> Related cases: <br> 14 C 7320 <br> 14 C 7742 <br> 15 C 0269 <br><br> Hon. Harry D. Leinenweber |

## ORDER

Any future filings in this MDL case should be docketed under lead case number 14 C 10150. The caption for such filings should indicate the case name, the MDL Number, the lead case number, and which case or group of cases the document refers to. The following is an example of the proper caption format:

| | |
|---|---|
| IN RE OPANA ER ANTITRUST LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br> All Direct Purchaser Actions **or** <br> All Actions **or** <br> Case Nos. XX C XXXX; XX C XXXX | MDL No. 2580 <br><br> Lead Case No. 14 C 10150 <br><br> Hon. Harry D. Leinenweber |

**SO ORDERED.**

Dated: 2/24/2015

_____
Harry D. Leinenweber, Judge
United States District Court

1