**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE OPANA ER ANTITRUST LITIGATION | MDL No. 2580 |
| | Lead Case No. 14 C 10150 |
| THIS DOCUMENT RELATES TO: | Hon. Harry D. Leinenweber |
| ALL END-PAYOR ACTIONS | |
| Case Nos. 14 C 6171; 14 C 4651; 14 C 7742; 14 C 10153; 14 C 10154; 14 C 10289; 15 C 0269; 15 C 1473 | |

## MOTION FOR LEAVE TO EXCEED PAGE LIMIT UNDER L.R. 7.1

Plaintiffs Plumbers & Pipefitters Local 178 Health & Welfare Trust Fund and Massachusetts Bricklayers & Masons Health and Welfare Fund move this Honorable Court for leave to file their Motion to Appoint the Law Firms of Freed Kanner London & Millen LLC and Labaton Sucharow LLP as Interim Co-Lead Counsel for the End-Payor Class ("Co-Lead Counsel Motion") in excess of the 15 page limit under Local Rule 7.1.

Additional pages are requested due to the breadth of relevant issues in a motion to appoint counsel under Fed. R. Civ. P. 23(g). Specifically the Co-Lead Counsel Motion addresses: (1) the work performed by Freed Kanner and Labaton Sucharow identifying and investigating potential claims in this action; (2) the relevant experience, competence and integrity of Freed Kanner and Labaton Sucharow; (3) the ability of Freed Kanner and Labaton Sucharow to work together cooperatively as well as their respective reputations among peers and adversaries; (4) the firms' knowledge of applicable law; and (5) resources available to represent the proposed End-Payor Class.

WHEREFORE, Plaintiffs respectfully request that this Court grant them leave to file

Plaintiffs' Co-Lead Counsel Motion in excess of 15 pages, but no more than 20 pages.

Dated: February 24, 2015                          Respectfully submitted,


**LABATON SUCHAROW LLP**              **FREED KANNER LONDON & MILLEN LLC**

By: */s/ Gregory S. Asciolla*                   By: */s/ Michael J. Freed*

Gregory S. Asciolla                                Michael J. Freed
Matthew J. Perez                                   Steven A. Kanner
140 Broadway                                       Robert J. Wozniak
New York, New York 10005                           Donald L. Sawyer
Tel: (212) 907-0700                                2201 Waukegan Road, Suite 130
Fax: (212) 818-0477                                Bannockburn, IL 60015
gasciolla@labaton.com                              Tel: (224) 632-4500
mperez@labaton.com                                 Fax: (224) 632-4521
                                                   mfreed@fklmlaw.com
                                                   skanner@fklmlaw.com
                                                   rwozniak@fklmlaw.com
                                                   dsawyer@fklmlaw.com


*Counsel for Plaintiff Massachusetts*              *Counsel for Plaintiff Plumbers & Pipefitters Local*
*Bricklayers & Masons Health and*                  *178 Health & Welfare Trust Fund*
*Welfare Fund*