# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: OPANA ER ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>All End-Payor Actions | MDL No. 2580<br><br>Lead Case No. 14 C 10150<br><br>Hon. Harry D. Leinenweber |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE *INSTANTER* A MEMORANDUM OF LAW IN EXCESS OF 15 PAGES IN SUPPORT OF THEIR MOTION FOR APPOINTMENT AS INTERIM CO-LEAD COUNSEL

Plaintiffs Wisconsin Masons' Health Care Fund, Pennsylvania Employees Benefit Trust Fund, and Fraternal Order of Police, Miami Lodge 20 Insurance Trust Fund ("Moving Plaintiffs") respectfully submit this motion for leave to file *instanter* a memorandum of law in excess of fifteen pages in support of their motion for appointment as interim co-lead counsel for the End-Payor Class. In support of their motion, Moving Plaintiffs state as follows:

1. Pursuant to the Court's Order (ECF No. 31) and Rule 23(g), Moving Plaintiffs are filing a motion for appointment as interim co-lead counsel for the putative End-Payor Class on the Court's scheduled deadline, February 24, 2015.

2. For the Court to be fully informed on issues related to Moving Plaintiffs' motion in this complex matter, Moving Plaintiffs request leave to file *instanter* a memorandum of law not to exceed twenty pages in length.

WHEREFORE, Moving Plaintiffs respectfully request that the Court enter an Order granting them leave to file a memorandum of law in excess of fifteen pages in support of their motion for appointment as interim co-lead counsel for the putative End-Payor Class.

Dated: February 24, 2015

                              Respectfully submitted,

                        By: /s/ Kenneth A. Wexler
                              Kenneth A. Wexler
                              Thomas A. Doyle
                              Bethany R. Turke
                              Justin N. Boley
                              **WEXLER WALLACE LLP**
                              55 West Monroe Street, Suite 3300
                              Chicago, IL 60603
                              Phone: 312.346.2222
                              Fax: 312.346.0022
                              kaw@wexlerwallace.com
                              tad@wexlerwallace.com
                              brt@wexlerwallace.com
                              jnb@wexlerwallace.com

                              *Counsel for Wisconsin Masons' Health Care Fund, Pennsylvania Employees Benefit Trust Fund, and the Putative End-Payor Class*


                              Daniel E. Gustafson
                              Jason S. Kilene
                              Sara J. Payne
                              **GUSTAFSON GLUEK PLLC**
                              120 South Sixth Street, Suite 2600
                              Minneapolis, MN 55402
                              Tel: 612-333-8844
                              Fax: 612-339-6622
                              dgustafson@gustafsongluek.com
                              jkilene@gustafsongluek.com
                              spayne@gustafsongluek.com

                              *Counsel for Wisconsin Masons' Health Care Fund and the Putative End-Payor Class*

Jeffrey L. Kodroff
John A. Macoretta
**SPECTOR ROSEMAN KODROFF &
WILLIS, P.C.**
1818 Market Street, 25th Floor
Philadelphia, PA 19103
Tel. (215) 496-0300
Fax: (215) 496-6611
jkodroff@srkw-law.com
jmacoretta@srkw-law.com

*Counsel for Pennsylvania Employees
Benefit Trust Fund and the Putative
End-Payor Class*


Jayne A. Goldstein
**POMERANTZ LLP**
1792 Bell Tower Lane, Suite 203
Weston, FL 33326
Tel. (954) 315-3454
jagoldstein@pomlaw.com

*Counsel for Fraternal Order of Police,
Miami Lodge 20, Insurance Trust
Fund and the Putative End-Payor
Class*

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 24, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system to send notification of such filing to all counsel of record.

                                                /s/ Kenneth A. Wexler
                                                Kenneth A. Wexler