UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: OPANA ER ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>All End-Payor Actions | MDL No. 2580<br><br>Lead Case No. 14 C 10150<br><br>Hon. Harry D. Leinenweber |

NOTICE OF MOTION

TO:  ALL COUNSEL OF RECORD

Please take notice that on Wednesday, March 4, 2015, at 9:30 a.m., or as soon thereafter as counsel may be heard, Plaintiffs Wisconsin Masons' Health Care Fund, Pennsylvania Employees Benefit Trust Fund, and Fraternal Order of Police, Miami Lodge 20 Insurance Trust Fund, through their counsel, shall appear before the Honorable Harry D. Leinenweber at 219 S. Dearborn, Courtroom 1941, Chicago, IL, 60604, and present *Plaintiffs' Motion for Leave to File Instanter a Memorandum of Law in Excess of 15 Pages in Support of Their Motion for Appointment as Interim Co-Lead Counsel*, a copy of which is being served upon you.

Dated:  February 24, 2015

Respectfully submitted,

By:  /s/ Kenneth A. Wexler
Kenneth A. Wexler
Thomas A. Doyle
Bethany R. Turke
Justin N. Boley
**WEXLER WALLACE LLP**
55 West Monroe Street, Suite 3300
Chicago, IL 60603
Phone: 312.346.2222
Fax: 312.346.0022
kaw@wexlerwallace.com
tad@wexlerwallace.com
brt@wexlerwallace.com

1

jnb@wexlerwallace.com

*Counsel for Wisconsin Masons' Health Care Fund, Pennsylvania Employees Benefit Trust Fund, and the Putative End-Payor Class*

Daniel E. Gustafson
Jason S. Kilene
Sara J. Payne
**GUSTAFSON GLUEK PLLC**
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: 612-333-8844
Fax: 612-339-6622
dgustafson@gustafsongluek.com
jkilene@gustafsongluek.com
spayne@gustafsongluek.com

*Counsel for Wisconsin Masons' Health Care Fund and the Putative End-Payor Class*

Jeffrey L. Kodroff
John A. Macoretta
**SPECTOR ROSEMAN KODROFF & WILLIS, P.C.**
1818 Market Street, 25th Floor
Philadelphia, PA 19103
Tel. (215) 496-0300
Fax: (215) 496-6611
jkodroff@srkw-law.com
jmacoretta@srkw-law.com

*Counsel for Pennsylvania Employees Benefit Trust Fund and the Putative End-Payor Class*

Jayne A. Goldstein
**POMERANTZ LLP**
1792 Bell Tower Lane, Suite 203
Weston, FL 33326
Tel. (954) 315-3454
jagoldstein@pomlaw.com

*Counsel for Fraternal Order of Police, Miami Lodge 20, Insurance Trust Fund and the Putative End-Payor Class*

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 24, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system to send notification of such filing to all counsel of record.

                                      /s/ Kenneth A. Wexler
                                      Kenneth A. Wexler