**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE OPANA ER ANTITRUST LITIGATION | MDL No. 2580 |
| THIS DOCUMENT RELATES TO:<br><br>ALL END-PAYOR ACTIONS<br><br>Case Nos. 14 C 6171; 14 C 4651; 14 C 7742; 14 C 10153; 14 C 10154; 14 C 10289; 15 C 0269; 15 C 1473 | Lead Case No. 14 C 10150<br><br>Hon. Harry D. Leinenweber |

<u>**INDEX OF EXHIBITS**</u>

A.    Freed Kanner London & Millen LLC Firm Resume

B.    Labaton Sucharow LLP Firm Resume

# EXHIBIT A



**FREED KANNER LONDON & MILLEN LLC**

**2201 WAUKEGAN ROAD
SUITE 130
BANNOCKBURN, IL 60015
TELEPHONE (224) 632-4500
FACSIMILE (224) 632-4521**

**www.fklmlaw.com**



Freed Kanner London & Millen LLC ("FKLM") is one of the nation's premier plaintiffs' class action practices. The firm's attorneys are among the pioneers and leaders in the class action field, having played leadership roles in major antitrust, consumer fraud, securities, unlawful business practices and insurance fraud cases for decades.

FKLM was founded on January 1, 2007. The founding partners of FKLM, formerly principals and partners of Much Shelist Freed Denenberg Ament & Rubenstein, P.C., have successfully prosecuted class action cases for over 30 years. Moreover, FKLM attorneys have served in leadership positions (as lead counsel, co-lead counsel, members of steering and executive committees) in some of the largest class action cases in the United States, including the following:

➤ ***In re Brand Name Prescription Drugs Antitrust Litigation***, **MDL 997 (N.D. Ill.)**

FKLM attorneys were co-lead counsel in this antitrust price-fixing class action. Settlements totaling approximately $715 million were recovered on behalf of the plaintiff class.

➤ ***In re Clozapine Antitrust Litigation***, **MDL No. 874 (N.D. Ill.)**

FKLM acted as co-lead counsel in this antitrust class action against Caremark and Sandoz Pharmaceuticals alleging that the defendants entered into an illegal agreement to distribute a drug known as Clozaril by tying it to the purchase of a blood testing system, by fixing the price of the packaged sale, and by conspiring to monopolize the relevant market. More than $20 million was recovered for the class.

➤ ***In re Hydrogen Peroxide Antitrust Litigation***, **MDL 1682 (E.D. Pa.)**

FKLM attorneys were co-lead counsel in this antitrust price-fixing action against hydrogen peroxide producers. The case resulted in settlements of over $97 million for the class. In approving the Plaintiffs' motion for an award of attorneys' fees and expenses, Judge Stewart Dalzell lauded co-lead counsel:

> [t]he "skill and efficiency of the attorneys involved" is of a very high order indeed, and as we noted at the fairness hearing yesterday, we have been impressed that these attorneys have prosecuted this matter vigorously against seasoned opponents without needlessly distracting the Court with discovery disputes.



➢ *In re High Fructose Corn Syrup Antitrust Litigation*, **MDL 1087 (C.D. Ill.)**

FKLM attorneys were co-lead counsel in this antitrust price-fixing class action against major manufacturers of high fructose corn syrup. The case was settled for $531 million for the class. At the close of the hearing where counsel fees were approved, Judge Michael M. Mihm stated:

> I've said many times during this litigation that you and the attorneys who represent the defendants here are as good as it gets. Very professional. At least in my presence or in my contacts with you, you've always been civil. You've always been cutting to the chase and not wasting my time or each other's time or adding to the cost of the litigation.

➢ *In re Linerboard Antitrust Litigation*, **MDL 1261 (E.D. Pa.)**

FKLM attorneys served as co-lead counsel in this antitrust price-fixing case, which resulted in settlements of over $200 million for the plaintiff class.

➢ *In re Vitamins Antitrust Litigation*, **MDL 1285 (D.D.C.)**

FKLM attorneys served as co-chairs of discovery in this antitrust price-fixing action, which resulted in over $1.3 billion in settlements.

➢ *In re Dynamic Random Access Memory (DRAM) Antitrust Litigation*, **MDL 1486 (N.D. Cal.)**

FKLM attorneys served as co-chairs of discovery in this nationwide, antitrust price-fixing action, which resulted in settlements of over $300 million for class members.

➢ *In re Rubber Chemicals Antitrust Litigation*, **MDL 1648 (N.D. Cal.)**

FKLM attorneys served on the executive committee in this nationwide, antitrust price-fixing action, which resulted in settlements of over $300 million for class members.

➢ *In re Ethylene Propylene Diene Monomer (EPDM) Antitrust Litigation*, **MDL 1542 (D. Conn.)**

FKLM attorneys served as co-chairs of discovery in this nationwide antitrust price-fixing action, which has resulted in settlements of over $87 million for class members.



➢ *In re Static Random Access Memory (SRAM) Antitrust Litigation*, **MDL 1819 (N.D. Cal.)**

FKLM was a member of the executive committee representing direct purchaser plaintiffs in this antitrust price-fixing case which resulted in settlements exceeding $76 million.

➢ *SchagrinGas Co. v. BP Products North America, et al.*, **No. 1:06-cv-3621 (N.D. Ill.)**

FKLM was appointed co-lead counsel on behalf of direct purchaser plaintiffs in this nationwide class action involving monopolization claims under Section 2 of the Sherman Act. The case resulted in a settlement of over $50 million.

➢ *In re Urethane Chemicals Antitrust Litigation*, **MDL 1616 (D. Kan.)**

FKLM attorneys were co-lead counsel in this antitrust price-fixing action. The case resulted in settlements of $33 million for the class.

➢ *In re Flat Glass Antitrust Litigation* (No. II)**, MDL 1942 (W.D. Pa.)**

FKLM served as co-lead counsel on behalf of direct purchaser plaintiffs of construction flat glass in this nationwide, antitrust price-fixing case. The case resulted in settlements exceeding $22 million.

➢ *In re Aftermarket Filters Antitrust Litigation*, **MDL 1957 (N.D. Ill.)**

FKLM served as interim co-lead counsel on behalf of direct purchasers of replacement automobile air and oil filters in this nationwide, antitrust price-fixing case. The case resulted in settlements of nearly $18 million.

➢ *In re Methyl Methacrylate (MMA) Antitrust Litigation*, **MDL 1768 (E.D. Pa.)**

FKLM attorneys were co-lead counsel in this antitrust price-fixing action against producers of methyl methacrylate and polymethyl methacrylate. The case resulted in a settlement of over $15 million for the class.

➢ *In re Waste Management, Inc. Securities Litigation*, **Master File 97-CV-7709 (N.D. Ill.)**

FKLM attorneys were actively involved in litigating the case and served as liaison counsel. A settlement for the plaintiff class of $220 million was obtained.



> ➤ *In re Infant Formula Antitrust Litigation*, **MDL 878 (N.D. Fla.)**

FKLM attorneys were appointed co-lead counsel in this antitrust price-fixing class action against the major manufacturers of infant formula. The case settled for over $125 million.

> ➤ *In re Chubb Drought Insurance Litigation*, **MDL 782 (S.D. Ohio)**

FKLM attorneys were co-lead counsel in this class action filed on behalf of farmers who purchased drought insurance that Chubb refused to honor. The settlement exceeded $110 million and was achieved in less than 9 months. This sum, together with $8 million recovered at trial against Chubb's general agent, resulted in complete recovery for the affected farmers.

> ➤ *In re Ocean Shipping Antitrust Litigation*, **MDL 395 (S.D.N.Y.)**

FKLM attorneys were co-lead counsel in this antitrust price-fixing class action, which resulted in a $79 million recovery for thousands of U.S. and European shippers. Distributions were made to claimants in the United States and throughout a number of European countries.

> ➤ *In re Isostatic Graphite Antitrust Litigation*, **Master File 00-CV-1857 (E.D. Pa.)**

FKLM attorneys were appointed co-lead counsel in this antitrust price-fixing class action. The case resulted in combined settlements of over $11 million for the class.

> ➤ *Blinder Robinson Securities Litigation* **(E.D. Pa.)**

FKLM attorneys were members of the Steering Committee in this securities fraud action in which an injunction was obtained preventing a transfer of assets; judgment of $71 million was later entered.

> ➤ *In re Carbon Dioxide Antitrust Litigation*, **MDL 940 (M.D. Fla.)**

FKLM attorneys were co-lead counsel in this antitrust price-fixing class action in which the plaintiff class recovered $53 million and achieved significant therapeutic relief for the class.

> ➤ *In re Drill Bits Antitrust Litigation*, **CA No. H-91-627 (S.D. Tex.)**

FKLM attorneys were members of the Steering Committee in this antitrust price-fixing class action and were instrumental in achieving a settlement for the class in excess of $52 million.



> ➢ ***In re Industrial Gas Antitrust Litigation***, **CA No. 80 C. 3479 (N.D. Ill.)**

FKLM attorneys were members of the executive committee in this antitrust price-fixing class action, which ultimately recovered more than $50 million dollars for the class. The settlement included assignable purchase certificates, which the court found increased the competitive value of the settlement.

> ➢ ***In re Morrison Knudson Securities Litigation***, **CA No. 94-CV-3345 (D. Idaho)**

FKLM attorneys were co-lead counsel in this securities class action where the plaintiff class received $43 million and approximately 3 million shares of Morrison Knudson common stock in settlement of their claims.

> ➢ ***In re M-L Lee Acquisition Fund Securities Litigation*** **(D. Del.)**

FKLM attorneys served as co-lead counsel in this securities class action case against a syndicate of partnerships and its general partners, involving Merrill Lynch and its affiliates, and a leveraged buy-out specialty firm overseen by Thomas H. Lee. The case resulted in a $33 million settlement on behalf of the limited partners.

> ➢ ***In re Public Service Company of New Mexico*** **(S.D. Cal.)**

FKLM attorneys were lead counsel in this derivative action and obtained $33 million dollars in a joint settlement with class plaintiffs in a related securities fraud class action. Judge Harry R. McCue, District Court Judge for the Southern District of California stated:

> The petitioners in this case are members of respected law firms which specialize in class action litigation. These attorneys brought considerable legal talents together, and were able to achieve the successful completion of this litigation. They are entitled to fair and reasonable compensation.



> ***Piggly Wiggly Antitrust Litigation* (E.D. Tex.)**

FKLM attorneys were co-lead counsel in this statewide (Texas) antitrust price-fixing action, which resulted in total settlements of approximately $32 million for class members.

> ***In re Records and Tapes Antitrust Litigation* (N.D. Ill.)**

FKLM attorneys were members of the executive committee in this antitrust price-fixing class action. The class recovered $26 million dollars in settlement in cash and assignable purchase certificates.

> ***Kaufman v. Motorola, Inc.* (N.D. Ill.)**

FKLM attorneys were actively involved in litigating the case and served as liaison counsel. A settlement of $25 million was obtained for the plaintiff class.

> ***In re Unisys Securities Litigation*, CA No. 99-5333 (E.D. Pa.)**

FKLM attorneys were members of the executive committee in this derivative action. Plaintiffs recovered $20 million for corporation.

> ***Koch Gathering Systems, Inc. Oil Spill Litigation* (Dist. Ct. of Nueces County, Tex.)**

FKLM attorneys were co-lead counsel in this case concerning a marine oil spill in which a class consisting of commercial fisherman and shrimpers recovered over $10 million.

## *CURRENT CASES*

FKLM attorneys are presently involved in the following cases, which are in varying stages of litigation

> ***In re Lithium Ion Batteries Antitrust Litigation*, MDL No. 2420 (N.D. Cal.)**

FKLM was appointed as a member of the Direct Purchaser Plaintiff Direct Purchaser Plaintiffs' Steering Committee in this case on behalf of direct purchasers of Lithium-Ion Battery products in this nationwide price fixing case.



➢ *In re Automotive Parts Antitrust Litigation*, MDL 2311 (E.D. Mich.)

FKLM is acting as interim co-lead counsel on behalf of direct purchasers of automotive parts in six concurrently active nationwide, antitrust price-fixing cases.

➢ *Kleen Products, Inc. et al. v. International Paper, et al.*, 10-CV-5711 (N.D. Ill.)

FKLM is acting as interim co-lead counsel on behalf of direct purchasers of containerboard and related products in this nationwide, antitrust price-fixing case.

➢ *In re Rail Freight Fuel Surcharge Antitrust Litigation*, MDL 1869 (DC)

FKLM is the co-chair of the Executive Committee in this case on behalf of direct purchasers of rail freight services who paid fuel surcharges in this nationwide, antitrust price-fixing case.

➢ *Standard Iron Works v. ArcelorMittal et al.*, 08-CV-5214 (N.D. Ill.)

FKLM was appointed as interim liaison counsel on behalf of direct purchasers of steel in this nationwide supply manipulation and price-fixing case.

➢ *In re Blood Reagents Antitrust Litigation*, MDL 2081 (E.D. Pa.)

FKLM is a member of the Executive Committee in this nationwide antitrust class action brought on behalf of direct purchasers of blood reagents.

➢ *In re NCAA Student-Athlete Name & Likeness Licensing Litigation*, 4:09-CV-1967 (N.D. Cal.)

FKLM attorneys are overseeing a variety of critical discovery matters in this antitrust case brought on behalf of former collegiate athletes.

➢ *In re Fresh and Process Potatoes Antitrust Litigation*, MDL 2186 (D. Idaho)

FKLM attorneys worked closely with lead counsel in drafting the consolidated complaint and successfully opposing a motion to dismiss in this nationwide antitrust class action brought on behalf of direct purchasers of fresh and process potatoes.



➢ *In re Processed Egg Products Antitrust Litigation*, **MDL 2002 (E.D. Pa.)**

FKLM attorneys worked closely with lead counsel in drafting the original complaint and successfully opposing a motion to dismiss in this nationwide antitrust class action brought on behalf of direct purchasers of eggs and egg products.

➢ *In re Cathode Ray Tube (CRT) Antitrust Litigation*, **MDL 1917 (N.D. Cal.)**

FKLM serves as Chair of Discovery and has worked closely with lead counsel to manage a variety of top level matters, including negotiating ESI issues and taking key depositions in this nationwide price-fixing class action with over $100 million in partial settlements.

➢ *In re Optical Disk Drive (ODD) Antitrust Litigation*, **MDL 2143 (N.D. Cal.)**

FKLM is one of several firms assisting lead counsel with discovery and briefing in this nationwide price-fixing class action brought on behalf of direct purchasers of optical disk drives.

➢ *In re Municipal Derivatives Antitrust Litigation*, **MDL 1940 (S.D.N.Y.)**

FKLM is overseeing discovery of a key defendant and working closely with lead counsel on a variety of other pre-trial matters in this nationwide class action brought on behalf of purchasers of municipal derivatives.

➢ *In re American Express Anti-Steering Rules Antitrust Litigation (No. II)*, **MDL 2221 (E.D.N.Y.)**

FKLM is overseeing discovery of independent merchant (opt-out) plaintiffs in this nationwide antitrust case.

➢ *In re Pharmacy Benefit Managers Antitrust Litigation*, **MDL No. 1782 (E.D. Pa.)**

FKLM serves as co-lead counsel in these consolidated class actions brought on behalf of retail pharmacies against prescription benefit managers for fixing at artificially low levels the prices paid to pharmacies for pharmaceuticals sold, and reimbursement for services rendered, to the members of plans created by the prescription benefit managers. The complaints allege that the prescription benefit managers illegally aggregate the purchases of their members in order to effectuate the underpayment.



➢ *In re Air Cargo Shipping Services Antitrust Litigation*, **MDL 1775 (E.D.N.Y.)**

FKLM attorneys were selected as co-chairs of discovery in this antitrust class action involving claims under Section 1 of the Sherman Act. Settlements to date in this case total nearly $600 million.

➢ *In re Intel Corp. Microprocessor Antitrust Litigation*, **MDL 1717 (D. Del.)**

FKLM attorneys are serving in a lead role in managing discovery from dozens of named plaintiffs in this pending nationwide antitrust action. Among other things, the firm has played a key role in overseeing document production and coordinating, managing and defending over 50 depositions of named plaintiffs.

\* \* \*

Other large class action cases in which FKLM attorneys were involved in a leadership position include *In re Folding Cartons Antitrust Litigation*, *In re Plywood Antitrust Litigation*, *In re Standard Screws Antitrust Litigation*, *In re Cotton Yarn Antitrust Litigation*, *In re Glass Containers Antitrust Litigation*, *In re Aluminum Siding Antitrust Litigation*, *Rusty Jones Warranty Litigation*, *NPA Securities Litigation*, *In re Chlor-alkali and Caustic Soda Antitrust Litigation*, and *In re Potash Antitrust Litigation*.

In addition, FKLM frequently serves as local counsel for a variety of cases, working closely with law firms located outside of Illinois. Recent examples include *North Miami General Employees Retirement Fund et al. v. Parkinson et al.,* Case No. 1:10-cv-06514 (N.D. Ill.) (pending), *Marvin H. Maurras Revocable Trust v. Bronfman Jr. et al.*, Case No. 1:12-cv-03395 (N.D. Ill.) (pending), and *St. Lucie County Fire District Firefighters' Pension Trust Fund v. Motorola, Inc. et al.*, Case No. 1:10-cv-00427 (N.D. Ill.) (settled), all securities fraud actions where FKLM was appointed as liaison counsel.



### *ATTORNEY PROFILES*

#### Michael J. Freed

After leaving the Department of Justice Antitrust Division, Mr. Freed has engaged in private antitrust class action litigation for 50 years. He has served as co-lead counsel in many prominent antitrust and securities fraud class action cases. Presently, Mr. Freed is serving as co-lead counsel in *In re Containerboard Antitrust Litigation*. Prior antitrust class actions in which Mr. Freed served as co-lead counsel include *In re Aftermarket Filters Antitrust Litigation, In re Brand Name Prescription Drugs Antitrust Litigation, In re High Fructose Corn Syrup Antitrust Litigation, In re Linerboard Antitrust Litigation, In re Carbon Dioxide Antitrust Litigation, In re Infant Formula Antitrust Litigation,* and *In re Ocean Shipping Antitrust Litigation.* More than $2 billion has been recovered for the plaintiff classes in cases in which Mr. Freed has served as co-lead counsel. Mr. Freed has been named an Illinois Super Lawyer by Chicago Magazine, an Illinois Leading Lawyer by the Leading Lawyer's Network, and one of the top plaintiffs' antitrust lawyers in Illinois by Chambers and Partners. In addition, he was honored in March 2007 by the Chicago Appleseed Fund for Justice for his exceptional pro bono efforts. Mr. Freed was formerly a trial and appellate attorney with the United States Department of Justice, Antitrust Division (Honors Program). He is a graduate of the University of Pennsylvania (B.S., 1959) and University of Chicago Law School (J.D., 1962).

#### Steven A. Kanner

Mr. Kanner has over 30 years' experience in complex antitrust litigation and previously led the class action practice at Much Shelist Freed. His experience includes investigation, discovery, trial and appeal of antitrust, securities and other complex cases. Mr. Kanner has been designated an Illinois Super Lawyer by *Chicago Magazine* for the past 5 years and is a frequent lecturer both domestically and internationally on antitrust and trade regulation. With respect to antitrust matters, Mr. Kanner has been involved in a leadership capacity in many of the cases described above. Cases in which Mr. Kanner is currently serving as co-lead counsel or interim co-lead counsel include *In re Automotive Parts Antitrust Litigation*, MDL 2311 (E.D. Mich.),



(an international price fixing conspiracy of historic proportions which currently includes individual cases for Wire Harnesses, Instrument Panel Clusters, Fuel Senders, Heater Control Panels, Occupant Safety Systems, Ball Bearings, Air Conditioning Systems, Windshield Wiper Systems, Starters, Alternators, Windshield Washer Systems) , *In re Containerboard Antitrust Litigation* 2010-CV-5711 (N.D. IL*)*, *In re Vehicle Carrier Antitrust Litigation*, MDL 2471 N.D. NJ) (Mr. Kanner is also Co-Chair of the Executive Committee in *In re Rail Freight Fuel Surcharge Antitrust Litigation* MDL 1869 (DC). A 1979 graduate of DePaul University Law School, Mr. Kanner is admitted to the Bars of Illinois, the Northern District of Illinois (member of the trial bar), the United States Court of Appeals (Second, Third, Fourth, Fifth, Seventh and Tenth Circuits) and the United States Supreme Court. He is also a member of the Chicago Bar Association (Committees on Litigation and Antitrust Law), the Illinois State Association (Sections on Antitrust Law and Litigation), the American Bar Association (Sections on Antitrust Law and Litigation), the Illinois Trial Lawyers Association, and the Decalogue Society where he previously served on the Editorial Board of the Society's Law Journal. Prior to entering private practice, Mr. Kanner was employed by the Federal Trade Commission as a consumer affairs specialist.

**William H. London**

Mr. London has been litigating class action cases for over 25 years. He served as trial counsel for the plaintiff class in *In re High Pressure Laminates Antitrust Litigation*, a case that was tried before a jury in the Southern District of New York. He was actively involved in several cases in which FKLM was serving in a leadership capacity, including *In re Flat Glass Antitrust Litigation (No. II)*, MDL No. 1942 (W.D. Pa.); *In re Static Random Access Memory (SRAM) Antitrust Litigation*, MDL No. 1819 (N.D.Cal); and *In re Hydrogen Peroxide Antitrust Litigation*, MDL 1682 (E.D. Pa.). Mr. London presently has significant involvement in *In re Automotive Parts Antitrust Litigation*, MDL 2311 (E.D. Mich.) and *In re Optical Disk Drive Products Antitrust Litigation*, No. 3:10-md-2143 (N.D. Cal.).

Mr. London graduated *Magna Cum Laude* from Syracuse University in 1984 and received his law degree in 1987 from IIT Chicago-Kent College of Law. In 1987, he was admitted to the Illinois Bar and the



Federal Bar; and in 1988, he was admitted to practice before the United States Court of Appeals for the Seventh Circuit. Mr. London is a member of the American Bar Association and is a past-Chairman of the Chicago Bar Association Class Litigation Committee. He was formerly an Assistant Attorney General for the State of Illinois, during which time he argued cases in the United States Court of Appeals for the Seventh Circuit and the Illinois Supreme Court. Since 1990, Mr. London has concentrated on complex and commercial litigation, with an emphasis on class action litigation involving antitrust claims. Mr. London practiced with Much Shelist Freed from March 1993 through December 31, 2006.

### Douglas A. Millen

Mr. Millen devotes his practice to prosecuting direct purchaser, price-fixing class actions and has played a key role in many of the most successful price-fixing cases in the United States. Most recently in the Northern District of California, Judge Yvonne Gonzalez Rogers appointed Mr. Millen to the Direct Purchaser Plaintiffs' Steering Committee in *In re Lithium Ion Batteries Antitrust Litigation*, MDL No. 2420 (N.D. Cal.). He has extensive experience litigating complex commercial matters, with an emphasis on cases involving antitrust, consumer protection, securities and contract law claims. Mr. Millen also has substantial experience in electronic discovery matters and the leveraging of technology to achieve effective and efficient client advocacy. He formerly chaired the Technology Committee at Much Shelist Freed and has handled many complicated electronic discovery issues. Mr. Millen has played a prominent role in many of the largest antitrust cases in recent history – including *In re Dynamic Random Access Memory (DRAM) Antitrust Litigation*, MDL 1486 (N.D. Cal.), *In re Vitamins Antitrust Litigation,* MDL 1285 (D.D.C.), and *In re Rubber Chemicals Antitrust Litigation*, MDL 1648 (N.D. Cal.) – and his efforts have assisted in the recovery of billions of dollars for class members. Among other cases, Mr. Millen is presently involved in *In re Cathode Ray Tube (CRT) Antitrust Litigation*, MDL 1917 (N.D. Cal.), *In re American Express Anti-Steering Rules Antitrust Litigation (No. II)*, MDL 2221 (E.D.N.Y.), and *In re Rail Freight Fuel Surcharge Antitrust Litigation*, MDL 1869 (D.D.C.) He has also provided antitrust compliance consultation for large, multi-national companies. Mr. Millen is a graduate of the



University of Michigan (B.G.S., 1991) and University of Illinois College of Law (J.D. *magna cum laude*, 1994). In 1994, he was admitted to the New York and Connecticut State Bars; and in 1995 he was admitted to the Illinois State Bar. He is also admitted to practice in the Northern and Southern Districts of Illinois. Mr. Millen is a member of the American Bar Association, Antitrust Section and the Chicago Bar Association. Prior to founding FKLM, Mr. Millen was a partner at Much Shelist Freed, where he practiced with the class action group from November 1995 through December 31, 2006.

**Michael E. Moskovitz**

Michael E. Moskovitz is a partner at Freed Kanner London & Millen LLC and has been involved in trial and appellate litigation for more than 15 years. Since 2000, he has concentrated on complex commercial litigation, with a primary emphasis on class action litigation involving antitrust, securities fraud, and consumer fraud claims. Mr. Moskovitz previously played a key role in the class action practice of Much Shelist Freed. He is significantly involved in several pending antitrust class actions, *In re Automotive Parts Antitrust Litigation*, MDL 2311 (E.D. Mich.), and *In re Vehicle Carrier Services Antitrust Litigation*, MDL No. 2471. Mr. Moskovitz is also a member of The Sedona Conference's Working Group 1 (Electronic Document Retention and Production) and has spoken at The Sedona Conference's Midyear meeting and has co-written papers published by The Sedona Conference. Mr. Moskovitz is a graduate of Indiana University (B.A., 1993) and New York University School of Law (J.D., 1996).

**Robert J. Wozniak**

Robert J. Wozniak is a partner at Freed Kanner London & Millen LLC. Since 2001, Mr. Wozniak has been involved in complex commercial litigation, with a primary emphasis on antitrust and consumer class action cases. Prior to engaging in private law practice, Mr. Wozniak worked as a trial attorney for the United States Department of Justice, Antitrust Division (Honors Program). Mr. Wozniak was then employed by Cohen Milstein Hausfeld & Toll, a Washington, D.C. class action firm, before joining Much Shelist Freed in 2004. The complex antitrust class actions in which Mr. Wozniak has had significant involvement include: *Kleen Products,*



*et al. v. International Paper, et al.* (N.D. Ill.); *In re NCAA Student-Athlete Names & Likeness Licensing Litigation* (N.D. Cal.); *In re Municipal Derivatives Antitrust Litigation* (S.D.N.Y.); *In re Flat Glass Antitrust Litigation (II)* (W.D. Pa.); *In re TFT-LCD (Flat Panel) Antitrust Litigation* (N.D. Cal.); *In re Static Random Access Memory (SRAM) Antitrust Litigation* (N.D. Cal.); *In re Hydrogen Peroxide Antitrust Litigation* (E.D. Pa.); *In re Intel Corp. Microprocessor Antitrust Litigation* (D. Del.); *In re Dynamic Random Access Memory (DRAM) Litigation* (N.D. Cal.); *In re Buspirone Antitrust Litigation* (S.D.N.Y.); and *In re Terazosin Hydrochloride Antitrust Litigation* (S.D. Fla.). Mr. Wozniak is a graduate of the University of Michigan (B.A., 1988), University of Minnesota (M.A., 1994), and Wayne State University Law School (J.D., 2000, *cum laude*, Order of the Coif). He has been admitted to practice law in Illinois, Michigan and the District of Columbia.

**Donald L. Sawyer**

Donald L. Sawyer is an associate attorney at Freed Kanner London & Millen LLC. He is a graduate of Emory University's Goizueta Business School, from which he received a Bachelor of Business Administration degree, concentrating his studies in Finance. In 2006, Mr. Sawyer graduated from The John Marshall Law School in Chicago, where he received his J.D. degree. While attending law school, Mr. Sawyer was a board member of The Corporate Law Association. He was admitted to the Illinois State Bar and U.S. District Court, Northern District of Illinois, in 2006. Mr. Sawyer has been involved in complex commercial litigation since 2007, with a primary emphasis on antitrust class action cases involving territorial division, price fixing, and other anticompetitive practices. In addition to antitrust cases, Mr. Sawyer is actively involved in shareholder derivate litigation. Additionally, he has significant involvement in complex electronic discovery matters. Mr. Sawyer has had significant involvement in the following cases: *Kleen Products, et al. v. International Paper, et al.* (N.D. Ill.); *In re Lithium Ion Batteries Antitrust Litigation*, MDL No. 2420 (N.D. Cal.); *In re Cathode Ray Tube (CRT) Antitrust Litigation* (N.D. Cal.), *In re Static Random Access Memory (SRAM) Antitrust Litigation* (N.D. Cal.); and *In re Hydrogen Peroxide Antitrust Litigation* (E.D. Pa.).



**Heather M. Bessinger**

Heather M. Bessinger is an associate attorney at Freed Kanner London & Millen LLC. Ms. Bessinger received her Bachelor of Science degree from DePaul University, where she majored in Finance, and she received a Master in Business Administration degree from the University of Chicago Booth School of Business, concentrating in Finance, Economics, and Statistics. Ms. Bessinger graduated from Loyola University Chicago School of Law in 2009. While in law school, Ms. Bessinger was a judicial extern for the Honorable Blanche M. Manning of the District Court for the Northern District of Illinois, and she was a Teaching Assistant for both Legal Writing and Contracts. Ms. Bessinger is admitted to the Illinois and Wisconsin State Bars, U.S. District Courts for the Eastern and Western Districts of Wisconsin, and the Seventh Circuit Court of Appeals. After graduating law school, Ms. Bessinger worked for several years as an associate attorney at a large Milwaukee-based law firm, focusing her practice on commercial litigation. Ms. Bessinger concentrates her practice on complex and commercial litigation, with a primary emphasis in antitrust class action litigation involving price fixing and other anticompetitive practices.

# EXHIBIT B



# Firm Resume

## Antitrust & Competition Litigation Practice

# Table of Contents

Firm Overview .................................................................................................................................. 1

Antitrust & Competition Litigation ................................................................................................ 2
    Experience .................................................................................................................................. 2
    Notable Successes ...................................................................................................................... 3
    Ongoing Litigation ..................................................................................................................... 5

Reputation & Leadership in the Antitrust Bar ............................................................................... 7
    Court Commendations ............................................................................................................... 7
    Awards & Accolades .................................................................................................................. 8
    Bar Activities & Appointments .................................................................................................. 8
    Thought Leadership ................................................................................................................... 9

Community Involvement ................................................................................................................. 10
    Firm Commitments .................................................................................................................... 10
    Individual Attorney Commitments ............................................................................................ 11

Commitment to Diversity ............................................................................................................... 12

Antitrust Team ............................................................................................................................... 13

**Labaton Sucharow**

# Firm Overview

Founded in 1963, Labaton Sucharow LLP (Labaton Sucharow) has earned a reputation as one of the leading plaintiffs firms in the United States. The Firm has recovered billions of dollars on behalf of clients, including more than $1 billion in *In re American International Group, Inc. Securities Litigation*, $940 million in partial settlements to date in *In re Air Cargo Shipping Services Antitrust Litigation*, $473 million in *In re Schering-Plough/ENHANCE Securities Litigation*, and $135.4 million in *In re Lorazepam and Clorazepate Antitrust Litigation*.

As a leader in the field of complex litigation, the Firm has successfully conducted a wide array of representative actions (primarily class, mass, and derivative) in the areas of Antitrust & Competition, Commodities, Securities, Financial Products & Services, Corporate Governance & Shareholder Rights, Mergers & Acquisitions, Derivative, Consumer Protection, and Whistleblower Representation.

The Firm's effective client representation in a variety of litigation is due to its robust infrastructure of more than 50 full-time attorneys, as well as a dedicated professional staff, and sophisticated technological resources. Labaton Sucharow attorneys are skilled in every stage of business litigation and have challenged corporations in virtually every industry. The Firm's professional staff includes paralegals, financial analysts, e-discovery specialists, a certified public accountant, and forensic accountants. Labaton Sucharow has also built one of the largest in-house investigative teams in the plaintiffs bar, made up of licensed private investigators with decades of notable federal and state law enforcement experience.

Labaton Sucharow has consistently received awards and recognitions by leading industry publications such as *Chambers & Partners USA*, *The Legal 500 U.S.*, and *Benchmark Litigation*. After nine years on *The National Law Journal*'s Plaintiffs' Hot List, the Firm was named a Hall of Fame Honoree. Most recently, The *National Law Journal* recognized the Firm in its list of Top 50 Elite Trial Firms in the United States. A more comprehensive list of accolades is on page 8. For more information about the Firm, please visit www.labaton.com.

# Antitrust & Competition Litigation

Labaton Sucharow's Antitrust & Competition Litigation Practice challenges global anticompetitive conduct and has recovered over $2 billion on behalf of consumers injured by antitrust and commodities law violations, including price-fixing, price manipulation, and monopolization. The practice is led by co-chairs Gregory Asciolla and Jay L. Himes, longtime leaders in the antitrust bar with significant government, defense, and trial experience. These diverse and specialized backgrounds speak to the invaluable prosecutorial insight and noteworthy settlements achieved by the Antitrust & Competition Litigation Practice.

The practice secured its leadership in the plaintiffs antitrust bar through pioneering work against monopolists in the pharmaceutical industry in the 1990s. More than 20 years later, we continue to break new ground by filing novel cases under federal and state antitrust laws involving pharmaceutical products, as well as antitrust and commodities cases involving complex financial products. Our ability to investigate markets and unearth non-public anticompetitive conduct is unmatched. Regulators have even followed our lead by conducting subsequent government investigations based on our cases. Based on this record of success, the Firm is regularly appointed lead or co-lead counsel.

The practice's client base includes pension funds, health and welfare funds, managed care organizations/insurers, municipalities and related quasi-government agencies, small businesses, large corporations, and individual consumers.

## Experience

Labaton Sucharow has a distinguished record of success in prosecuting international price-fixing cartels. In *In re Air Cargo Shipping Services Antitrust Litigation*, we have secured $940 million in recoveries from nearly 40 global airlines for price-fixing air cargo shipping services worldwide. In *In re Automotive Lighting Products Antitrust Litigation*, our antitrust attorneys demonstrated their willingness to litigate a global price-fixing conspiracy involving automotive lighting products all the way to trial. Our unwavering advocacy secured a settlement of more than $50 million by the eve of trial.

In addition to price-fixing cases, the practice also has extensive experience in prosecuting monopoly claims, including conduct involving exclusive dealing, coercive tying, and conditional pricing programs. For example, in *In re Pool Products Antitrust Litigation*, Labaton Sucharow serves as co-lead counsel for class of direct purchasers of pool products, who allege that defendants monopolized distribution chains for those products.

Labaton Sucharow is also leading the charge in investigating and filing high-profile price-fixing and manipulation cases involving complex financial derivative products, including credit default swaps, foreign exchange transactions, interest rate swaps, and those involving precious metals such as gold, silver, platinum, and palladium. In the healthcare industry, we are also challenging the world's largest pharmaceutical companies for anticompetitive conduct, including entering agreements to delay the entry of lower cost generic drugs into the market and engaging in sham litigation and fraud on the U.S. Patent & Trademark Office.

## Notable Successes

Labaton Sucharow has achieved many outstanding results on behalf of its clients. Key highlights include:

**Antitrust & Commodities Class Actions**

- ***In re Air Cargo Shipping Services Antitrust Litigation*, MDL No. 1775 (E.D.N.Y.)**
  Served as co-lead counsel and obtained $940 million in partial settlements to date to resolve claims that major airlines participated in a global conspiracy to fix surcharges for air cargo shipping services. The case continues against the remaining defendants.

- ***In re Lorazepam and Clorazepate Antitrust Litigation*, No. 99-cv-01082 (D.D.C.)**
  Served as co-lead counsel and obtained $135.4 million in settlements to resolve claims that Mylan Laboratories monopolized the supply of active ingredient for the anti-anxiety drugs Lorazepam and Clorazepate and implemented anticompetitive price increases for those drugs.

- ***In re Natural Gas Commodity Litigation*, No. 03-cv-06186 (S.D.N.Y.)**
  Served as co-lead counsel and obtained over $100 million in settlements to resolve claims that defendants manipulated the price of natural gas futures contracts traded on the New York Mercantile Exchange (NYMEX). The total settlement obtained in this complex litigation was the second largest class action recovery in the 85-year history of the Commodity Exchange Act.

- ***In re Foreign Exchange Benchmark Rates Antitrust Litigation*, No. 13-cv-07789 (S.D.N.Y.)**
  Serves as class counsel and obtained partial settlement of $99.5 million to resolve claims that defendant JPMorgan participated in a conspiracy to manipulate a key benchmark in the foreign exchange market.

- ***National Metals, Inc. v. Sumitomo Corporation et al.*, No. GIC 734001 (Cal. Super. Ct., San Diego County)**
  Served as class counsel and obtained over $90 million in settlements to resolve claims that Sumitomo Corporation participated in a conspiracy to manipulate copper prices on the London Metals Exchange and worldwide in violation of California antitrust law.

- ***In re Buspirone Antitrust Litigation*, No. 01-md-01413 (S.D.N.Y.)**
  Served as class counsel and obtained a $90 million settlement to resolve claims that Bristol-Myers Squibb engaged in monopolistic and other anticompetitive conduct in marketing BuSpar, an anti-anxiety drug.

- ***In re TriCor Indirect Purchaser Antitrust Litigation*, No. 05-cv-00360 (D. Del)**
  Served as co-lead counsel and obtained a $65.7 million settlement to resolve claims that Abbott Laboratories and Fournier Industrie et Sante engaged in anticompetitive sham litigation to avoid competition on its cholesterol lowering drug, TriCor.

- ***In re Puerto Rican Cabotage Antitrust Litigation*, No. 08-md-01960 (D.P.R.)**
  Served as co-lead counsel and obtained $52 million to resolve claims that defendants participated in a conspiracy to fix the prices of ocean freight services between the continental United States and Puerto Rico.

- ***In re Aftermarket Automotive Lighting Products Antitrust Litigation*, No. 09-ml-02007 (C.D. Cal.)**
  Served as co-lead counsel and obtained more than $50 million in settlements to resolve claims that several manufacturers participated in an international conspiracy to fix the prices of aftermarket automotive lighting products.

- *In re Stock Exchanges Options Trading Antitrust Litigation*, No. 99-cv-00962 (S.D.N.Y.)
  Served as class counsel and obtained $47 million in settlements to resolve claims that defendants participated in a conspiracy to restrict listing of equity options on national exchanges.

- *In re Warafin Sodium Antitrust Litigation*, Nos. 02-3603, 02-3755, 02-3757, 02-3758 (D. Del.)
  Served as co-lead counsel and obtained $44.5 million settlement to resolve claims that DuPont engaged in campaign of falsely disparaging its competitors' cheaper generic products for purposes of restraining competition in the warafin sodium market. Labaton Sucharow successfully defended the settlement on appeal to the Third Circuit.

- *In re Marine Hose Antitrust Litigation*, No. 08-md-1888 (S.D. Fla.)
  Served as co-lead counsel and obtained $31.7 million settlements to resolve claims that defendants participated in a conspiracy to fix the prices of and allocate markets for marine hose products.

- *In re Flat Glass Antitrust Litigation (II)*, No. 08-mc-00180 (W.D. Pa.)
  Served as co-lead counsel and obtained over $22 million in settlements to resolve claims that defendants participated in conspiracy to fix the prices of construction flat glass.

- *In re Aftermarket Filters Antitrust Litigation*, No.08-cv-4883. (N.D Ill.)
  Served as co-lead counsel and obtained nearly $18 million in settlements to resolve claims that defendants participated in a conspiracy to fix the prices of aftermarket automotive filters (oil, air, and fuel).

- *Ace Marine Rigging & Supply, Inc. v. Virginia Harbor Services, et al.*, No. 11-cv-00436 (C.D. Cal.) and *Board of Trustees of Commissioners of the Port of New Orleans v. Virginia Harbor Services, et al.*, No. 11-cv-00437 (C.D. Cal.)
  Served as sole lead counsel and obtained over $5 million in settlements in two related class actions to resolve claims that defendants participated in a conspiracy to fix the prices of various marine products (foam-filled fenders and buoys and plastic marine pilings).

- *In re Abbott Labs Norvir Antitrust Litigation*, No. 04-cv-01511 (N.D. Cal.)
  Served as co-lead counsel and obtained a $10 million settlement to resolve claims that Abbott Laboratories unlawfully raised the price of Norvir, a critical HIV medication that is used in conjunction with other medications, in an attempt to limit competitors in the HIV drug market.

- *In re Imprelis Herbicide Marketing, Sales Practices and Products Liability Litigation*, No. 11-md-02284 (E.D. Pa.)
  Served as co-lead counsel and obtained a settlement calling for significant additional relief in the form of improved appeals process, increased warranty, and improved notice to resolve claims that DuPont misled consumers about the safety and effectiveness of Imprelis, an herbicide.

## Ongoing Litigation

**Antitrust & Commodities Class Actions**

- *In re Air Cargo Shipping Services Antitrust Litigation,* MDL No. 1775 (E.D.N.Y.)
  Labaton Sucharow served as co-lead for a class of direct purchasers of air cargo shipping services. Plaintiffs allege that defendants participated in a global conspiracy to increase prices charged to ship goods by air transportation. Plaintiffs have obtained $940 million in partial settlements to date. The case is ongoing against the remaining defendants.

- *Sandhaus v. Bayer AG,* No. 00-cv-6193 (Dist. Ct. of Kansas, Johnson County)
  Labaton Sucharow serves as co-lead counsel for a class of Kansas end-payors. Plaintiff alleges that Bayer agreed to pay generic manufacturers nearly $400 million to abandon their patent challenge and refrain from launching a cheaper generic version of Cipro until 2003 so that Bayer could maintain supracompetitive prices for Cipro.

- *In re Opana ER Antitrust Litigation*, No. 14-cv-10150 (N.D. Ill.)
  Labaton Sucharow represents Massachusetts Bricklayers & Masons Health and Welfare Fund and a class of end-payors against Endo, Penwest, and Impax. Plaintiffs allege that defendants entered into an unlawful and anticompetitive pay-for-delay agreement for the pain reliever drug, Opana ER.

- *In re Aggrenox Antitrust Litigation,* No. 14-md-02516 (D. Conn.)
  Labaton Sucharow serves as class counsel and represents class representative Pipefitters Union Local No. 537 Health & Welfare Fund and a class of end-payors. Plaintiffs allege that that Boehringer Ingelheim paid generic competitors $120 million in non-cash consideration to abandon its patent challenge and delay the launch of a cheaper generic Aggrenox product.

- *In re Lidoderm Antitrust Litigation,* No. 14-md-02521 (N.D. Cal.)
  Labaton Sucharow serves as class counsel and represents class representatives Iron Workers District Council of New England Welfare Fund and Letizia Gallotto and a class of end-payors. Plaintiffs allege that Endo Pharmaceuticals and Teikoku Seiyaku agreed to pay generic competitors over $100 million in non-cash consideration to not launch a cheaper generic version of Lidoderm.

- *In re Celebrex (Celecoxib) Antitrust Litigation,* No. 14-cv-00395 (E.D. Va.)
  Labaton Sucharow serves as class counsel and represents class representative International Association of Heat and Frost Insulators and Asbestos Workers Local #6 Health and Welfare Fund and a class of end-payors. Plaintiffs allege that Pfizer fraudulently obtained a reissue patent from the U.S. Patent and Trademark Office and filed sham patent litigation to avoid competition to Pfizer's blockbuster drug anti-inflammatory drug, Celebrex, from incoming cheaper generics.

- *In re Foreign Exchange Benchmark Rates Antitrust Litigation,* No. 13-cv-07789 (S.D.N.Y.)
  Labaton Sucharow serves as class counsel and represents class representative State-Boston Retirement System and a class of individuals and entities that purchased foreign exchange products whose value was derived by reference to the WM/Reuters rates, a key benchmark in the foreign exchange (FX) market. Plaintiffs allege that major FX dealer banks conspired with each other to manipulate the WM/Reuters rates to enrich themselves at the expense of plaintiffs and the class. On January 30, 2015, the plaintiffs asked the court to preliminarily approve a settlement of $99.5 million with JPMorgan. The case continues against the remaining defendants.

- ***In re Credit Default Swaps Antitrust Litigation,*** **No. 13-md-2476 (S.D.N.Y.)**
  Labaton Sucharow serves as class counsel and represents class representative Essex Regional Retirement System and a class of direct purchasers of credit default swaps (CDS). Plaintiffs allege that major CDS dealers conspired to, among other things, prevent the development of an exchange-based CDS trading platform so that they could maintain artificially high bid-ask spreads on their CDS trades with plaintiffs and the class.

- ***Alaska Electrical Pension Fund, et al. v. Bank of America, Corp., et al.,*** **No. 14-cv-7126 (S.D.N.Y.)**
  Labaton Sucharow serves as class counsel and represents class representative Genesee County Employees' Retirement System and a class of individuals and entities who transacted in any financial instrument whose value was affected by defendants' conspiracy to manipulate ISDAFIX. Plaintiffs allege that major banks conspired to manipulate ISDAFIX, a key benchmark for valuing various interest rate derivatives (including swaps and swaptions), for purposes of enriching themselves at the expense of plaintiffs and the class.

- ***In re Commodity Exchange, Inc. Gold Futures and Options Trading Litigation,*** **No. 14-md-2548 (S.D.N.Y.)**
  Labaton Sucharow serves as class counsel and represents class representative David Markun and a class of individuals and entities who transacted in gold and gold-based derivatives products, whose value was derived by reference to the London Gold Fixings. Plaintiffs allege that major gold dealers conspired to manipulate the prices of gold during the London Gold Fixings for purposes of enriching themselves at the expense of plaintiffs and the class.

- ***Modern Settings LLC, et al. v. BASF Metals Limited, et al.,*** **No. 14-cv-9391 (S.D.N.Y.)**
  Labaton Sucharow represents Modern Settings LLC (a New York Limited Liability Company) and Modern Settings LLC (a Florida Limited Liability Company) and a class of individuals and entities who transacted in platinum and palladium and platinum- and palladium-based derivative products, whose values were derived by reference to the London Platinum and Palladium Fixings. Plaintiffs allege that major platinum and palladium dealers conspired to manipulate the prices of platinum and palladium during the London Platinum and Palladium Fixings for purposes of enriching themselves at the expense of plaintiffs and the class. Labaton Sucharow filed the first case in the nation with respect to alleged manipulation of the London Platinum and Palladium Fixings.

- ***In re Capacitors Antitrust Litigation,*** **No. 14-cv-03264 (N.D. Cal.)**
  Labaton Sucharow serves as class counsel for a class of direct purchasers of aluminum, tantalum, and film capacitors. Plaintiffs allege that major capacitor manufacturers participated in an international conspiracy to fix the prices of aluminum, tantalum, and film capacitors.

- ***In re Pool Products Distribution Market Antitrust Litigation,*** **No. 12-md-2328 (E.D. La.)**
  Labaton Sucharow serves as co-lead counsel and represents a class of businesses that purchased swimming pool products directly from Pool Corporation and its subsidiaries. Plaintiffs allege that defendants participated in unlawful anticompetitive conduct to keep new competitors out of local distribution markets across the United States.

  After filing the first case in the nation, Labaton Sucharow has, to date, secured partial settlements totaling almost <u>$10 million</u>. The case continues against the other defendants.

# Reputation & Leadership in the Antitrust Bar

## Court Commendations

Many judges have remarked favorably on the Firm's experience and results achieved in class action litigation.

- "I want to thank you all for your professionalism in this . . . very lengthy and complicated matter . . . I appreciate your cooperation and the manner in which all of the attorneys conducted themselves in this litigation . . . It makes our job much easier when we have fine lawyers representing their clients in a professional manner."

   – Judge Donald L. Graham
   *In re Marine Hose Antitrust Litigation*, No. 08-md-01888 (S.D. Fla.) (granting final approval of partial settlement).

- "I do want to just make the point that the advocacy has really been remarkable both on the papers and in the arguments today – I really appreciate it. It's been a pleasure to hear so many good litigators advocate their positions. So thank you."

   – Judge Viktor V. Pohorelsky
   *In re Air Cargo Shipping Services Antitrust Litigation*, MDL 1775 (E.D.N.Y.) (remarking on advocacy at hearing on the defendants' motions to dismiss).

- "The Labaton firm is very well known to the courts for the excellence of its representation."

   – Judge Jed S. Rakoff
   *Middlesex County Retirement System v. Monster Worldwide, Inc.*, No. 07-cv-2237 (S.D.N.Y.) (appointing Labaton Sucharow as Lead Counsel).

- "Let me say that the lawyers in this case have done a stupendous job. They really have."

   – Chief Judge John Koeltl
   *In Re Buspirone Antitrust Litigation*, MDL No. 1413 (S.D.N.Y.) (approving $90 million settlement with Bristol-Myers Squibb).

- "The class counsel are well-qualified to litigate this type of complex class action, and they showed their effectiveness in the case at bar through the favorable cash settlement they were able to obtain."

   – Chief Judge Sue L. Robinson
   *In re Warfarin Sodium Antitrust Litigation*, MDL No. 1232 (D. Del.) (approving $44.5 million cash settlement).

# Awards & Accolades

Industry publications and peer rankings consistently recognize the Firm as a respected leader in antitrust and securities litigation.

*The National Law Journal*
Hall of Fame Honoree and Top Plaintiffs' Firm for nine consecutive years (2006-2014)
*"Definitely at the top of their field on the plaintiffs' side"*

*Benchmark Litigation*
Highly Recommended, top recognition, in Antitrust and Securities Litigation (2012-2015)
*"Clearly living up to its stated mission 'reputation matters'...consistently earning mention as a respected litigation-focused firm fighting for the rights of institutional investors"*

*Chambers & Partners USA*
Band 1, top nationwide ranking, in Antitrust: Plaintiff (2014)
*Jay L. Himes noted as "one of the finest plaintiffs lawyers in New York"*

*The Legal 500*
Recognized in Antitrust (2010-2014)
*"Superb" and "at the top of its game." The Firm's team of "hard-working lawyers, who push themselves to thoroughly investigate the facts" and conduct "very diligent research," is also praised"*

*Law360*
Most Feared Plaintiffs Firm for the second year in a row (2013-2014), Class Action Practice Group of the Year (2012 and 2014), and Gregory Asciolla named "Titan" and one of the most admired attorneys of the plaintiffs bar (2014)
*"Known for thoroughly investigating claims and conducting due diligence before filing suit, and for fighting defendants tooth and nail in court"*

*2014 William T. Lifland Award*
Jay L. Himes (presented to antitrust practitioners in recognition of their contributions and accomplishments in the field of antitrust)

*Thomson Reuters' Super Lawyers*
Gregory Asciolla (2013-2014) and Jay L. Himes (2010-2014) in Antitrust Litigation

# Bar Activities & Appointments

Along with their active caseload, co-chairs Gregory Asciolla and Jay L. Himes make substantial contributions to the antitrust bar.

*Gregory Asciolla*

- Chairman of the Horizontal Restraints Committee of the New York State Bar Association Antitrust Committee
- Co-Chairman of the Antitrust and Trade Regulation Committee of the New York County Lawyers' Association
- Member of the *Law360* Competition Editorial Advisory Board since 2013

Jay L. Himes

- Antitrust Law Section's delegate to the House of Delegates of the New York State Bar Association
- Co-chair of the antitrust committee of the State Bar's Commercial and Federal Litigation Section
- Appointed and currently serving as the monitoring trustee in Bazaarvoice, Inc.'s compliance with its obligations under the proposed final judgment in the Department of Justice's most recent merger victory after trial—*United States of America v. Bazaarvoice, Inc.*, No. 13-cv-00133.

## Thought Leadership

The co-chairs are recognized for their experience and involvement in high-profile cases and frequently sought after by the media, including *The Wall Street Journal*, *Law360*, and *Global Competition Review*, for commentary on global antitrust developments.

The co-chairs also regularly organize and facilitate panels and lectures discussing the latest developments and trends in antitrust law and frequently publish work in national publications. Recent publications include:

- "Oil in the Joints or Monkey Wrench in the Gears: Deferred and Non-Prosecution Agreements in Antitrust Cases," *NYLitigator*, November 3, 2014

- "What's Located in Washington, Part of the Government and Rolling in Dough?" *Bloomberg BNA Daily Report for Executives*, March 12, 2014

- "Angels Rush in Where Fools Fear to Tread: State Enforcement Against Patent Trolls," *CPI Antitrust Chronicle*, January 1, 2014)

- "When Blue Turns to Grey: Grand Jury Subpoenas for Foreign Documents Produced in Civil Litigation," *NYLitigator*, January 1, 2014

# Community Involvement

As a result of our deep commitment to the community, Labaton Sucharow stands out in areas such as pro bono legal work and public and community service.

## Firm Commitments

**Brooklyn Law School Securities Arbitration Clinic**
Mark S. Arisohn, Adjunct Professor and Joel H. Bernstein, Adjunct Professor

Brooklyn Law School has partnered with Labaton Sucharow to establish a securities arbitration clinic. The program serves a dual purpose: to assist defrauded individual investors who cannot otherwise afford to pay for legal counsel; and to provide students with real-world experience in securities arbitration and litigation. Partners Mark S. Arisohn and Joel H. Bernstein lead the program as adjunct professors.

**Change for Kids**
Labaton Sucharow supports Change for Kids and became its Lead School Partner as a Patron of P.S. 73 in the South Bronx.

**The Lawyers' Committee for Civil Rights under Law**
Edward Labaton, Member, Board of Directors

The Firm is a long-time supporter of The Lawyers' Committee for Civil rights Under Law, a nonpartisan, nonprofit organization formed in 1963 at the request of President John F. Kennedy. The Lawyer's Committee involves the private bar in providing legal services to address racial discrimination.

Labaton Sucharow attorneys have contributed on the federal level to United States Supreme Court nominee analyses (analyzing nominees for their views on such topics as ethnic equality, corporate diversity and gender discrimination) and national voters' rights initiatives.

**Sidney Hillman Foundation**
Labaton Sucharow supports the Sidney Hillman Foundation. Created in honor of the first President of the Amalgamated Clothing Workers of America, Sidney Hillman, the Foundation supports investigative and progressive journalism by its awarding monthly and yearly prizes. Partner Thomas A. Dubbs is frequently invited to present these awards.

**Volunteer Lawyers for the Arts (VLA)**
Labaton Sucharow supports Volunteer Lawyers for the Arts, working as part of VLA's pro bono team representing low-income artists and nonprofit arts organizations. VLA is the leading provider of educational and legal services, advocacy and mediation to the arts community.

## Individual Attorney Commitments

Labaton Sucharow attorneys serve in a variety of pro bono and community service capacities:

- Pro bono representation of mentally ill tenants facing eviction, appointed as Guardian ad Litem in several housing court actions.
- Recipient of a Volunteer and Leadership Award from a tenants' advocacy organization for work defending the rights of city residents and preserving their fundamental sense of public safety and home.
- Board Member of the Ovarian Cancer Research Fund – the largest private funding agency of its kind supporting research into a method of early detection and, ultimately, a cure for ovarian cancer.

Our attorneys also participate in many charitable organizations, including:

- Big Brothers/Big Sisters of New York City
- Boys and Girls Club of America
- City Harvest
- City Meals-on-Wheels
- Cycle for Survival
- Cystic Fibrosis Foundation
- Dana Farber Cancer Institute
- Food Bank for New York City
- Fresh Air Fund
- Habitat for Humanity
- Lawyers Committee for Civil Rights

- Legal Aid Society
- Mentoring USA
- The National Lung Cancer Partnership
- National MS Society
- National Parkinson Foundation
- New York Cares
- Peggy Browning Fund
- Sanctuary for Families
- Sandy Hook School Support Fund
- Save the Children
- Special Olympics
- Williams Syndrome Association

# Commitment to Diversity

Recognizing that opportunities for advancement and collaboration have not always been equitable to women in business, Labaton Sucharow launched its Women's Networking and Mentoring Initiative in 2007.

The Women's Initiative, led by partner and Executive Committee member, Martis Alex, reflects our commitment to the advancement of women professionals. The goal of the Initiative is to bring professional women together to collectively advance women's influence in business. Each event showcases a successful woman role model as a guest speaker. We actively discuss our respective business initiatives and hear the guest speaker's strategies for success. Labaton Sucharow mentors and promotes the professional achievements of the young women in our ranks and others who join us for events. The Firm also is a member of the National Association of Women Lawyers (NAWL). For more information regarding Labaton Sucharow's Women's Initiative, please visit: http://www.labaton.com/en/about/women/Womens-Initiative.cfm

Further, demonstrating our commitment to diversity in law and to introduce minority students to Labaton Sucharow, in 2006, we established the Labaton Sucharow Minority Scholarship and Internship. The annual award – a grant and a summer associate position – is presented to a first-year minority student from a metropolitan New York law school who has demonstrated academic excellence, community commitment and personal integrity.

The Firm has also instituted a diversity internship in which we invite two students from Hunter College to join us each summer. These interns are rotated through our various departments, shadowing Firm partners and getting a feel for the inner workings of Labaton Sucharow.

# Antitrust Team

The attorneys who are involved in the prosecution of antitrust and commodities litigation include former state and federal government enforcers, former in-house counsels, and former members of the defense bar.

The practice is led by co-chairs Gregory Asciolla and Jay L. Himes. Other attorneys that are part of this practice are Partners Lawrence A. Sucharow (Chairman of the Firm), Thomas A. Dubbs, Eric J. Belfi, Christopher J. McDonald, and Michael W. Stocker; Of Counsel Garrett J. Bradley; and Associates Robin A. van der Meulen and Matthew J. Perez.

Detailed biographies of the team's qualifications and accomplishments follow.

# Labaton Sucharow



## Gregory Asciolla
Partner

email: **gasciolla@labaton.com**
t: **212-907-0827**
f: **212-883-7527**

### Practice Areas
Antitrust & Competition Litigation
Consumer Protection Litigation

### Education
**Catholic University of America**
J.D., 1993

**Boston College**
A.B., English and Economics,
*cum laude*, 1987

### Admissions
**1994, New York**

**U.S. District Court**
2007, Southern District of New York
2007, Eastern District of New York

**U.S. Court of Appeals**
2013, Second Circuit
2013, Third Circuit

Gregory Asciolla, Co-Chair of the Firm's Antitrust & Competition Litigation Practice, focuses on representing businesses and public pension funds in complex antitrust and commodities class actions. Currently, Greg represents clients in several global antitrust matters involving alleged price-fixing, pay-for-delay, and other anticompetitive practices, including: *In re Air Cargo Shipping Services Antitrust Litigation*, In re *Credit Default Swaps Antitrust Litigation, Sandhaus v. Bayer AG, In re Foreign Exchange Benchmark Rates Antitrust Litigation,* and *In re Lidoderm Antitrust Litigation.*

Prior to joining Labaton Sucharow, Greg practiced antitrust litigation and counseling on behalf of clients worldwide at Morgan Lewis & Bockius LLP and Schulte Roth & Zabel LLP. He began his career as an attorney at the U.S. Department of Justice's Antitrust Division, where he focused on anticompetitive conduct in the healthcare industry.

Recommended by *The Legal 500* for being "very effective plaintiffs' counsel" and for "always act[ing] with a good degree of professionalism," Greg is often recognized for his experience and involvement in high-profile cases and frequently sought after by the media, including *The Wall Street Journal, Law360,* and *Global Competition Review,* for commentary on global antitrust developments. Greg also makes substantial contributions to the antitrust bar. He currently serves as the Chairman of the Horizontal Restraints Committee of the New York State Bar Association's Antitrust Committee as well as the Co-Chairman of the Antitrust and Trade Regulation Committee of the New York County Lawyers' Association. Greg regularly organizes and sits on panels and lectures discussing the latest developments and trends in antitrust law and frequently publishes work in national publications such as *The National Law Journal, New York Law Journal,* and *Law360.* Additionally, he serves on the Competition *Law360* Editorial Advisory Board.

As a law student at Catholic University, he served as a member of the Catholic University Law Review and was the Co-Founder and Executive Editor of the *CommLaw Conspectus: Journal of Communications Law & Policy.* He also earned a certificate after successfully completing the law school's Comparative and International Law Program.

Greg also represents clients in the arts in several pro bono matters involving art law and intellectual property.

Greg is a member of the Commercial & Federal Litigation Section – Antitrust Committee and of the American Bar Association's Antitrust Section.

# Labaton Sucharow

## Gregory Asciolla
Partner

email: gasciolla@labaton.com
t: 212-907-0827
f: 212-883-7527

## Ongoing Cases

*In re Aggrenox Antitrust Litigation*

*In re Air Cargo Shipping Services Antitrust Litigation*

*In re Capacitors Antitrust Litigation*

*In re Credit Default Swaps Antitrust Litigation*

*In re Foreign Exchange Benchmark Rates Antitrust Litigation*

*ISDAFIX Price-Fixing Litigation*

*In re Lidoderm Antitrust Litigation*

*Markun v. Bank of Nova Scotia, et al.*

*Platinum and Palladium Price-Fixing Litigation*

*Sandhaus v. Bayer Corp., et al.*

*In re Takata Airbag Products Liability Litigation*

## Settled Cases

*In re Aftermarket Filters Antitrust Litigation*

*In re Imprelis Herbicide Marketing, Sales Practices and Products Liability Litigation*

*In re Marine Hose Antitrust Litigation*

*Marine Products Antitrust Litigations*

*In re Natural Gas Commodity Litigation*

## Noteworthy

### In the News

**Law360**, Nexium Ruling Offers Road Map for Pay-For-Delay Classes (01/23/2015)

**Law360**, JPML Sends Opana Pay-for-Delay Suits to Illinois (12/12/2014)

**Law360**, Nexium Verdict No Final Word on Pay-for-Delay (12/08/2014)

**Global Competition Review**, Lawsuit Puts Platinum and Palladium Prices Under Antitrust Scrutiny (11/30/2014)

**Business Day TV**, Banks Under Fire for "FIXING" Platinum Prices (11/26/2014)

**The Wall Street Journal**, Lawsuit Alleges Palladium, Platinum Prices Manipulated (11/26/2014)

**The Financial Times**, Lawsuit Alleges Manipulation of Precious Metals Benchmark (11/26/2014)

**Bloomberg,** HSBC, Goldman Rigged Metals Prices for Years, Suit Says (11/26/2014)

**Law360**, Goldman Hit With More Metal-Rigging Claims (11/25/2014)

**Law360**, Titan of the Plaintiffs Bar: Gregory Asciolla (11/14/2014)

**FX Week**, FX Settlements Strengthen Civil Law Suit in U.S. (11/12/2014)

**Law360**, 3 Key Holdings from DOJ's 9th Circ. AUO Win (07/11/2014)

**FX Week**, Traders Could Face Extradition to U.S. in Fixing Lawsuit (07/04/2014)

**Global Competition Review**, Global Competition Review's Plaintiffs' Antitrust Bar Survey (06/30/2014)

**Global Competition Review**, E-Books Settlement Depends on Apple Appeals (06/17/2014)

# Labaton Sucharow

## Gregory Asciolla
Partner

email: gasciolla@labaton.com
t: 212-907-0827
f: 212-883-7527

Law360, With Goldman, Bain Out, PE Players Pressured to Cut Deals (06/13/2014)

FX Week, FX Benchmark Manipulated More Than 25% of the Time, Plaintiffs Say (04/09/2014)

Law360, 7th Circ. FTAIA Ruling Curtails U.S. Antitrust Reach (04/01/2014)

Financial Times, Fears Over Gold Price Rigging Put Investors on Alert (02/24/2014)

Law360, NY Law Gives Antitrust Immunity to State Health Care System (10/25/2013)

Law360, JPML Centralizes Oil Price-Fixing Suits in NY (10/21/2013)

Law360, AUO Appeal to Test Foreign Reach of U.S. Antitrust Laws (10/17/2013)

Law360, Plaintiffs Attys Say EU Antitrust Litigation Plan Falls Short (06/12/2013)

Law360, EU Oil Price-Fixing Probe Could Rival Libor Scandal (05/21/2013)

Law360, Lawyers Weigh In on Supreme Court's Comcast Ruling (03/27/2013)

Law360, AUO Appeals Let 9th Circ. Revisit Antitrust Precedent (02/05/2013)

Global Competition Review (GCR), Potash Case Brings FTAIA to the Limelight (01/24/2013)

Law360, Marine Equipment Price-Fixing Suits Wind Down with Deals (05/10/2012)

Law360, Marine Equipment Sellers Pay $5M in Antitrust Actions (07/27/2011)

## Digital Library

Business Day TV, Banks Under Fire for "FIXING" Platinum Prices (11/26/2014)

## Special Mentions

Law360, Titan of the Plaintiffs Bar (2014)

The Legal 500, Recommended in the Field of Class Action – Antitrust (2014)

Law360, Law360 Competition Editorial Advisory Board (02/21/2014)

Former U.S. Department of Justice Attorney Gregory Asciolla Elected Partner of Labaton Sucharow (02/20/2013)

Law360, Law360 Competition Editorial Advisory Board (01/13/2010)

## Published & Presented

New York State Bar Association, Annual Fall Symposium (Moderator) (11/21/2014)

American Bar Association, Questioning the integrity of Financial Benchmarks: Legal Tools and Practical Problems (01/23/2014)

NYLitigator, When Blue Turns to Grey: Grand Jury Subpoenas for Foreign Documents Produced in Civil Litigation (01/01/2014)

National Law Journal, Europe Advancing Victims' Rights in Antitrust Actions (08/29/2013)

New York State Bar Association, Antitrust Spring Lecture 2013 (05/30/2013)

New York State Bar Association, Annual Meeting (01/24/2013)

NYSBA State Bar News, Two New Court Rulings Say No Exception In Per Se Rule On International Price-Fixing (12/01/2012)

The National Law Journal, Recent Cases on Antitrust Implications of Petitioning Foreign Governments (11/28/2011)

ATTORNEY PROFILE

# Labaton Sucharow

## Gregory Asciolla
Partner

email: gasciolla@labaton.com
t: 212-907-0827
f: 212-883-7527

**Insights & Analyses**, DOJ and FTC Announce New Statement of Enforcement Policy Regarding Accountable Care Organiztaions (11/14/2011)

**Westlaw Journal**, Quantifying Antitrust Damages in Private Enforcement Actions Under Europeans Union Competition Law (May 2010)

**BNA Class Action Litigation**, How Courts Analyze Guilty Pleas and Government Investigations When Considering the Plausibility of an Antitrust Conspiracy After Twombly (03/06/2010)

**Law360**, Iqbal and The Twombly Pleading Standard (06/15/2009)

**New York Law Journal**, Analyzing Proper Pleading Standard for Commodity Manipulation Claims (02/10/2009)

**ABA Antitrust Counselor**, The Advantages of Not Opting Out of Class Action Litigation (February 2008)

The materials appearing on this website are provided for informational purposes only and do not constitute legal advice. You should not take action based upon this information without consulting legal counsel. This site is not intended to create an attorney-client relationship. The hiring of a lawyer is an important decision that should not be based solely upon any single source of information, including advertising on this website. You may ask us to send you further information about us, and we urge you to review other sources of information about us.

Copyright © 2015 Labaton Sucharow LLP. All rights reserved.

ATTORNEY PROFILE

# Labaton Sucharow



## Jay L. Himes
Partner

email: jhimes@labaton.com
t: 212-907-0834
f: 212-883-7501

### Practice Areas
Antitrust & Competition Litigation
Consumer Protection Litigation

### Education
University of Wisconsin Law School
J.D., *magna cum laude*, 1972

University of Wisconsin
B.A., 1970

### Admissions
**1974, New York**

**1982, U.S. Supreme Court**

**U.S. Court of Appeals**
1975, Second Circuit
2010, Fifth Circuit
2001, Sixth Circuit
1982, Ninth Circuit
2001, D.C. Circuit

**U.S. District Court**
1972, Eastern District of Wisconsin
1972, Western District of Wisconsin
1975, Southern District of New York
1978, Eastern District of New York

Co-Chair of the Firm's Antitrust & Competition Litigation Practice, Jay Himes focuses on all facets of the antitrust landscape, including investigations and case filings, merger transactions, trial and appellate litigation, and settlements. With more than 40 years of experience in complex litigation, Jay focuses on representing plaintiffs in price-fixing class action cases and protects businesses from anticompetitive activities. Jay also serves as the court-appointed trustee in the Department of Justice's recent merger victory after trial–*United States of America v. Bazaarvoice, Inc.*–with the responsibility to monitor Bazaarvoice's compliance with its obligations under the proposed final judgment.

Jay is the 2014 recipient of the William T. Lifland Service Award, presented by the Antitrust Law Section of the New York State Bar Association for distinguished service. *Chambers USA* reports that sources described him as "one of the finest plaintiffs lawyers in New York," and *The Legal 500*'s sources called him "a very solid and highly experienced antitrust lawyer."

Prior to joining Labaton Sucharow, Jay served as the Antitrust Bureau Chief in the New York Attorney General's office. During his nearly eight-year tenure as New York's chief antitrust official, Jay led significant, high-profile antitrust investigations and enforcement actions. These cases included: *In re Buspirone Antitrust Litigation* ($100 million settlement); *In re Cardizem CD Antitrust Litigation* ($80 million settlement); and *In re Compact Disc Antitrust Litigation* ($67 million settlement). Under Jay's leadership, the New York Bureau secured the two largest antitrust civil penalties recoveries ever achieved under the State's antitrust statute.

Jay was also the State's principal representative in the marathon negotiations that led to a settlement of the government's 2001 landmark monopolization case against Microsoft. His leadership in the Microsoft judgment enforcement activity continued throughout his time at the Attorney General's office.

Prior to serving in the Attorney General's office, Jay practiced complex litigation for 25 years at Paul, Weiss, Rifkind, Wharton & Garrison LLP, where he represented the 12 Federal Reserve Banks as plaintiffs in a price-fixing case against the nation's leading armored car companies, and defended a Revlon healthcare company in a series of price-fixing cases that spanned nearly a decade. Additionally, Jay handled a wide range of litigation, including securities class actions as well as contract, construction, constitutional, entertainment, environmental, real property, and tax litigation. Active in pro bono matters, Jay worked with the New York Civil Liberties

# Labaton Sucharow

## Jay L. Himes
Partner

email: jhimes@labaton.com
t: 212-907-0834
f: 212-883-7501

Union, NAACP, and National Coalition for the Homeless, while also representing inmate and immigration asylum clients.

A regular speaker at conferences focusing on antitrust and class actions, Jay has authored many articles on related issues. He has lectured on U.S. cartel enforcement at the Zurich University of Applied Science's international competition and compliance programs offered to foreign competition law officials in Geneva. Jay is also a member of the U.S. Advisory Board of the Loyola University Chicago School of Law's Institute of Consumer Antitrust Studies, the advisory board of the Bloomberg Law's *Antitrust & Trade Regulation Reporter,* and the editorial advisory group of the *Antitrust Chronicle.*

Jay serves as the Antitrust Law Section's delegate to the House of Delegates of the New York State Bar Association (NYSBA). He is also the past chair of the Antitrust Law Section of the NYSBA and currently co-chairs the antitrust committees of both the State Bar's Commercial and Federal Litigation Section and its International Section. Jay is also a member of antitrust, litigation, information technology, and intellectual property groups in the American Bar Association.

Jay graduated from the University of Wisconsin Law School, where he served as the Articles Editor of the *Wisconsin Law Review.* Following law school, he pursued independent study at the University of Oxford in England.

### Ongoing Cases

*In re Aftermarket Automotive Lighting Products Antitrust Litigation*

*In re Air Cargo Shipping Services Antitrust Litigation*

*In re Pool Products Distribution Market Antitrust Litigation*

### Settled Cases

*In re Flat Glass II Antitrust Litigation*

*In re Municipal Derivatives Antitrust Litigation*

## Noteworthy

### In the News

**Pool & Spa News**, Manufacturer Settles in Antitrust Case (06/27/2014)

**Competition Policy International (CPI)**, Interview Regarding Apple eBook Price-Fixing Verdict (07/10/2013)

**cbssports.com**, Talks Resume; Is There Time? (11/23/2011)

**Law360**, Class Action In Flat Glass Antitrust MDL Can Proceed (02/11/2009)

### Special Mentions

**NYSBA Antitrust Section**, 2014 William T. Lifland Award (01/30/2014)

# Labaton Sucharow

## Jay L. Himes
Partner

email: jhimes@labaton.com
t: 212-907-0834
f: 212-883-7501

**Chambers & Partners USA,** Plaintiffs' Antitrust Leading Individual (2014)

**The Legal 500,** Recommended in the Field of Class Action - Antitrust (2010, 2012-2014)

**Who's Who Legal,** The International Who's Who of Competition Lawyers & Economists 2014 (03/01/2014)

**Who's Who Legal,** The International Who's Who of Business Lawyers 2014 (03/01/2014)

Labaton Sucharow Announces that Jay L. Himes Has Been Elected Chair of New York State Bar Association's Antitrust Law Section (01/28/2011)

## Published & Presented

**New York State Bar Association Antitrust Law Section Annual Meeting,** New Wine in Old Wineskins or Old Wine in New Wineskins? 100+ Years of Antitrust (Panel Moderator) (01/29/2015)

**NY Litigator,** Oil in the Joints or Monkey Wrench in the Gears: Deferred and Non-Prosecution Agreements in Antitrust Cases (Fall 2014)

**International Section of the New York State Bar Association Seasonal Meeting,** Class Action and Collective Action In Arbitration & Litigation (10/15/2014)

**Zurich University of Applied Sciences,** International Competition Law and Compliance Certificate Program (07/04/2014)

**New York State Bar Association,** Global Cartel Enforcement Program (06/05/2014)

**Bloomberg BNA Daily Report for Executives,** What's Located in Washington, Part of the Government and Rolling in Dough? (03/12/2014)

**CPI Antitrust Chronicle,** Angels Rush in Where Fools Fear to Tread: State Enforcement Against Patent Trolls (01/01/2014)

**NY Litigator,** When Blue Turns to Grey: Grand Jury Subpoenas for Foreign Documents Produced in Civil Litigation (01/01/2014)

**European Competition Journal,** Two Bodies of Law Separated by a Common Mission: Unilateral Conduct by Dominant Firms at the IP/Antitrust Intersection in the EU and the US (December 2013)

**New York State Bar Association,** Antitrust Basics: An Introduction for New Attorneys (11/14/2013)

**International Section of the New York State Bar Association,** Seasonal Meeting 2013 (10/25/2013)

Concurrent Antitrust Criminal and Civil Proceedings: Identifying Problems and Planning for Success (07/24/2013)

**Center for Competition and Commercial Law of the ZHAW School of Management,** Certificate of Advanced Studies International Competition Law and Compliance Program (07/03/2013)

**Bloomberg BNA,** An Ounce of Prevention...: The Preservation Subpoena ('Subpoena Conservo') to Non-Parties as a Litigation Tool (11/22/2012)

# Labaton Sucharow

## Jay L. Himes

Partner

email: jhimes@labaton.com
t: 212-907-0834
f: 212-883-7501

**CPI Antitrust Chronicle**, New Toys For Old Games: eBooks – iTroubles (06/01/2012)

**Antitrust Connect Blog**, I Can't Make You Love Me If You Won't: Capper-Volstead Jilted by Sherman One (02/14/2012)

**New York City Bar Association**, Moot Court Competition Judge (02/01/2012)

**New York University Law School** and the **ABA Next Generation of Antitrust Scholars Program** (01/20/2012)

**BNA Antitrust Trade & Regulation Report**, No Rest(titution) For The Weary: Crime Victims and Treble Damages in Antitrust Cases (11/18/2011)

**State Bar of Michigan**, Annual Meeting: Corporate Leniency in an Era of Increased Antitrust Enforcement (09/16/2011)

**CPI Antitrust Chronical**, Duking It Out in Antitrust Price-Fixing: Class Actions After Dukes (08/01/2011)

**New York State Bar Association**, Annual Meeting (Program Chair) (01/27/2011)

**Ohio State Bar Association**, 2nd Annual Great Lakes Antitrust Institute: Resale Price Maintenance – In Search of Certainty (10/29/2010)

**ABA** and **New York State Bar Association**, New York's Donnelly Act: Another Tool in the Chest? (Webinar) (07/22/2010)

**CPI Antitrust Journal**, The Duchesses Come Out Swinging in Dukes: Restoring the Balance in Class Certification (August 2010)

**CPI Antitrust Journal**, Just What the Doctor Ordered: A Second Opinion for Vertical Price-Fixing (January 2010)

**New York State Bar Association**, When Worlds Collide: Current Issues Affecting Parallel Public and Private Litigation (01/28/2010)

**GCP**, It Ain't Funny How Time Slips Away: Amnesty Recipient Cooperation in Civil Antitrust Litigation (August 2009)

**BNA Antitrust & Trade Regulation**, Monopoly Is What Happens While You're Busy Making Speeches: Change We Can Believe In Comes To The Antitrust Division (06/12/2009)

**BNA Class Action Litigation**, The Class Action Fairness Act: A Wolf in Wolves' Clothing (05/08/2009)

**NYLitigator**, Antitrust Looms Large in the Supreme Court's Past Term (06/01/2008)

The materials appearing on this website are provided for informational purposes only and do not constitute legal advice. You should not take action based upon this information without consulting legal counsel. This site is not intended to create an attorney-client relationship. The hiring of a lawyer is an important decision that should not be based solely upon any single source of information, including advertising on this website. You may ask us to send you further information about us, and we urge you to review other sources of information about us.

Copyright © 2015 Labaton Sucharow LLP. All rights reserved.

# Labaton Sucharow



# Lawrence A. Sucharow

Chairman

email: lsucharow@labaton.com
t: 212-907-0860
f: 212-883-7060

## Practice Areas

Securities Litigation

Antitrust & Competition Litigation

Financial Products & Services Litigation

Corporate Governance & Shareholder
Rights Litigation

Mergers & Acquisitions Litigation

Derivative Litigation

REITs & Limited Partnerships Litigation

Client Monitoring & Case Evaluation

Consumer Protection Litigation

## Education

Brooklyn Law School
J.D., *cum laude*, 1975

Baruch School of the City College of the
City University of New York
B.B.A., *cum laude*, 1971

## Admissions

1976, New York

1992, Arizona

1980, New Jersey

2003, U.S. Supreme Court

U.S. Court of Appeals
1983, Second Circuit

U.S. District Court
1976, Southern District of New York
1976, Eastern District of New York
1980, District of New Jersey
1992, District of Arizona

With nearly four decades of experience, the Firm's Chairman, Lawrence A. Sucharow is an internationally recognized trial lawyer and a leader of the class action bar. Under his guidance, the Firm has grown into and earned its position as one of the top plaintiffs securities and antitrust class action firms in the world. As Chairman, Larry focuses on counseling the Firm's large institutional clients, developing creative and compelling strategies to advance and protect clients' interests, and the prosecution and resolution of many of the Firm's leading cases.

Over the course of his career, Larry has prosecuted hundreds of cases and the Firm has recovered billions in groundbreaking securities, antitrust, business transaction, product liability, and other class actions. In fact, a landmark case tried in 2002 – *In re Real Estate Associates Limited Partnership Litigation* – was the very first securities action successfully tried to a jury verdict following the enactment of the Private Securities Litigation Reform Act (PSLRA). Experience such as this has made Larry uniquely qualified to evaluate and successfully prosecute class actions.

Other representative matters include: *In re CNL Resorts, Inc. Securities Litigation* ($225 million settlement); *In re Paine Webber Incorporated Limited Partnerships Litigation* ($200 million settlement); *In re Prudential Securities Incorporated Limited Partnerships Litigation* ($110 million partial settlement); *In re Prudential Bache Energy Income Partnerships Securities Litigation* ($91 million settlement) and *Shea v. New York Life Insurance Company* (over $92 million settlement).

In recognition of his career accomplishments and standing at the Bar, Larry was selected by *Law360* as one the 10 Most Admired Securities Attorneys in the United States. Further, he is one of a small handful of plaintiffs' securities lawyers in the United States independently selected by each of *Chambers and Partners USA*, *The Legal 500*, *Benchmark Litigation* and *Lawdragon 500* for their respective highest rankings. Referred to as a "legend" by his peers in *Benchmark Litigation*, *Chambers* describes him as "an immensely respected plaintiff advocate" and "renowned figure in the securities plaintiff world…[that] has handled some of the most high-profile litigation in this field." According to *The Legal 500*, clients characterize Larry as a "a strong and passionate advocate with a desire to win." In addition, Brooklyn Law School honored Larry with the 2012 Alumni of the Year Award for his notable achievements in the field.

Larry has served a two-year term as President of the National Association of Shareholder and Consumer Attorneys, a membership organization of approximately 100 law firms that practice complex civil litigation including class

ATTORNEY PROFILE

# Labaton Sucharow

## Lawrence A. Sucharow
Chairman

email: lsucharow@labaton.com
t: 212-907-0860
f: 212-883-7060

actions. A longtime supporter of the Federal Bar Council, Larry serves as a trustee of the Federal Bar Council Foundation. He is a member of the Federal Bar Council's Committee on Second Circuit Courts, and the Federal Courts Committee of the New York County Lawyers' Association. He is also a member of the Securities Law Committee of the New Jersey State Bar Association and was the Founding Chairman of the Class Action Committee of the Commercial and Federal Litigation Section of the New York State Bar Association, a position he held from 1988-1994. In addition, Larry serves on the Advocacy Committee of the World Federation of Investors Corporation, a worldwide umbrella organization of national shareholder associations. In May 2013, Larry was elected Vice Chair of the International Financial Litigation Network, a network of law firms from 15 countries seeking international solutions to cross-border financial problems.

### Ongoing Cases

*In re Takata Airbag Products Liability Litigation*

### Settled Cases

*In re CNL Hotels & Resorts, Inc. Securities Litigation*

*In re Empire State Realty Trust, Inc. Investor Litigation*

*In re Prudential Bache Energy Income Partnerships*

*In re Prudential Securities Incorporated Limited Partnerships Litigation*

*In re Real Estate Associates Limited Partnership Litigation*

## Noteworthy

### In the News

**Law360,** Ford, Automakers Ask JPML to Move Air Bag Suits to Pa. (12/01/2014)

**Law360**, Most Feared Plaintiffs Firm: Labaton Sucharow (11/10/2014)

**The National Law Journal,** Plaintiffs Move to Combine Airbag Cases in Florida (11/10/2014)

**Law360**, Titan of the Plaintiffs Bar: Lawrence Sucharow (11/05/2014)

**Law360**, Car Owners Want Takata Air Bag Defect Suits Consolidated (11/04/2014)

**Bloomberg News**, Takata Airbag Customers Seek Joining of Lost-Value Suits (11/04/2014)

**Law360**, Takata, Carmakers Face 1st Round of Exploding Air Bag Suits (10/28/2014)

**Pensions & Investments**, Precedent is Upheld on Class Action Lawsuits that are Spurred by Stock Losses (07/07/2014)

**Law360**, Analysis of the U.S. Supreme Court Ruling in Halliburton v. Erica P. John Fund (06/25/2014)

**The Wall Street Journal**, The Morning Risk Report: The Big Securities-Fraud Ruling That Wasn't (06/24/2014)

# Labaton Sucharow

## Lawrence A. Sucharow
Chairman

email: lsucharow@labaton.com
t: 212-907-0860
f: 212-883-7060

**Reuters – Alison Frankel's On the Case**, SCOTUS Halliburton Ruling Could Backfire for Securities Defendants (06/23/2014)

**AmLaw Litigation Daily**, Securities Lawyers Dodge a Bullet with Halliburton Ruling (06/23/2014)

**The National Law Journal**, Halliburton Ruling Aids Both Sides in Securities Litigation (06/23/2014)

**Law360**, High Court Sends Securities Class Actions Back to Basic(s) (06/23/2014)

**The Recorder**, After Shake Ups, Securities Bar is a Different Landscape (06/15/2014)

**Pensions & Investments**, Supreme Court to Revisit Investor Class Actions (11/18/2013)

**Lawdragon**, The Lawdragon 500 Lawyer Limelight: Lawrence Sucharow (04/08/2013)

**Law360**, REIT Shareholders Frustrated As Exec Pay Surpasses Returns (05/31/2012)

**Reuters**, Empire State Building IPO Could Bring Big Tax Bill (04/09/2012)

**BLS Law Notes**, Pay It Forward - Giving Back Paves the Road to the Future (11/01/2011)

**Law360**, 7 Tips for Maximizing Your Time Before the JPML (09/21/2010)

**Law360**, Cos. Turn to Plaintiffs Firms To Meet Litigation Needs (02/01/2010)

**The National Law Journal**, Plaintiffs' Firm Unite on Shareholder Rights (08/31/2009)

**The Wall Street Journal**, Unusualy Structured REIT Got Bid, Now Firm Founder is Being Sued (07/20/2007)

**Legal Week**, U.S. Class Action Specialists Target U.K. Clients as Market Activity Intensifies (07/12/2007)

### Digital Library

**Law360**, Analysis of the U.S. Supreme Court Ruling in Halliburton v. Erica P. John Fund (06/25/2014)

**Wallstrip Chat**, Relationship Between Corporations and Their Shareholders (02/09/2007)

### Special Mentions

**Law360**, Titan of the Plaintiffs Bar (2014)

**Benchmark Litigation**, Antitrust, Products Liability, and Securities Litigation Star (2012-2015)

**The Legal 500**, Recommended in the Field of Securities Litigation (2007, 2009-2014)

**Chambers & Partners USA**, Plaintiffs' Securities Litigation Senior Statesman (2013-2014); Leading Individual (2010-2012)

**Who's Who Legal**, The International Who's Who of Competition Lawyers & Economists 2014 (2014)

# Labaton Sucharow

## Lawrence A. Sucharow
Chairman

email: lsucharow@labaton.com
t: 212-907-0860
f: 212-883-7060

**International Financial Litigation Network**, Lawrence A. Sucharow Elected Vice Chair (2013)

**Lawdragon**, Named One of the Leading Lawyers in America (2012)

**World Federation of Investors**, Lawrence A. Sucharow Appointed to the Advocacy Committee (2012)

**Brooklyn Law School**, Alumni of the Year (2012)

**Law360**, Most Admired Attorneys in America Series (2010)

**The National Law Journal**, Plaintiffs' Hot List: Noteworthy Cases (2008)

## Published & Presented

**American Association for Justice's Takata Airbag Recall Seminar**, Next Steps (Speaker) (12/11/2014)

**Axis Insurance and Kaufman Dolowich & Voluck**, How will the Supreme Court's ruling on "fraud-on-the-market" presumption impact securities class action litigation? (06/26/2014)

**IFLN**, Spring Meeting (05/12/2014 - 05/13/2014)

**Responsible-Investor.com** and **ACI**, National Summit of Fiduciary Responsibility (Speaker) (06/10/2011)

**BNA**, Class Action Litigation How Courts Analyze Guilty Pleas and Government Investigations When Considering the Plausibility of an Antitrust Conspiracy After Twombly (03/06/2010)

**Securities Regulation & Law**, Death of the Worldwide Class? (06/22/2009)

**Pensions & Investments**, Schapiro Takes Right Path on Market Reform (06/01/2009)

**Brooklyn Law School**, Dean's Roundtable Discussion (10/01/2008)

**New York Law Journal**, Executive Compensation (03/20/2008)

**IPE Class Actions & Pensions**, FIFO vs LIFO (05/01/2006)

The materials appearing on this website are provided for informational purposes only and do not constitute legal advice. You should not take action based upon this information without consulting legal counsel. This site is not intended to create an attorney-client relationship. The hiring of a lawyer is an important decision that should not be based solely upon any single source of information, including advertising on this website. You may ask us to send you further information about us, and we urge you to review other sources of information about us.

Copyright © 2015 Labaton Sucharow LLP. All rights reserved.

# Labaton Sucharow



## Michael W. Stocker
Partner

email: **mstocker@labaton.com**
t: **212-907-0882**
f: **212-883-7082**

### Practice Areas

Securities Litigation

Corporate Governance & Shareholder
Rights Litigation

Mergers & Acquisitions Litigation

Derivative Litigation

Antitrust & Competition Litigation

Client Monitoring & Case Evaluation

Consumer Protection Litigation

### Education

University of California,
Hastings College of Law
J.D., 1995

University of Sydney
Master of Criminology degree,
Law Department, 2000

University of California, Berkeley
B.A., 1989

### Admissions

1995, California

2006, New York

U.S. Court of Appeals
2009, Second Circuit
2008, Eighth Circuit
1998, Ninth Circuit

U.S. District Court
2002, Northern District of California
2005, Central District of California
2007, Southern District of New York
2007, Eastern District of New York
2013, Southern District of California

As a lead strategist on Labaton Sucharow's Case Evaluation Team, Michael W. Stocker is integral to the Firm's investigating and prosecuting securities, antitrust, and consumer class actions.

Mike represents institutional investors in a broad range of class action litigation, corporate governance, and securities matters. In one of the most significant securities class actions of the decade, Mike played an instrumental part of the team that took on American International Group, Inc. and 21 other defendants. The Firm negotiated a recovery of more than $1 billion. He was also key in litigating *In re Bear Stearns Companies, Inc. Securities Litigation*, where the Firm secured a $275 million settlement with Bear Stearns, plus a $19.9 million settlement with the company's outside auditor, Deloitte & Touche LLP.

In a case against one of the world's largest pharmaceutical companies, *In re Abbott Laboratories Norvir Antitrust Litigation*, Mike played a leadership role in litigating a landmark action arising at the intersection of antitrust and intellectual property law. The novel settlement in the case created a multimillion dollar fund to benefit nonprofit organizations serving individuals with HIV. In recognition of his work on *Norvir*, *The National Law Journal* named the Firm to the prestigious Plaintiffs' Hot List, and he received the 2010 Courage Award from the AIDS Resource Center of Wisconsin. Mike has also been recognized by *The Legal 500* in the field of securities litigation and *Benchmark Litigation* as a Securities Litigation Star.

Earlier in his career, Mike served as a senior staff attorney with the United States Court of Appeals for the Ninth Circuit and completed a legal externship with federal Judge Phyllis J. Hamilton, currently sitting in the U.S. District Court for the Northern District of California. He earned a B.A. from the University of California, Berkeley, a Master of Criminology from the University of Sydney, and a J.D. from University of California's Hastings College of the Law.

He is an active member of the National Association of Public Pension Plan Attorneys (NAPPA), the New York State Bar Association, and the Association of the Bar of the City of New York. Since 2013, Mike has served on *Law360*'s Securities Editorial Advisory Board, advising on timely and interesting topics warranting media coverage. In 2015, the Council of Institutional Investors appointed Mike to the Markets Advisory Council, which provides input on legal, financial reporting, and investment market trends.

# Labaton Sucharow

## Michael W. Stocker
Partner

email: mstocker@labaton.com
t: 212-907-0882
f: 212-883-7082

In addition to his litigation practice, Mike mentors youth through participation in Mentoring USA. The program seeks to empower young people with the guidance, skills, and resources necessary to maximize their full potential.

## Ongoing Cases

*California State Teachers' Retirement System v. Alvarez (Wal-Mart Derivative Litigation)*

*Cambridge Retirement System v. Slavko James Joseph Bosnjak (Unilife Derivative Litigation)*

*City of Providence, Rhode Island v. BATS Global Markets, Inc.*

*In re Facebook, Inc., IPO Securities and Derivative Litigation*

*In re Foreign Exchange Benchmark Rates Antitrust Litigation*

*Markun v. Bank of Nova Scotia, et al.*

*Norfolk County Retirement System v. Tempur-Pedic International Inc.*

*In re Nu Skin Enterprises, Inc., Securities Litigation*

*Petróleo Brasileiro S.A. – Petrobras*

*In re Takata Airbag Products Liability Litigation*

## Settled Cases

*In re Abbott Laboratories Norvir Antitrust Litigation*

*In re American International Group, Inc. Securities Litigation*

*In re Bear Stearns Companies, Inc. Securities Litigation*

*Eastwood Enterprises, LLC v. Farha et al. (WellCare Securities Litigation)*

# Noteworthy

## In the News

**Press Release,** Labaton Sucharow Partner Michael Stocker Appointed to the Council of Institutional Investors' Markets Advisory Council (02/09/2015)

**Law360,** 7 Habits of Highly Effective Partners (10/31/2014)

**Pensions & Investments,** Pension-Related Cases Being Heard by the Supreme Court (10/13/2014)

**Law360,** Analysis of the U.S. Supreme Court Ruling in Halliburton v. Erica P. John Fund (06/25/2014)

**Financial Times,** 'Closet Indexers' Face Legal Action from Investors (05/25/2014)

**Los Angeles Times,** Investing Along With the Crowd (10/23/2013)

**The Globe and Mail,** Barrick Slapped With Investor Lawsuit Over Troublesome Project (08/05/2013)

# Labaton Sucharow

## Michael W. Stocker

Partner

email: mstocker@labaton.com
t: 212-907-0882
f: 212-883-7082

**Crains New York Business,** In 'Fab' Case, Wall Street Nemesis Switches Sides (7/09/2013)

**Chicago Tribune,** Missouri Pension Fund Sues JPMorgan Over 'Whale' Losses (04/15/2013)

**Law360,** New Citigroup Pay Plan May Not Soothe Shareholder Ire (02/22/2013)

**AmLaw Litigation Daily,** Susan Beck's Summary Judgement: Is Mary Jo White Tough Enough? There's One Way to Find Out (01/30/2013)

**Wall Street Journal,** Warning to Investors: We're an 'Emerging' Company (09/03/2012)

**Crain's New York Business,** If It Walks Like a Little Duck... (08/26/2012)

**CFO,** A New Risk Factor: The JOBS Act (06/15/2012)

**Risk.net,** Volcker Compliance-responsibility Aspect Splits Legal Opinion (04/17/2012)

**BostInno,** Is the JOBS Act a Snake Pit for Investors? (04/11/2012)

**Compliance Week,** Business Litigation: A Look Into 2012 (01/03/2012)

**Pensions & Investments,** Shareholders' Hands Tied by News Corp. Structure (07/25/2011)

**Law360,** Say-On-Pay Forces Cos. To Rethink Exec Perks (06/07/2011)

### Digital Library

**Law360,** Analysis of the U.S. Supreme Court Ruling in Halliburton v. Erica P. John Fund (06/25/2014)

**PBS,** NewsHour Weekend (10/27/2013)

**Bloomberg TV - Market Makers,** JPMorgan White-Washed Firm's Analysis, Stocker Says (02/07/2013)

**Vator,** Crowdfunding debate - Dave McClure vs. Michael W. Stocker (07/19/2012)

**Fox Business,** Senate Bill Looks to Help Small Business with Crowd Funding (03/20/2012)

### Special Mentions

**Council of Institutional Investors,** Markets Advisory Council (2015)

**Benchmark Litigation,** Securities Litigation Star (2013-2015)

**Law360,** Securities Editorial Advisory Board (2013 and 2014)

**The Legal 500,** Recommended in the Field of Securities Litigation (2012 and 2013)

**The National Law Journal,** Plaintiffs' Hot List (2011-2012)

# Labaton Sucharow

## Michael W. Stocker

Partner

email: mstocker@labaton.com
t: 212-907-0882
f: 212-883-7082

**The National Law Journal**, Plaintiffs' Hot List: Noteworthy Cases (2008)

## Published & Presented

**Council of Institutional Investors**, Teleconference: Halliburton Co. v. Erica P. John Fund, Inc. (07/16/2014)

**Association of Benefit Administrators**, 2014 Securities Litigation Overview (05/01/2014)

**The NAPPA Report**, Mandatory Arbitration Agreements: A New Attack on Access to the Courts (04/30/2014)

**Pensions & Investments**, Accounting Danger Signs: Tools For Investors (07/30/2013)

**American Banker**, JPMorgan Shareholders Chose Wrong Side of History (06/04/2013)

**West LegalEdcenter,** Preparing to Clear OTC Derivatives to Ensure June 10th Compliance: The Brave New World of Swaps Clearing under Dodd-Frank (05/14/2013)

**German Bar Association,** Litigating Banking Claims in U.S. Courts - An Insight (04/22/2013)

**Economia,** Autonomy, HP and the FRC: Who Has the Most to Lose? (02/18/2013)

**Ethisphere**, Flawed Credit Ratings and the Impact on Investment (01/31/2013)

**Lawyers Monthly Magazine**, Legal Focus – USA: M&A Litigation (01/01/2013)

**New York Law Journal**, Requiring SEC to Perform Economic Analyses Hinders Financial Reform (12/17/2012)

**Pensions & Investments**, Rulemaking Chipping Away at Financial Reform (11/12/2012)

**Brooklyn Law School**, The JOBS Act and the Future of U.S. Capital Formation (11/07/2012)

**Accounting Today**, Return to Enron? (11/01/2012)

**Corporate Counsel**, Are Shareholders Happy With Your Company's Political Spending? (09/26/2012)

**Business Insider**, Startups, That Crowdfunding You're Raising May Scare Off Other Investors (08/21/2012)

**Vator**, Venture Shift (Speaker) (07/19/2012)

**Financial Executive**, The JOBS Act Creates Opportunities and Risks (06/01/2012)

**National Conference on Public Employee Retirement Systems (NCPERS)**, Annual Conference (Panelist) (05/07/2012)

**New York Law Journal**, Financial Institutions Assume the Role of Plaintiffs in Securities Litigation (04/16/2012)

ATTORNEY PROFILE

# Labaton Sucharow

## Michael W. Stocker
Partner

email: mstocker@labaton.com
t: 212-907-0882
f: 212-883-7082

**PEHUB**, How JOBS Act Masks Pitfalls (04/09/2012)

**Bloomberg Law Reports**, What is the Most Important Volcker Rule Issue that Regulators Must Address Next Year? (01/03/2012)

**Institutional Investor**, A Scandal Like Olympus Can Happen in the U.S. (12/17/2011)

**Council of Institutional Investors**, Dodd-Frank Teleconference Series: Recent Court Decision Overview - Credit Ratings Are Not Always Protected by the First Amendment (12/01/2011)

**Pensions & Investments**, Proposals to Reform Credit-Rating Firms Falling Short (10/31/2011)

**Law360**, The Benefits of Investor Protection (10/11/2011)

**New York Law Journal**, Government Reliance on Private Litigants Diverges with Court Trends (09/09/11)

**West Professional Development**, Developments in Handling Over-the-Counter Derivatives (08/11/2011)

**Executive Counsel**, U.S. Changing to Looser Accounting Standards (08/01/2011)

**Corporate Counsel**, Handle With Care (07/01/2011)

**The Deal**, Shell Game (06/26/2011)

**Institutional Investor**, Are Regulators Retreating From Dodd-Frank? (05/24/2011)

**Forbes.com**, Shadowy Shares: The Dark Side of Contingent Value Rights (05/09/2011)

**Labaton Sucharow Webinar**, Credit Rating Agencies and the Financial Crisis of 2007-2008: What Went Wrong - and Will it Happen Again? (04/21/2011)

**Pensions & Investments**, Resolving the Deadlock Over Credit Ratings (04/04/2011)

**The National Law Journal**, M&A on the Rise - and Litigation May Well Follow (04/04/2011)

**The Deal**, Running On Empty (03/13/2011)

**Labaton Sucharow Webinar**, Securities Class Action Trials After the Financial Crisis (03/08/2011)

**Executive Counsel**, SEC Contemplating Government Reforms (12/01/2010)

**The National Law Journal**, SEC Paper Focuses on Proxy Voting Shortcomings - Agency Signals it Has Serious Questions About Whether Current System Needs Structural Overhaul (11/15/2010)

**New York Law Journal**, Is the Shield Beginning to Crack? (11/15/2010)

**Institutional Investor**, What Wall Street Can Learn From the BP Spill (11/09/2010)

**West Professional Development**, The Future of Over-the-Counter Derivatives (11/01/2010)

# Labaton Sucharow

## Michael W. Stocker
Partner

email: mstocker@labaton.com
t: 212-907-0882
f: 212-883-7082

**Forbes.com**, Automated Trading Leaving Retail Investors in the Dust (10/15/2010)

**Directorship**, Toyota Debacle Spurs Reform Questions (08/09/2010)

**Corporate Counsel**, Say What? Pay What? (08/05/2010)

**West Professional Development**, The Derivatives Market After the Financial Overhaul (08/03/2010)

**Forbes.com**, SEC Measures To Prevent Flash Crashes Are Sensible, But Are They Enough? (05/20/2010)

**Pensions & Investments**, A Recall for Toyota's Corporate Governance? (04/05/2010)

**New York Law Journal**, Reining In The Credit Ratings Agency (01/11/2010)

**Pensions & Investments**, Trade Talk: SEC Facing Thorny Issues with Flash Trading, Dark Pools, Naked Access (12/14/2009)

**New York Law Journal**, Eying Executive Compensation (11/17/2009)

**Investment Week**, Undermining Accounting Rules (10/19/2009)

**New York Law Journal**, Role of the Event Study in Loss Causation Analysis (08/20/2009)

**The Deal Pipeline**, Reality Check (05/27/2009)

**The National Law Journal**, Japan's Past Recession Provides a Cautionary Tale (04/13/2009)

**International Financial Law Review**, Don't Repeat UBS's Mistake (April 2009)

**The National Law Journal**, In Debt Crisis, an Arbitration Alternative - Investors Have a Stronger Claim Under Rules Established by a Financial Industry Regulator (03/16/2009)

**BNA Securities Regulation & Law,** Balancing the Scales: The Use of Confidential Witnesses in Securities Class Actions (01/19/2009)

**Financial Executive**, Key to Avoiding Compensation Suits (July-August 2008)

**BNA Pharmaceutical Law & Industry**, Analysis of Abbott Laboratories Antitrust Litigation (06/20/2008)

**Lead Counsel**, Supreme Court Decides Stoneridge Case (Spring 2008)

**New York Law Journal**, 'Tellabs': PSLRA Pleading Test Comparative, Not Absolute (10/03/2007)

The materials appearing on this website are provided for informational purposes only and do not constitute legal advice. You should not take action based upon this information without consulting legal counsel. This site is not intended to create an attorney-client relationship. The hiring of a lawyer is an important decision that should not be based solely upon any single source of information, including advertising on this website. You may ask us to send you further information about us, and we urge you to review other sources of information about us.
Copyright © 2015 Labaton Sucharow LLP. All rights reserved.

ATTORNEY PROFILE

# Labaton Sucharow



# Christopher J. McDonald
Partner

email: cmcdonald@labaton.com
t: 212-907-0861
f: 212-883-7061

## Practice Areas
Securities Litigation
Antitrust & Competition Litigation

## Education
Fordham University School of Law
J.D., 1992

Manhattan College
B.A., *cum laude*, 1985

## Admissions
1993, New York

U.S. Court of Appeals
2006, Second Cuircuit
2005, Third Circuit
2009, Ninth Circuit
2007, Federal Circuit

U.S. District Court
1994, Southern District of New York
1994, Eastern District of New York

Christopher J. McDonald concentrates his practice on prosecuting complex securities fraud cases. Chris also works with the Firm's Antitrust & Competition Litigation Practice, representing businesses, associations, and individuals injured by anticompetitive activities and unfair business practices.

In the securities field, Chris is currently lead counsel in *In re Amgen Inc. Securities Litigation*. Most recently, he was co-lead counsel in *In re Schering-Plough Corporation / ENHANCE Securities Litigation*, which resulted in a $473 million settlement, one of the largest securities class action settlement ever against a pharmaceutical company and among the ten largest recoveries ever in a securities class action that did not involve a financial reinstatement. He was also an integral part of the team that successfully litigated *In re Bristol-Myers Squibb Securities Litigation*, where Labaton Sucharow secured a $185 million settlement, as well as significant corporate governance reforms, on behalf of Bristol-Myers shareholders.

In the antitrust field, Chris was most recently co-lead counsel in *In re TriCor Indirect Purchaser Antitrust Litigation*, obtaining a $65.7 million settlement on behalf of the class.

Chris began his legal career at Patterson, Belknap, Webb & Tyler LLP, where he gained extensive trial experience in areas ranging from employment contract disputes to false advertising claims. Later, as a senior attorney with a telecommunications company, Chris advocated before government regulatory agencies on a variety of complex legal, economic, and public policy issues. Since joining Labaton Sucharow, Chris' practice has developed a focus on life sciences industries; his cases often involve pharmaceutical, biotechnology, or medical device companies accused of wrongdoing.

During his time at Fordham University School of Law, Chris was a member of the *Law Review*. He is currently a member of the New York State Bar Association and the Association of the Bar of the City of New York.

## Ongoing Cases
*In re Amgen Inc. Securities Litigation*

# Labaton Sucharow

## Christopher J. McDonald
Partner

email: cmcdonald@labaton.com
t: 212-907-0861
f: 212-883-7061

### Settled Cases

In re Beckman Coulter, Inc. Securities Litigation

In re Bristol-Myers Squibb Securities Litigation

In re Natural Gas Commodity Litigation

In re Schering-Plough Corporation / ENHANCE Securities Litigation

In re Stock Exchange Options Trading Antitrust Litigation

In re TriCor Indirect Purchaser Antitrust Litigation

## Noteworthy

### In the News

Law360, VIDEO: A Primer on Halliburton v. Erica P. John Fund (05/23/2014)

Forbes, Supreme Court May Hem In, But Not Overrule Securities Class-Action Theory (03/05/2014)

Law360, Top Plaintiffs Firms Say Amgen No License To Print Money (02/28/2013)

Pensions & Investments, Supreme Court Rules on Class Action, Gabelli Cases (02/27/2013)

Pink Sheet DAILY, Securities Fraud Class Action Suits Could Grow After Amgen's Supreme Court Loss (02/27/2013)

The New York Times, Merck Settles Suits Over Cholesterol Drug (02/14/2013)

Reuters, Merck to Pay $688 Million to Settle Enhance Lawsuits (02/14/2013)

### Digital Library

Law360, VIDEO: A Primer on Halliburton v. Erica P. John Fund (05/23/2014)

### Special Mentions

The National Law Journal, Plaintiffs' Hot List: Noteworthy Cases (2009 and 2014)

### Published & Presented

Law Seminars International, Class Actions and Alternatives For Resolving Aggregate Claims (06/17/2013)

The materials appearing on this website are provided for informational purposes only and do not constitute legal advice. You should not take action based upon this information without consulting legal counsel. This site is not intended to create an attorney-client relationship. The hiring of a lawyer is an important decision that should not be based solely upon any single source of information, including advertising on this website. You may ask us to send you further information about us, and we urge you to review other sources of information about us.

Copyright © 2015 Labaton Sucharow LLP. All rights reserved.

# Labaton Sucharow



## Thomas A. Dubbs
Partner

email: **tdubbs@labaton.com**
t: **212-907-0871**
f: **212-883-7071**

### Practice Areas
Securities Litigation

Client Monitoring & Case Evaluation

Antitrust & Competition Litigation

### Education
University of Wisconsin-Madison
J.D., 1974

Fletcher School of Law and Diplomacy,
Tufts University
M.A., 1971

University of Wisconsin-Madison
B.A., 1969

### Admissions
1976, New York

2010, U.S. Supreme Court

U.S. Court of Appeals
1976, Second Circuit
2007, Ninth Circuit
2002, Eleventh Circuit

U.S. District Court
1985, Southern District of New York

Thomas A. Dubbs concentrates his practice on the representation of institutional investors in domestic and multinational securities cases. Recognized as a leading securities class action attorney, Tom has received the highest ranking from *Chambers & Partners*—an honor he shares with only three other plaintiffs' securities lawyers in the United States.

Tom has served as lead or co-lead counsel in some of the most important federal securities class actions in recent years, including those against American International Group, Goldman Sachs, the Bear Stearns Companies, Facebook, Fannie Mae, Broadcom, and WellCare. Tom has also played an integral role in securing significant settlements in several high-profile cases including: *In re American International Group, Inc. Securities Litigation* (settlements totaling more than $1 billion); *In re Bear Stearns Companies, Inc. Securities Litigation* ($275 million settlement with Bear Stearns Companies, plus a $19.9 million settlement with Deloitte & Touche LLP, Bear Stearns' outside auditor); *In re HealthSouth Securities Litigation* ($671 million settlement); *Eastwood Enterprises LLC v. Farha et al.* (*WellCare Securities Litigation*) (over $200 million settlement); *In re 2008 Fannie Mae Securities Litigation* ($170 million settlement pending final court approval); *In re Broadcom Corp. Securities Litigation* ($160.5 million settlement with Broadcom, plus $13 million settlement with Ernst & Young LLP, Broadcom's outside auditor); *In re St. Paul Travelers Securities Litigation* ($144.5 million settlement); and *In re Vesta Insurance Group, Inc. Securities Litigation* ($79 million settlement).

Representing an affiliate of the Amalgamated Bank, the largest labor-owned bank in the United States, a team led by Tom successfully litigated a class action against Bristol-Myers Squibb, which resulted in a settlement of $185 million as well as major corporate governance reforms. He has argued before the United States Supreme Court and has argued 10 appeals dealing with securities or commodities issues before the United States Courts of Appeals.

Due to his reputation in securities law, Tom frequently lectures to institutional investors and other groups such as the Government Finance Officers Association, the National Conference on Public Employee Retirement Systems, and the Council of Institutional Investors. He is a prolific author of articles related to his field. An example of recent work is "Textualism and Transnational Securities Law: A Reappraisal of Justice Scalia's Analysis in *Morrison v. National Australia Bank*," *Southwestern Journal of International Law* (2014). He has also written several

# Labaton Sucharow

## Thomas A. Dubbs

Partner

email: tdubbs@labaton.com
t: 212-907-0871
f: 212-883-7071

columns in UK-wide publications regarding securities class action and corporate governance.

Prior to joining Labaton Sucharow, Tom was Senior Vice President & Senior Litigation Counsel for Kidder, Peabody & Co. Incorporated, where he represented the company in many class actions, including the First Executive and Orange County litigation and was first chair in many securities trials. Before joining Kidder, Tom was head of the litigation department at Hall, McNicol, Hamilton & Clark, where he was the principal partner representing Thomson McKinnon Securities Inc. in many matters, including the Petro Lewis and Baldwin-United class actions.

In addition to his *Chambers & Partners* recognition, Tom was named a Leading Lawyer by *The Legal 500,* an honor presented to only eight U.S. plaintiffs' securities attorneys. *Law360* also named him an "MVP of the Year" for distinction in class action litigation, and he has been recognized by *The National Law Journal, Lawdragon 500* and *Benchmark Litigation* as a Securities Litigation Star. Tom has received a rating of AV Preeminent from the publishers of the Martindale-Hubbell directory.

He is a member of the New York State Bar Association, the Association of the Bar of the City of New York, and is a Patron of the American Society of International Law. He also is a member of the American Law Institute and was a member of the Members Consultative Group for the Principles of the Law of Aggregate Litigation and the Department of State Advisory Committee on Private International Law.

## Ongoing Cases

*In re Facebook, Inc., IPO Securities and Derivative Litigation*

*California State Teachers' Retirement System v. Alvarez, et al. (Wal-Mart Derivative Litigation)*

*In re Celestica Inc. Securities Litigation*

*Claude A. Reese v. John Browne and Robert A. Malone (British Petroleum)*

*In re Goldman Sachs Group, Inc. Securities Litigation*

*In re KBR, Inc. Securities Litigation*

## Settled Cases

*In re 2008 Fannie Mae Securities Litigation*

*In re American International Group, Inc. Securities Litigation*

*In re Bear Stearns Companies, Inc. Securities Litigation*

*In re Bristol-Myers Squibb Securities Litigation*

*In re Broadcom Corp. Securities Litigation*

*In re Broadcom Corp. Securities Litigation – Ernst & Young Settlement*

*In re Computer Sciences Corporation Securities Litigation*

*Eastwood Enterprises, LLC v. Farha et al. (WellCare Securities Litigation)*

*In re HealthSouth Securities Litigation*

ATTORNEY PROFILE

# Labaton Sucharow

## Thomas A. Dubbs
Partner

email: tdubbs@labaton.com
t: 212-907-0871
f: 212-883-7071

*MCI WorldCom, Inc.*

*In re National Australia Bank Securities Litigation*

*In re St. Paul Travelers Securities Litigation I*

*In re St. Paul Travelers Securities Litigation II*

*In re STEC, Inc. Securities Litigation*

*In re Vesta Insurance Group, Inc. Securities Litigation*

## Noteworthy

### In the News

**Law360,** Class Action Group of the Year: Labaton Sucharow (01/28/2015)

**Law360,** Most Feared Plaintiffs Firm: Labaton Sucharow (11/10/2014)

**The National Law Journal,** An Inside Look at Fannie's $170M Securities Settlement (10/29/2014)

**Law360,** VIDEO: A Primer on Halliburton v. Erica P. John Fund (05/23/2014)

**Pensions & Investments,** Supreme Court Reconsiders Class-Action Securities Lawsuits (03/05/2014)

**Law360,** Justices Hint at Middle-Ground Option in Halliburton Args (03/05/2014)

**Reuters,** Facebook, Zuckerberg, Banks Must Face IPO Lawsuit – Judge (12/18/2013)

**Law360,** Investors Defend Suit Over Facebook IPO Losses (10/09/2013)

**California Lawyer,** Too Big to Sue? (12/1/2012)

**Law360,** Goldman Scoffs At Duty To Reveal SEC's Abacus Warning (05/21/2012)

**Risk.net,** SEC Charges Against Fannie Mae and Freddie Mac Execs are 'Effort to Rehabilitate Reputation' (12/20/2011)

**The AmLaw Litigation Daily,** Embattled WellCare Agrees to Settle Securities Class Action it Deal Valued at $200 Million (08/09/2010)

**International Bar Association,** People Power – Collective Actions in Europe (06/10/2010)

**Reuters,** U.S. Securities Fraud Lawsuits Rise as Crisis Ebbs (01/05/2010)

**Financial Times,** Supreme Court Curbs Actions Against Companies (06/22/2007)

**The New York Times,** Market Place; Bristol-Myers Chief Stays Cool Even After Lawsuits, the F.D.A. and the F.B.I. (07/29/2006)

**The Star-Ledger,** When it Comes to Doctors and Disease, the Ties Have it (02/26/2006)

**Lawyers Weekly USA,** $185 Million Settlement Mandates Public Access to Drug Trials (02/13/2006)

**New York Daily News,** Koch Me If You Can (02/02/2006)

ATTORNEY PROFILE

# Labaton Sucharow

## Thomas A. Dubbs

Partner

email: tdubbs@labaton.com
t: 212-907-0871
f: 212-883-7071

## Digital Library

**Law360**, VIDEO: A Primer on Halliburton v. Erica P. John Fund (05/23/2014)

**Strafford Publications Webinar**, Libor Manipulation Litigation: Latest Trends and Developments (Speaker) (10/23/2012)

**West LegalEdcenter Webinar**, LIBOR: Securities, Antitrust and Regulatory Implications (Moderator) (09/06/2012)

**Bloomberg Television**, Discussion on Securities Class Action Statistics (01/09/2009)

## Special Mentions

**Benchmark Litigation**, Securities Litigation Star (2012-2014)

**The Legal 500**, Leading Lawyers in the Field of Securities Litigation (2011-2014)

**Chambers & Partners USA**, Plaintiffs' Securities Litigation Leading Individual (2010-2014)

**Law360**, Class Action MVP of the Year (2012)

**Lawdragon**, Named One of the Leading Lawyers in America (2008 and 2012)

**The Legal 500**, Recommended in the Field of Securities Litigation (2010)

**The National Law Journal**, Plaintiffs' Hot List: Noteworthy Cases (2006, 2009-2012 and 2014)

## Published & Presented

**Corporate Disputes**, A Major Victory for Investors: The U.S. Supreme Court's Decision in Halliburton Preserves the Status Quo in U.S. Securities Litigation (10/1/2014)

**Corporate Disputes**, Hot Topic: U.S. Securities Litigation and Enforcement (01/13/14)

**Southwestern Journal of International Law,** Textualism and Transnational Securities Law: A Reappraisal of Justice Scalia's Analysis in Morrison v. National Australia Bank (2014)

**LAPF Investments**, Detroit Bankruptcy Ruling: Implications for Public Pension Plans (12/01/2013)

**LAPF Investments**, Arbitration Developments that Could Affect UK Investment in U.S. (10/01/2013)

**LAPF Investments**, Panic in Detroit: Municipal Bankruptcy and Lessons for City Pension Schemes (08/01/2013)

**Strafford Publications Webinar,** Libor Manipulation Litigation: Latest Trends and Developments (Speaker) (07/11/2013)

**LAPF Investments**, Two Groups of Investors File Separate Lawsuits Against RBS (04/01/2013)

**Strafford Publications Webinar,** Libor Manipulation Litigation: Latest Trends and Developments (Speaker) (10/23/2012)

ATTORNEY PROFILE

# Labaton Sucharow

## Thomas A. Dubbs

Partner

email: tdubbs@labaton.com
t: 212-907-0871
f: 212-883-7071

**West LegalEdcenter Webinar**, LIBOR: Securities, Antitrust and Regulatory Implications (Moderator) (09/06/2012)

**LAPF Investments**, UK "Shareholder Spring" Shines a Spotlight on Governance Weaknesses (08/01/2012)

**Federal Bar Council**, 2012 Winter Bench & Bar Conference (02/07/2012)

**LAPF Investments**, Volker and Vickers are Bringing Necessary — Albeit Challenging — Change to U.S. and UK Financial Systems (02/01/2012)

**LAPF Investments**, Whistleblowers and Corporate Misconduct: the U.S. vs the UK (12/01/2011)

**LAPF Investments**, Playing the Blame Game at RBS (10/01/2011)

**LAPF Investments**, Market Volatility Leaves Room for Risky Practices (08/17/2011)

**The George Washington University C-LEAF**, Hedge Fund Regulation and Current Developments (Panelist) (06/08/2011)

**LAPF Investments**, PCAOB Proposals Promise Increased Transparency in Audit Industry (06/01/2011)

**American Law Institute (ALI)**, Extraterritorial Application of Federal Securities Law (Speaker) (05/03/2011)

**Association of the Bar of the City of New York**, Securities Litigation Committee Program (Speaker) (04/25/2011)

**Institute for Law & Economic Policy (ILEP)**, ILEP Access to Justice (04/07/2011)

**LAPF Investments**, Increased FDIC Lawsuits a Step in the Right Direction, But Too Little Too Late? (04/01/2011)

**Federal Bar Council**, 2011 Winter Bench & Bar Conference (02/25/2011)

**LAPF Investments**, Financial Stability Oversight Council's Proposed Metrics for Supervision of Non-Bank Financial Firms (02/01/2011)

**LAPF Investments**, 2010 - The Securities Year in Review (12/01/2010)

**British Institute of International and Comparative Law (BIICL)**, Extraterritoriality and Collective Redress (11/15/2010)

**Practicing Law Institute (PLI)**, Securities Litigation & Enforcement Institute (Speaker) (10/14/2010)

**LAPF Investments**, Auditor Liability Still a Going Concern (10/01/2010)

**Pensions Week**, BP's Deep Water Horizon Has a Deep Impact on UK Pension Schemes (08/07/2010)

**LAPF Investments**, Latest Round of Basel Committee proposed Reforms a Mixed Bag (08/01/2010)

**Practising Law Institute (PLI)**, Supreme Court's Morrison v. National Australia Bank and "Foreign Cubed" Securities Fraud Actions 2010 (07/09/2010)

**Law Seminars International**, Morrison v. National Australia Bank (Speaker) (07/08/2010)

# Labaton Sucharow

## Thomas A. Dubbs
Partner

email: tdubbs@labaton.com
t: 212-907-0871
f: 212-883-7071

**LAPF Investments**, Deepwater Horizon's Deep Impact on Pension Schemes (06/01/2010)

**Labaton Sucharow / The Scotsman**, Beyond the Jurisdiction of U.S. Courts? U.S. Supreme Court to Decide Scope of Federal Securities Laws in Transnational Litigation (Commentator) (04/20/2010)

**Labaton Sucharow / London Evening Standard**, Beyond the Jurisdiction of U.S. Courts? U.S. Supreme Court to Decide Scope of Federal Securities Laws in Transnational Litigation (Commentator) (04/15/2010)

**Labaton Sucharow / Morrish Solicitors**, Beyond the Jurisdiction of U.S. Courts? U.S. Supreme Court to Decide Scope of Federal Securities Laws in Transnational Litigation (Commentator) (04/14/2010)

**LAPF Investments**, Morrison v. National Australia Bank (04/01/2010)

**LAPF Investments**, New Reform-United on Regulation, Divided on Details (12/01/2009)

**LAPF Investments**, Pension Funds Failing to Claim Potential Settlements (06/01/2009)

**Pensions Age**, The Bulwark of Private Investment (May 2009)

**IDD Magazine**, Shortsighted? (05/29/2009)

**The National Law Journal**, In Debt Crisis, an Arbitration Alternative - Investors Have a Stronger Claim Under Rules Established by a Financial Industry Regulator (03/16/2009)

**Pensions Age**, Pensions & The People (April 2009)

**International Financial Law Review**, Don't Repeat UBS's Mistake (April 2009)

**Pensions Age**, Pensions & The People (February 2009)

**Directors Monthly**, The Impact of the LaPerriere Decision: Parent Companies Face Liability (February 2009)

**Wisconsin Law Review**, A Scotch Verdict on Regularity and Other Issues (01/01/2009)

**BNA Tax & Accounting**, Auditor Liability in the Wake of the Subprime Meltdown (11/14/2008)

**Pensions Age**, Pensions & The People (November 2008)

**Legal Week**, Fourth Annual Legal Week Litigation Forum 2008 (Panelist) (09/17/2008)

**Legal Week**, U.S. Focus: Time for Action (04/17/2008)

**Institute for Law & Economic Policy (ILEP)**, 14th Annual Conference (04/10/2008)

**Center for the Study of Financial Innovation (CSFI)**, Class Action Lawsuits: The Way Ahead? A Round-table on the UK's Litigation Culture (03/03/2008)

**Institute for Law & Economic Policy (ILEP)**, 13th Annual ILEP Conference (Commentator) (04/20/2007)

ATTORNEY PROFILE

# Labaton Sucharow

## Thomas A. Dubbs
Partner

email: tdubbs@labaton.com
t: 212-907-0871
f: 212-883-7071

**Ohio Forum on Public Retirement**, Ohio Forum on Public Retirement (01/29/2007)

**Illinois Public Pension Fund Association (IPPFA)**, IPPFA Conference (Speaker) (10/01/2005)

**National Conference on Public Employee Retirement Systems (NCPERS)**, Annual Conference (Speaker) (05/08/2005)

**Government Finance Officers Association (GFOA)**, Winter Standing Committee Meeting (02/02/1999)

The materials appearing on this website are provided for informational purposes only and do not constitute legal advice. You should not take action based upon this information without consulting legal counsel. This site is not intended to create an attorney-client relationship. The hiring of a lawyer is an important decision that should not be based solely upon any single source of information, including advertising on this website. You may ask us to send you further information about us, and we urge you to review other sources of information about us.

Copyright © 2015 Labaton Sucharow LLP. All rights reserved.

ATTORNEY PROFILE

# Labaton Sucharow



## Eric J. Belfi
Partner

email: ebelfi@labaton.com
t: 212-907-0878
f: 212-883-7078

### Practice Areas
Securities Litigation
International Litigation
Antitrust & Competition Litigation
Financial Products & Services Litigation
Consumer Protection Litigation
Client Monitoring & Case Evaluation

### Education
St. John's University School of Law
J.D., 1995
Georgetown University
B.A., 1992

### Admissions
1996, New York

U.S. District Court
1996, Southern District of New York
1996, Eastern District of New York
2002, Eastern District of Michigan
2004, District of Colorado
2005, District of Nebraska
2006, Eastern District of Wisconsin

Representing many of the world's leading pension funds and other institutional investors, Eric J. Belfi is an accomplished litigator with experience in a broad range of commercial matters. Eric concentrates his practice on domestic and international securities litigation and shareholder litigation. He serves as a member of the Firm's Executive Committee.

As an integral member of the Firm's Case Evaluation group, Eric has brought numerous high-profile domestic securities cases that resulted from the credit crisis, including the prosecution against Goldman Sachs. In *In re Goldman Sachs Group, Inc. Securities Litigation*, he played a significant role in the investigation and drafting of the operative complaint. Eric was also actively involved in securing a combined settlement of $18.4 million in *In re Colonial BancGroup, Inc. Securities Litigation*, regarding material misstatements and omissions in SEC filings by Colonial BancGroup and certain underwriters.

Along with his domestic securities litigation practice, Eric leads the Firm's International Securities Litigation Practice, which is dedicated exclusively to analyzing potential claims in non-U.S. jurisdictions and advising on the risk and benefits of litigation in those forums. The practice, one of the first of its kind, also serves as liaison counsel to institutional investors in such cases, where appropriate. Currently, Eric represents nearly 30 institutional investors in over a dozen non-U.S. cases against companies including SNC-Lavalin Group Inc. in Canada, Vivendi Universal, S.A. in France, OZ Minerals Ltd. in Australia, Lloyds Banking Group in the UK, and Olympus Corporation in Japan.

Eric's international experience also includes securing settlements on behalf of non-U.S. clients including the UK-based Mineworkers' Pension Scheme in *In re Satyam Computer Securities Services Ltd. Securities Litigation*, an action related to one of the largest securities fraud in India which resulted in $150.5 million in collective settlements. Representing two of Europe's leading pension funds, Deka Investment GmbH and Deka International S.A., Luxembourg, in *In re General Motors Corp. Securities Litigation*, Eric was integral in securing a $303 million settlement in a case regarding multiple accounting manipulations and overstatements by General Motors.

Additionally, Eric oversees the Financial Products & Services Litigation Practice, focusing on individual actions against malfeasant investment bankers, including cases against custodial banks that allegedly committed deceptive practices

# Labaton Sucharow

## Eric J. Belfi
Partner

email: **ebelfi@labaton.com**
t: **212-907-0878**
f: **212-883-7078**

relating to certain foreign currency transactions. He currently serves as lead counsel to Arkansas Teacher Retirement System in a class action against the State Street Corporation and certain affiliated entities, and he has represented the Commonwealth of Virginia in its False Claims Act case against Bank of New York Mellon, Inc.

Eric's M&A and derivative experience includes noteworthy cases such as *In re NYSE Euronext Shareholder Litigation* and *In re Medco Health Solutions Inc. Shareholders Litigation.* In the *NYSE Euronext* shareholder case, Eric was a key member of the team that secured a proposed settlement which would have provided a special dividend of nearly a billion dollars to NYSE shareholders if the transaction was completed. In the Medco/Express Script merger, Eric was integrally involved in the negotiation of the settlement which included a significant reduction in the termination fee.

Eric's prior experience included serving as an Assistant Attorney General for the State of New York and as an Assistant District Attorney for the County of Westchester. As a prosecutor, Eric investigated and prosecuted white collar criminal cases, including many securities law violations. He presented hundreds of cases to the grand jury and obtained numerous felony convictions after jury trials.

Eric is a frequent speaker on the topic of shareholder litigation and U.S.-style class actions in European countries. He also has spoken on socially responsible investments for public pension funds.

## Ongoing Cases

*Arkansas Teacher Retirement System v. State Street Corp.*

*Claude A. Reese v. John Brown and Robert A. Malone (British Petroleum)*

*Fortis SA/NV (Belgium)*

*In re Goldman Sachs, Inc. Securities Litigation*

*Markun v. Bank of Nova Scotia, et al.*

*In re Netflix, Inc. Securities Litigation*

*Olympus (Japan)*

*Petróleo Brasileiro S.A. – Petrobras*

*Saipem (Italy)*

*In re Takata Airbag Products Liability Litigation*

*Vivendi Universal (France)*

## Settled Cases

*The City of Providence v. Aeropostale, Inc. et al.*

*In re Colonial BancGroup, Inc. Securities Litigation*

*Construction Laborers Pension Trust of Greater St. Louis, et al. v. Autoliv, Inc., et al.*

*In re General Motors Corp. Securities Litigation*

*In re Lehman Brothers Equity/Debt Securities Litigation*

ATTORNEY PROFILE

# Labaton Sucharow

## Eric J. Belfi

Partner

email: **ebelfi@labaton.com**
t: **212-907-0878**
f: **212-883-7078**

*In re Medco/Express Scripts Merger Litigation*

*In re Molson Coors Brewing Co. Securities Litigation*

*In re Satyam Computer Services, Ltd. Securities Litigation*

## Noteworthy

### In the News

**Pensions & Investments**, Public Pension Plans Take Shareholder Litigation International (07/21/2014)

**Law360**, Analysis of the U.S. Supreme Court Ruling in Halliburton v. Erica P. John Fund (06/25/2014)

**CNBC.com**, State Street Pays Full Price in Forex Settlement (02/18/2011)

**Pensions Management**, SRI Climbs Back up the Agenda (11/01/2008)

**American Lawyer**, Plaintiffs Firms Score $303 Million Class Action Settlement From GM, Deloitte (08/11/2008)

**Associated Press**, GM and Deloitte Settle Shareholder Suit (08/08/2008)

### Digital Library

**Law360**, Analysis of the U.S. Supreme Court Ruling in Halliburton v. Erica P. John Fund (06/25/2014)

### Special Mentions

**The Legal 500**, Recommended in the Field of Securities Litigation (2007, 2009-2011)

**The National Law Journal**, Plaintiffs' Hot List: Noteworthy Cases (2008)

### Published & Presented

**Euroshareholders**, Legal Committee Meeting: Class Actions in the United States (Speaker) (04/05/2007)

The materials appearing on this website are provided for informational purposes only and do not constitute legal advice. You should not take action based upon this information without consulting legal counsel. This site is not intended to create an attorney-client relationship. The hiring of a lawyer is an important decision that should not be based solely upon any single source of information, including advertising on this website. You may ask us to send you further information about us, and we urge you to review other sources of information about us.

Copyright © 2015 Labaton Sucharow LLP. All rights reserved.

ATTORNEY PROFILE

# Labaton Sucharow



## Robin A. van der Meulen
Associate

email: rvandermeulen@labaton.com
t: 212-907-0754
f: 212-883-7004

### Practice Areas
Antitrust & Competition Litigation
Consumer Protection Litigation

### Education
Brooklyn Law School
J.D., 2009
Columbia University
B.A., 2002

### Admissions
2010, New York

U.S. Court of Appeals
2011, Second Circuit

U.S. District Court
2010, Southern District of New York
2010, Eastern District of New York

Robin A. van der Meulen concentrates her practice on representing businesses in complex antitrust litigation.

Prior to joining Labaton Sucharow, Robin was a litigation associate at Willkie Farr & Gallagher LLP, where she practiced antitrust and commercial litigation. During law school, Robin served as a judicial intern in United States Bankruptcy Court for the Eastern District of New York for the Honorable Elizabeth S. Stong.

Robin obtained her J.D. from Brooklyn Law School where she was an Associate Managing Editor of the *Journal of Law and Policy* and a member of the Moot Court Honor Society. During her time there, she also earned the CALI Award for Excellence in Legal Writing I & II. Robin earned her B.A. from Columbia University.

Robin is a member of the Executive Committee of the Antitrust Law Section of the New York State Bar Association and the Advisory Board of the Antitrust Section's Health Care & Pharmaceutical Committee of the American Bar Association.

### Ongoing Cases

*In re Aggrenox Antitrust Litigation*

*In re Air Cargo Shipping Services Antitrust Litigation*

*In re Credit Default Swaps Antitrust Litigation*

*In re Foreign Exchange Benchmark Rates Antitrust Litigation*

*In re Pool Products Distribution Market Antitrust Litigation*

*In re Takata Airbag Products Liability Litigation*

### Settled Cases

*In re Municipal Derivatives Antitrust Litigation*

### Published & Presented

**Bloomberg BNA Daily Report for Executives**, What's Located in Washington, Part of the Government and Rolling in Dough? (03/12/2014)

The materials appearing on this website are provided for informational purposes only and do not constitute legal advice. You should not take action based upon this information without consulting legal counsel. This site is not intended to create an attorney-client relationship. The hiring of a lawyer is an important decision that should not be based solely upon any single source of information, including advertising on this website. You may ask us to send you further information about us, and we urge you to review other sources of information about us.

Copyright © 2015 Labaton Sucharow LLP. All rights reserved.

ATTORNEY PROFILE

# Labaton Sucharow



# Matthew Perez
Associate

email: **mperez@labaton.com**
t: **212-907-0776**
f: **212-883-7558**

## Practice Areas
Antitrust & Competition Litigation

## Education
Benjamin N. Cardozo School of Law School
J.D., 2010

Swarthmore College
B.A., Political Science and History, 2006

## Admissions
2010, New Jersey
2011, New York

U.S. District Court
2012, Southern District of New York
2012, District of New Jersey

Matthew Perez concentrates his practice on representing businesses in complex antitrust litigation.

Matthew joined Labaton Sucharow from the New York State Attorney General's office, where he served as a Volunteer Assistant Attorney General in the Antitrust Bureau. While there, he received the Louis J. Lefkowitz Memorial Award for his work investigating bid rigging and other illegal conduct in the municipal bond derivatives market, resulting in more than $260 million in restitution to municipalities and non-profit entities. He also investigated pay-for-delay matters involving multinational pharmaceutical companies. Prior to that, he served as an intern for the Honorable Richard B. Lowe III at the New York Supreme Court, Commercial Division.

Matthew obtained his B.A. in Political Science and History from Swarthmore College and his J.D. from Benjamin N. Cardozo School of Law School, where he was Executive Editor of the *Cardozo Journal of Conflict Resolution* and received the Jacob Burns Medal for Outstanding Contribution to the Law School.

## Ongoing Cases

*In re Aggrenox Antitrust Litigation*

*In re Capacitors Antitrust Litigation*

*In re Foreign Exchange Benchmark Rates Antitrust Litigation*

*ISDAFIX Price-Fixing Litigation*

*In re Lidoderm Antitrust Litigation*

*Markun v. Bank of Nova Scotia, et al.*

*Platinum and Palladium Price-Fixing Litigation*

*Sandhaus v. Bayer Corp., et al.*

## Settled Cases

*In re Aftermarket Automotive Lighting Products Antitrust Litigation*

*In re Imprelis Herbicide Marketing, Sales Practices and Products Liability Litigation*

*In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*

# Labaton Sucharow

## Matthew Perez
Associate

email: **mperez@labaton.com**
t: 212-907-0776
f: 212-883-7558

### Published & Presented

**CPI Antitrust Chronicle**, Angels Rush in Where Fools Fear to Tread: State Enforcement Against Patent Trolls (01/01/2014)

The materials appearing on this website are provided for informational purposes only and do not constitute legal advice. You should not take action based upon this information without consulting legal counsel. This site is not intended to create an attorney-client relationship. The hiring of a lawyer is an important decision that should not be based solely upon any single source of information, including advertising on this website. You may ask us to send you further information about us, and we urge you to review other sources of information about us.

Copyright © 2015 Labaton Sucharow LLP. All rights reserved.