**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: OPANA ER ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>All End-Payor Actions | MDL No. 2580<br><br>Lead Case No. 14 C 10150<br><br>Hon. Harry D. Leinenweber |

**PLAINTIFFS' MOTION FOR APPOINTMENT AS INTERIM
CO-LEAD COUNSEL FOR THE END-PAYOR CLASS**

Pursuant to Federal Rule of Civil Procedure 23(g), Plaintiffs Wisconsin Masons' Health Care Fund, Pennsylvania Employees Benefit Trust Fund, and Fraternal Order of Police, Miami Lodge 20 Insurance Trust Fund move this Court to enter an order appointing Kenneth A. Wexler of Wexler Wallace LLP, Daniel E. Gustafson of Gustafson Gluek PLLC, Jeffrey L. Kodroff of Spector Roseman Kodroff & Willis, P.C., and Jayne A. Goldstein of Pomerantz LLP as interim co-lead counsel for the End-Payor Class. The basis for this motion is set forth in the accompanying Memorandum of Law.

Dated: February 24, 2015

                                                  Respectfully submitted,

                                By:   /s/ Kenneth A. Wexler
                                              Kenneth A. Wexler
                                              Thomas A. Doyle
                                              Bethany R. Turke
                                              Justin N. Boley
                                              **WEXLER WALLACE LLP**
                                              55 West Monroe Street, Suite 3300
                                              Chicago, IL 60603
                                              Phone: 312.346.2222
                                              Fax: 312.346.0022
                                              kaw@wexlerwallace.com
                                              tad@wexlerwallace.com

brt@wexlerwallace.com
jnb@wexlerwallace.com

*Counsel for Wisconsin Masons' Health Care Fund, Pennsylvania Employees Benefit Trust Fund, and the Putative End-Payor Class*


Daniel E. Gustafson
Jason S. Kilene
Sara J. Payne
**GUSTAFSON GLUEK PLLC**
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: 612-333-8844
Fax: 612-339-6622
dgustafson@gustafsongluek.com
jkilene@gustafsongluek.com
spayne@gustafsongluek.com

*Counsel for Wisconsin Masons' Health Care Fund and the Putative End-Payor Class*


Jeffrey L. Kodroff
John A. Macoretta
**SPECTOR ROSEMAN KODROFF & WILLIS, P.C.**
1818 Market Street, 25th Floor
Philadelphia, PA 19103
Tel. (215) 496-0300
Fax: (215) 496-6611
jkodroff@srkw-law.com
jmacoretta@srkw-law.com

*Counsel for Pennsylvania Employees Benefit Trust Fund and the Putative End-Payor Class*


Jayne A. Goldstein
**POMERANTZ LLP**
1792 Bell Tower Lane, Suite 203
Weston, FL 33326
Tel. (954) 315-3454

jagoldstein@pomlaw.com

*Counsel for Fraternal Order of Police, Miami Lodge 20, Insurance Trust Fund and the Putative End-Payor Class*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 24, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system to send notification of such filing to all counsel of record.

                                      /s/ Kenneth A. Wexler  
                                      Kenneth A. Wexler