# Exhibit A

# FIRM RESUME

## WEXLER WALLACE LLP

55 W. Monroe St. Suite 3300 // Chicago, IL 60603

Phone 312.346.2222 // Fax 312.346.0022

www.wexlerwallace.com // info@wexlerwallace.com



# Table of Contents

The Firm                                                          2

Leadership Positions                                             4

Successes                                                         6

Practice Areas and Representative Cases                          8

    Antitrust                                8

    Business and Commercial Litigation       10

    Consumer Protection                      10

    Government Representation                 11

    Healthcare Litigation                    11

    Mass Torts                               12

    Securities and Corporate Governance      12

    Whistleblower and False Claims           13

Our Professionals                                               14

www.wexlerwallace.com

# The Firm

## WHO WE ARE.

Wexler Wallace LLP is nationally recognized as a leading firm in complex class action and multidistrict litigation, from investigation to trial and appeals, within the following legal areas:

> // Antitrust
>
> // Business and Commercial Litigation
>
> // Consumer Protection
>
> // Government Representation
>
> // Healthcare Litigation
>
> // Mass Torts
>
> // Securities and Corporate Governance
>
> // Whistleblower and False Claims

## WE WORK FOR ALL.

At Wexler Wallace, we rely on the justice system to hold the powerful accountable for conduct that harms others. We are dedicated to protecting the rights and interests of all and, in this pursuit, represent investors, health and welfare plans, consumers, pension plans, businesses, governments, and organizations from all over the United States. We act with the utmost integrity in our determination to achieve the most meaningful relief for our clients.

## WE GET RESULTS.

Wexler Wallace is frequently retained by clients to pursue high-stakes litigation – often against some of the largest corporations represented by the largest law firms in the country. We regularly are asked by co-counsel to work with them and their clients on cases of wide-ranging importance. Through this work, we have helped shape the law and continue to pave the way for future successes for those aggrieved by fraud, antitrust violations, unfair competition, and other types of unlawful conduct.



# OUR WORK IS RECOGNIZED.

Wexler Wallace attorneys have been recognized by their peers as well as by legal organizations for their outstanding level of service and commitment to the firm's cases and clients.  Partners Ken Wexler and Ed Wallace each have an **AV Preeminent** rating from Martindale-Hubbell – the highest peer review rating.  Ken has been named an **Illinois Super Lawyer** since 2008, Ed was named a Super Lawyer in 2014 and 2015, and other attorneys have been named Rising Stars.

Wexler Wallace was named a highly recommended Illinois litigation firm in the 2012 inaugural edition of **Benchmark Plaintiff,** with both partners named local litigation stars.  The firm and its named partners have received the same honors every year since.

> "Despite a small roster of attorneys, (Wexler Wallace LLP) regularly goes toe-to-toe with some of the largest companies and corporations in the world."
>
> Benchmark Plaintiff, 2012

> "I admire very much the work that you have done in this case, and you have taught me something. I think I'm more knowledgeable and a better judge because I've had contact with you. And thank you very much."
>
> Hon. G. Patrick Murphy, *Clancy-Gernon Funeral Homes, Inc. v. Merrill Lynch, Pierce, Fenner & Smith, Inc*., No. 09 Civ. 1008 (S.D. Ill.)

> "I wanted to express appreciation again to class counsel for taking this case.  I believe these are the kind of cases Federal Courts should do and are appropriate for class resolution."
>
> Hon. Patti B. Saris, *In re Pharmaceutical Industry Average Wholesale Price Litig*., MDL No. 1456, No. 01-cv-12257-PBS (D. Mass.) (final settlement hearing, with defendant GlaxoSmithKline, July 19, 2007)

> "[T]his multiplier is justified by the risk of non-recovery in this case and the need to reward counsel for their significant achievement on behalf of the End-Payor Class . . . End-Payor Plaintiffs' counsel are highly experienced in complex antitrust class action litigation . . . . they have obtained a significant settlement for the Class despite the complexity and difficulties of this case."
>
> Hon. John R. Padova, *Nichols v. SmithKline Beecham Corp*., No. 00 Civ. 6222, 2005 U.S. Dist. LEXIS 7061, at *71-72, 79 (E.D. Pa. Apr. 22, 2005)



www.wexlerwallace.com

# Leadership Positions

Wexler Wallace is frequently appointed as lead counsel and to plaintiff steering committees in complex, high-stakes litigation.  Some of those appointments include:

| CASE | COURT | APPOINTMENT |
| --- | --- | --- |
| *In re Nexium Antitrust Litigation*, MDL No. 2409 | D. Mass. | Co-Lead Class Counsel |
| *In re Suboxone Antitrust Litigation*, MDL 2445 | E.D. Pa. | Interim Co-Lead Class Counsel |
| *In re Skelaxin (Metaxalone) Antitrust Litigation*, MDL No. 2343 | E.D. Tenn. | Plaintiffs' Executive Committee |
| *In re Lipitor Antitrust Litigation*, MDL No. 2332 | D.N.J. | Interim Co-Lead Class Counsel |
| *In re C.R. Bard, Inc. Pelvic Repair Systems Products Liability Litigation* (MDL No. 2187); *In re American Medical Systems, Inc. Pelvic Repair Systems Products Liability Litigation* (MDL No. 2325); *In re Boston Scientific Corp. Pelvic Repair Systems Products Liability Litigation* (MDL No. 2326); *In re Ethicon, Inc. Pelvic Repair Systems Products Liability Litigation* (MDL No. 2327) | Multiple MDL Cases | Plaintiffs' Steering Committee |
| *In re Niaspan Antitrust Litigation*, Case No. 13-md-02460 | E.D. Pa. | Interim Co-Lead Counsel |
| *In re Actos End-Payor Antitrust Litigation*, Case No. 13-cv-09244 | S.D.N.Y. | Interim Co-Lead Counsel |
| *Roberts v. Electrolux Home Products Inc.*, Case No. 12-cv-1644 | C.D. Cal. | Co-Lead Class Counsel |
| *In re Effexor XR Antitrust Litigation*, Case No. 11-cv-05661 | D.N.J. | Plaintiffs' Executive Committee |
| *In re Prograf Antitrust Litigation*, Case No. 11-cv-11870 | D. Mass. | Plaintiffs' Executive Committee |
| *Levine v. American Psychological Association, Inc.*, Case No. 10-cv-01780 | D.D.C. | Co-Lead Class Counsel |

**WW  WEXLER WALLACE** LLP

| CASE | COURT | APPOINTMENT |
|------|-------|-------------|
| *Underwood v. I.F.F.A. Servs.*, No. 09-390-GPM; *Clancy-Gernon Funeral Homes, Inc. v. Merrill Lynch, Pierce, Fenner & Smith, Inc.*, No. 09-1008-GPM; *Pettett Funeral Home, Ltd. v. Merrill Lynch, Pierce, Fenner & Smith, Inc.*, No. 10-1000-GPM | S.D. Ill. | Lead Settlement Class Counsel |
| *In re Wellbutrin XL Indirect Purchaser Antitrust Litigation*, Case No. 2:08-CV-02433-MAM | E.D. Pa. | Co-Lead Class Counsel |
| *In re Flonase Antitrust Litigation*, Case No. 08-cv-3301 | E.D. Pa. | Plaintiffs' Executive Committee |
| *In re Kugel Mesh Hernia Patch Products Liability Litigation*, MDL No. 1842 | D.R.I. | Plaintiffs' Steering Committee |
| *In re BP Products North America*, MDL No. 1801 | N.D. Ill. | Co-Lead Class Counsel |
| *In re Medtronic, Inc. Implantable Defibrillators Products Liability Litigation*, MDL No. 1726 | D. Minn. | Plaintiffs' Steering Committee |
| *In re Pharmaceutical Industry Average Wholesale Price Litigation*, MDL No. 1456 | D. Mass. | Co-Lead Class Counsel |
| *New England Carpenters Health Benefits Fund v. First Databank*, Case No. 1:05-CV-11148 | D. Mass. | Co-Lead Class Counsel |
| *Virginia M. Damon Trust v. Mackinac Financial Corp., f/k/a North Country Financial Corp.*, Case No. 2:03-CV-0135 | W.D. Mich. | Co-Lead Counsel |
| *Carter v. Allstate Ins. Co.*, Case No. 02-CH-16092 | Cir. Ct. Ill. - Cook County | Co-Lead Counsel |
| *Nichols v. SmithKline Beecham Corp.*, Case No. 2:00-CV-06222-JP | E.D. Pa. | Co-Lead Class Counsel |

**WEXLER WALLACE** LLP

# Successes

Since its founding in 2001, Wexler Wallace has served as Co-Lead Counsel and played other significant roles in a number of complex class actions. In cases in which the firm has served as Co-Lead Counsel, it has recovered over a billion dollars for its clients and class members. Listed below are some of the firm's representative settlements and verdicts.

## SIGNIFICANT RECOVERIES AND VERDICTS

| CASE | COURT | RECOVERY |
|------|-------|----------|
| *Huskey v. Ethicon*, Case No. 12-cv-0521 | S.D.W. Va. | $3.27M (jury verdict) |
| *Roberts v. Electrolux Home Products, Inc.*, Case No. 12-cv-01644 | C.D. Cal. | Settlement valued at more than $35.5M |
| *In re Hypodermic Products Antitrust Litigation*, MDL No. 1730 | D.N.J. | $22M |
| *New England Carpenters Health Benefits Fund v. First Databank*, Case No. 05-cv-11148 | D. Mass | $350M settlement with McKesson; $2.7M with FDB and Medispan |
| *In re Pharmaceutical Industry Average Wholesale Price Litigation*, MDL No. 1456 | D. Mass. | Multiple settlements totaling more than $350M |
| *In re Guidant Defibrillators Products Liability Litigation*, MDL No. 1708 | D. Minn. | $195M |
| *Underwood v. I.F.F.A. Servs.*, No. 09-390-GPM; *Clancy-Gernon Funeral Homes, Inc. v. Merrill Lynch, Pierce, Fenner & Smith, Inc.*, No. 09-1008-GPM; *Pettett Funeral Home, Ltd. v. Merrill Lynch, Pierce, Fenner & Smith, Inc.*, No. 10-1000-GPM | S.D. Ill. | $41.15M |
| *In re Flonase Antitrust Litigation*, Case No. 08-cv-3301 | E.D. Pa. | $46M |

WEXLER WALLACE LLP

| CASE | COURT | RECOVERY |
|---|---|---|
| *In re OSB Antitrust Litigation*, Case No. 06-cv-00826 | E.D. Pa. | $120M |
| *In re Air Cargo Shipping Services Antitrust Litigation*, MDL. No. 1775 | E.D.N.Y. | $85M |
| *In re Pet Food Products Liability Litigation*, MDL No. 1850 | D.N.J. | $24M |
| *In re Webloyalty.com, Inc. Marketing and Sales Practices Litigation*, MDL No. 1820 | D. Mass. | Allowed customers to recover up to 100% of unauthorized charges |
| *In re BP Prods. North America, Inc. Antitrust Litigation*, MDL No. 1801 | N.D. Ill. | $15.25M |
| *In re Medtronic Inc. Implantable Defibrillator Products Liability Litigation*, MDL No. 1726 | D. Minn. | $75M |
| *Wiginton v. CB Richard Ellis, Inc.*, Case No. 02-cv-6832 | N.D. Ill. | A favorable settlement that made available monetary relief for eligible claimants, as well as a charitable contribution to the Commercial Real Estate Women Network |
| *In re Pressure Sensitive Labelstock Antitrust Litigation*, MDL No. 1556 | E.D. Pa. | $46.5M |
| *In re Synthroid Marketing Litigation*, MDL No. 1182 | N.D. Ill. | $87.4M |
| *Vista Healthplan, Inc. v. Bristol-Myers Squibb Co.*, Case No. 01-cv-01295 | D.D.C. | $135M settlement |
| *Nichols v. Smithkline Beecham Corp.* ("Paxil"), Case No. 00-cv-6222 | E.D. Pa. | $65M |

# Practice Areas

Wexler Wallace is a nationally-recognized leader in complex class action and multidistrict litigation, with a commitment to excellence and achieving meaningful relief for its clients and the classes it seeks to represent. The firm's diverse litigation practice spans the areas of antitrust, business and commercial litigation, consumer fraud, government representation, healthcare litigation, mass torts, securities and corporate governance, and whistleblower and false claims litigation.

## ANTITRUST

Unfortunately, individuals and businesses sometimes violate the rules of our market-based system, imposing artificially inflated prices on market participants. Conduct prohibited by state and federal antitrust laws can take the form of illegally-maintained monopolies, price fixing, the improper exchange of competitive information, patent abuses, and other forms of unfair competition.

Wexler Wallace is a leader in private antitrust enforcement, litigating a wide variety of class action cases involving many prominent industries, including the pharmaceutical, entertainment, service rental, lumber, energy, and electronic products industries.

Representative cases in the firm's antitrust practice area include:

*IN RE NEXIUM ANTITRUST LITIG., MDL NO. 2409 (D. MASS.)*
Wexler Wallace, along with co-counsel, filed this antitrust class action, alleging that defendant AstraZeneca entered into non-competition agreements with a number of generic pharmaceutical manufacturers in order to delay market entry of generic versions of its blockbuster drug Nexium. Starting in October 2014, Wexler Wallace participated in a six-week jury trial in the action; it was the first trial of a "reverse payment" antitrust action since the Supreme Court's *Actavis* decision. While the jury made several key findings in favor of the Plaintiffs, it ultimately returned a verdict in favor of defendants AstraZeneca and Ranbaxy. Plaintiffs have since moved for a new trial, and end-payor plaintiffs (represented by Wexler Wallace and others) have moved for injunctive relief.

*IN RE LIPITOR ANTITRUST LITIG., MDL NO. 2332 (D.N.J.)*
Wexler Wallace filed this class action against Pfizer Inc. and Ranbaxy Pharmaceuticals Inc., among others, seeking damages and equitable relief on behalf of end-payors of Lipitor and/or its generic bioequivalents for violations of antitrust and consumer protection laws. Plaintiffs allege that, among other things, defendants fraudulently procured a patent covering Lipitor and entered



into an anticompetitive settlement with Ranbaxy in order to keep generic versions of the blockbuster drug off of the market.

### *NICHOLS V. SMITHKLINE BEECHAM CORP. ("PAXIL")*, NO. 00-CV-6222 (E.D. PA.)

Wexler Wallace served as co-lead counsel in this case involving alleged efforts by GlaxoSmithKline, including "sham" patent litigation, to keep generic versions of Paxil off the market. This case is believed to be one of the first, if not the first, to allege misuse of patents to delay generic competition in a pharmaceutical market brought under Section 2 of the Sherman Act (rather than Section 1). The case settled for $65 million.

### *IN RE EFFEXOR XR ANTITRUST LITIG.*, NO. 11-CV-5661 (D.N.J.)

Wexler Wallace was appointed to the Indirect Purchaser Class Executive Committee in this antitrust, consumer protection and unjust enrichment litigation against pharmaceutical manufacturer Wyeth, Inc. regarding its antidepressant Effexor XR. The complaint alleges that Wyeth fraudulently obtained a number of method-of-use patents for Effexor XR and engaged in sham litigation against sixteen potential generic competitors in an effort to protect the Effexor XR monopoly. Plaintiffs further allege that Wyeth entered into an anticompetitive settlement with the first generic ANDA filer, Teva Pharmaceutical Industries, Ltd., and its US subsidiary Teva Pharmaceuticals USA, Inc., which delayed the entry of generic Effexor XR competitors for more than two years.

### *IN RE SYNTHROID MKTG. LITIG.*, MDL NO. 1182 (N.D. ILL.)

Although this case was filed while Ken Wexler was with his predecessor firm, this is litigation of which Wexler Wallace is especially proud. The Synthroid case was one of the first, if not the first, cases brought against a brand name pharmaceutical manufacturer for attempting to suppress generic competition, a practice that significantly increases drug prices. The Synthroid case settled in 2000 for an aggregate amount of $87.4 million.

### *IN RE FLONASE ANTITRUST LITIG.*, NO. 08-CV-3301 (E.D. PA.)

Wexler Wallace served on the Plaintiffs' Executive Committee in this class action, which alleged that GlaxoSmithKline filed Citizen Petitions with the Food and Drug Administration to keep generic versions of Flonase (fluticasone propionate) off the market. Until the statute authorizing Citizen Petitions was amended due to its abuse by pharmaceutical companies seeking to preserve their monopolies, the filing of a Citizen Petition stayed the FDA's approval of a generic company's application to sell and market a generic drug. Plaintiffs alleged that GSK abused the Citizen Petition process in order to preserve its monopoly profits for Flonase. On June 18, 2012, the Honorable Anita B. Brody certified a class of indirect purchasers. Judge Brody ultimately approved a $35 million settlement.



For more information about the firm's Antitrust Litigation practice, please visit the firm's website, at http://www.wexlerwallace.com/practice-areas/antitrust-litigation/.

## BUSINESS AND COMMERCIAL LITIGATION

Confronting well-heeled and well-represented adversaries, Wexler Wallace attorneys represent businesses throughout the country in complex disputes ranging from breach of contract claims to business torts, including fraud, unfair competition, and breaches of fiduciary duty.  The firm has represented small businesses on a contingency basis when those businesses were faced with litigating against larger adversaries that engaged in unfair and unlawful conduct.

Although Wexler Wallace attorneys are always prepared to offer zealous advocacy for the firm's clients in state or federal courts, they also have employed creative approaches to successfully handle difficult cases through alternative dispute resolution such as mediation or arbitration.  The firm's willingness to extend its services in cases that other firms are unwilling or unable to handle is just another testament to its commitment to positive change.

For more information about the firm's Business and Commercial Litigation practice, including summaries of representative cases, please visit the firm's website, at http://www.wexlerwallace.com/practice-areas/business-commercial-litigation/.

## CONSUMER PROTECTION

Wexler Wallace is a national leader in prosecuting consumer protection claims on behalf of both businesses and individuals in state and federal courts throughout the country.  The firm has successfully prosecuted cases involving, but not limited to:

// improper Internet "lead generation" practices

// unfair billing practices of telecommunications companies

// mislabeling of dietary supplements

// the sale of defective drugs and household appliances

// unfair payment policies of health insurance companies

// false advertising by Internet service providers



// deceptive practices of social networking sites

// unlawful debt reduction scams

For more information about the firm's Consumer Protection practice, including summaries of representative cases, please visit the firm's website, at http://www.wexlerwallace.com/practice-areas/consumer-protection/.

## GOVERNMENT REPRESENTATION

Our state, local, and federal governments are often victims of the same securities and healthcare frauds that are inflicted on businesses and individuals in the private sector. The government is an insurer through Medicare or Medicaid, and therefore overpays when brand name pharmaceutical manufacturers unlawfully suppress generic competition for their drugs. Similarly, government entities are investors with respect to their treasuries and pension plans. Thus, when false and misleading statements are issued by public companies, government entities are entitled to the same securities fraud damages that are available to private investors. Governments are also owed fiduciary duties in certain circumstances, and are often parties to multi-million-dollar contracts, the breach of which can result in significant damages.

Wexler Wallace helps government entities recover the funds taken from them through the unlawful conduct of others. Ultimately, those funds belong to taxpayers, who are the intended beneficiaries of government services. Wexler Wallace believes that government officials have not only the right, but also the obligation, to try to recover these assets for their constituents.

For more information about the firm's Government Representation practice, including summaries of representative cases, please visit the firm's website, at http://www.wexlerwallace.com/practice-areas/government-representation/.

## HEALTHCARE LITIGATION

In the wake of ever-rising healthcare costs, Wexler Wallace is at the forefront of legal action being taken nationwide to challenge wide-ranging fraudulent and unfair conduct in the healthcare industry. Wexler Wallace has prosecuted claims for:

// reporting of fraudulent pharmaceutical prices



> // failures to recall defective health devices
>
> // an industry-wide conspiracy to increase the prices of over 400 brand name drugs
>
> // the filing of baseless lawsuits and administrative actions to delay generic drug entry
>
> // a pharmacy's illegal substitution of more expensive versions of generic drugs

Bringing claims under RICO, the antitrust laws, state consumer protection statutes, and more, Wexler Wallace has successfully prosecuted cases against some of the largest companies in the healthcare industry, including McKesson Corp., Becton Dickinson, AstraZeneca, GlaxoSmithKline, Abbott Laboratories, Bristol-Myers Squibb, Johnson & Johnson, and Bayer Corporation.

Wexler Wallace's case against McKesson Corp. for manipulating the reimbursement benchmark for drug purchases resulted in one of the largest, if not the largest, RICO settlements ever.

For more information about the firm's Healthcare Litigation practice, including summaries of representative cases, please visit the firm's website, at http://www.wexlerwallace.com/practice-areas/healthcare-litigation/.


# MASS TORT LITIGATION

Wexler Wallace is a nationally-recognized leader in complex mass tort litigation involving defective drugs and medical devices that have injured hundreds or even hundreds of thousands of individuals. The firm investigates and aggressively pursues mass tort claims to promote industry-wide changes intended to benefit the public, prevent future lawsuits, and provide the maximum remedies under the law for those who have been harmed. The firm's lawyers and staff are intimately familiar with the nuances of this complicated practice area and continually track the impact of new technological and scientific developments on mass tort litigation.

To deepen the legal team's medical knowledge and resources and to support those clients who have suffered injuries, Wexler Wallace employs a full-time registered nurse with certification as a Legal Nurse Consultant (LNC). Debbie A. Pritts, RN, LNCC has over twenty-five years of experience and works directly with the firm's clients throughout each stage of the legal process.



For more information about the firm's Mass Torts practice, including summaries of representative cases, please visit the firm's website, at http://www.wexlerwallace.com/practice-areas/mass-tort-litigation/.


## SECURITIES AND CORPORATE GOVERNANCE

Over the last few years, we have learned all too well that lack of regulation and oversight can lead to corrupt corporate leadership, lack of transparency regarding the risks of significant investments, and the repeated securitization of the same bad investments.

Wexler Wallace has committed its resources to helping pension plans, governments, and others recover assets lost as a result of the weakness of mortgage-backed securities, auction rate securities, credit swaps, derivative swaps, and overextended securities lending programs. Through its membership in the National Association of State Treasurers, and its increased involvement in institutional finance and investment conferences, Wexler Wallace has catapulted itself to the forefront of this area of litigation, seeking redress and the recovery of assets lost through gross negligence and breaches of fiduciary duties by those in whom institutional investors placed their trust and confidence.

Securities litigation can often result in changes to corporate governance and policies designed to prevent future misconduct. Wexler Wallace believes the importance of this work cannot be overstated. The firm seeks to ensure that corporate officers and directors fulfill their responsibilities and provide full disclosure and transparency to those buying and selling securities, helping to ensure that our capital markets truly reflect the accurate information that should underlie every commercial transaction.

For more information about the firm's Securities and Corporate Governance practice, including summaries of representative cases, please visit the firm's website, at http://www.wexlerwallace.com/practice-areas/securities-corp-governance/.


## WHISTLEBLOWER AND FALSE CLAIMS LITIGATION

Under The Federal False Claims Act and state law counterparts, private citizens or "whistleblowers" may sue on behalf of the government for fraud committed against it. This type of fraud costs taxpayers billions of dollars each year. If a case is successful, the government may be able to recover treble damages and civil penalties



for each violation and the private citizen or "relator" can receive his or her attorneys' fees and costs, as well as a portion of the funds awarded by the court.

Wexler Wallace is committed to seeing companies and individuals held responsible for fraud against the government and to representing private citizens willing to come forward and expose fraud.

For more information about the firm's Whistleblower and False Claims Litigation practice, including summaries of representative cases, please visit the firm's website, at http://www.wexlerwallace.costrobistm/practice-areas/whistleblower-false-claims-litigation/.

WEXLER WALLACE LLP

# Our Team

Our legal team consists of professionals with a broad range of experiences and diverse backgrounds.  Many of our lawyers serve as leaders in charitable institutions, teach at universities, and are members of national, state, and local bar associations.  All of our professionals have earned the respect and admiration of our clients, judges, and co-counsel by the strength of their experience, diverse backgrounds, and overall commitment to excellence.

## OUR PARTNERS

The partners of Wexler Wallace have been selected 15 times as "Super Lawyers" and "Rising Stars" in Illinois.  Named partners, Kenneth A. Wexler and Edward A. Wallace, are each rated AV® Preeminent™ by Martindale-Hubbell, the highest rating in legal ability and ethics a lawyer can obtain.  In addition, they have been named Illinois Local Litigation Stars by Benchmark Plaintiff every year since 2012.

## OUR ASSOCIATES

Our associates hail from some of the top schools in the nation and have been recognized for outstanding academic achievement.  As law students, Wexler Wallace associates served on the editorial boards of law reviews and journals, received academic honors, acted as student leaders, and participated in a variety of clinical programs to receive real-world legal experience before entering practice.  Combined, our associates garnered 17 top of the class CALI awards for the highest grades in their courses and graduated with GPAs that placed them near the top of their respective law school classes.



www.wexlerwallace.com

## KENNETH A. WEXLER

## MANAGER AND FOUNDING PARTNER

Kenneth A. Wexler, the founder of the firm, is a 1980 graduate of the Georgetown University Law Center. He received a Bachelor of Arts degree in 1977, *summa cum laude*, from Washington University in St. Louis, Missouri.

For over 34 years, Ken has devoted himself to helping those whose rights have been denied, or who have been victims of the unscrupulous or fraudulent actions of others, typically more powerful persons or entities. Founder of Wexler Wallace, Ken was also a founding partner of another nationally prominent class action firm. He began his career and was a partner in the Chicago law firm known as Much Shelist.

Ken has been in leadership positions in cases with far-ranging subject matters, including brand name manufacturer suppression of competition from generic drugs, fraudulent and deceptive product overcharges, discrimination and harassment, corporate waste and mismanagement, cost recovery for defective medical devices, false advertising, and government fraud. Ken's practice is devoted to complex class action and commercial litigation, which includes a substantial amount of health care litigation involving the Hatch-Waxman Act, claims brought under federal and state false claims statutes, and cases alleging violations of the securities and antitrust laws. At present, Ken is particularly focused on protecting issuers of municipal bonds, recovering losses for pension funds and other investors that were victimized by unlawful and improvident securities lending practices, and cost-recovery for victims of health care fraud, including Taft-Hartley Funds, self-insured employers, and government entities.

Ken is a member of the Chicago Bar Association, Illinois State Bar Association, Federal Bar Association, American Bar Association, Chicago Council of Lawyers, American Association for Justice, and the Illinois Trial Lawyers Association. He is admitted to the bar in Illinois and is licensed to practice before the Illinois Supreme Court, United States District Court for the Northern and Southern Districts



of Illinois, the United States Court of Appeals for the First, Second, Third, Sixth, and Seventh Circuits, and the United States Court of Appeals for the District of Columbia. With so many of the firm's cases pending in jurisdictions across the country, Ken has also been admitted to practice *pro hac vice* in United States District Courts of California, Connecticut, the District of Columbia, Florida, Maine, Maryland, Massachusetts, Minnesota, Missouri, New Jersey, New Mexico, New York, Ohio, Pennsylvania, South Dakota, Tennessee, Virginia, and Wisconsin.

Along with bar activities, Ken is a fellow of The Roscoe Pound Institute and is a member of the American Constitution Society for Law and Policy, the Center for International Legal Studies, the National Association of State Treasurers, and the Executive Committee of the Civil Rights for the Anti-Defamation League. Ken also volunteers with the Chicago coalition for the Homeless and is a lifetime member of the 100 Club of Chicago.

## EDWARD A. WALLACE

## PARTNER

Ed joined the firm in February 2000, a little over a month after its founding. Since then, he has helped lead the firm to national prominence. He became a partner of the firm in 2003 and joined Ken Wexler as an equity partner in 2006.

Ed focuses his practice on large scale multi-party complex litigation, and has been asked to serve in leadership positions in numerous high-profile cases, including recent appointments in securities litigation and mass torts. In August 2014, Ed led a trial team that achieved the first verdict involving a transvaginal sling mesh (a device used to treat stress urinary incontinence) in federal court. Wexler Wallace, along with co-counsel, tried this defective mesh product case, securing a $3.27 million verdict for Plaintiff Jo Huskey, a 52-year-old woman who was implanted with the mesh in 2011. Ed has been critical in the development of the firm's mass tort practice, and, in the process, he has gained a national reputation for integrity, efficiency, strategic planning, understanding the relevant science, and achieving success.

Ed's hard work led to his recognition as an Illinois Super Lawyer in 2014 and 2015, an award given annually to no more than 5 percent of lawyers in the state. Ed has an AV® Preeminent™ rating by Martindale-Hubbell, the highest rating a lawyer can obtain, indicating a very high to preeminent legal ability and exceptional ethical standards. Every year since its inaugural edition in 2012, Ed also has been named an Illinois Local Litigation Star by Benchmark Plaintiff.

He is admitted to the bar in Illinois and is licensed to practice before the Illinois Supreme Court, the United States District Court for the Northern and Southern Districts of Illinois, the United States District Court for the Western District of Michigan, the United States District Court for the District of Colorado, and the United States Court of Appeals for the Third and Seventh Circuits. He also has been admitted *pro hac vice* in many courts around the country.

Ed is a member of the American Bar Association and is a



former Consumer Protection Law Subcommittee Newsletter Co-Chair.  He also is a member of the Chicago Bar Association, where he is a member of the Class Action Committee, the Illinois State Bar Association, the National Association of Shareholder and Consumer Attorneys, Public Justice, and the American Association for Justice ("AAJ").  Within AAJ, he belongs to the Commercial Law Section, the Product Liability Section, and the Section on Toxic, Environmental and Pharmaceutical Torts.  At the AAJ's recent annual convention, Ed was re-elected co-chair for the Kugel Mesh Litigation Group.

Ed is a 1995 graduate of DePaul University College of Law. He received a Bachelor of Arts degree in 1991 from Eastern Illinois University.

www.wexlerwallace.com

## KARA A. ELGERSMA

### PARTNER

Kara A. Elgersma is a 2000 graduate of Georgetown University Law Center, with Bachelor of Arts Degrees in English and History obtained from the University of Kansas in 1997.

Kara came to Wexler Wallace from K&L Gates LLP, where she was a partner. At K&L Gates, Kara was a member of the Antitrust and Trade Regulation Department, focusing on antitrust litigation, franchising and dealership disputes, class actions and other complex commercial litigation, as well as advising clients on a variety of regulatory matters, including antitrust, FCC, and energy regulatory policies.

Kara's experience includes all aspects of complex commercial litigation. In addition, she is well-versed in arbitration, including pre-hearing case development and management, as well as the conduct of full hearings.

For six months in 2004, Kara was "on loan" to Kraft Foods Global, Inc., Northfield, Illinois, where she directly assisted the Chief Litigation Counsel for the company and handled a wide variety of litigation matters, including small and large product liability claims, general commercial litigation, civil investigative demands, business subpoenas, labor and employment litigation, and bankruptcy matters.

She is admitted to the bars of the Supreme Court of Illinois and Wisconsin, the District of Columbia Court of Appeals, the United States District Courts for the Northern District of Illinois, the District of Columbia, the District of Colorado and the Western District of Wisconsin, the United States Courts of Appeals for the Third, Fourth, Sixth, Seventh, and Tenth Circuits, and the Supreme Court of the United States.

Kara is a member of the American Bar Association, the Illinois State Bar Association, and the District of Columbia Bar Association. She was a Board Member of the Competition Law360 Advisory Board for 2009 to 2010, and she was involved as a Board Member for Girls On The Run of Northern Virginia, as well as a volunteer with Chicago Volunteer Legal Services.



## MARK R. MILLER

### PARTNER

Mark R. Miller received his J.D. from Loyola University Chicago School of Law in 2004 after graduating from Central Michigan University with a Bachelor of Science in History in 2001.

Over the last decade, Mark has represented both plaintiffs and defendants in all phases of complex litigation—from the investigation and filing of the complaint through discovery, motion practice, class certification, summary judgment, and trial or settlement. Since joining Wexler Wallace in 2006, his practice has included handling a wide variety of consumer protection, antitrust, securities, banking regulation, business, and contractual class action cases. In addition to his background in commercial and consumer litigation, his practice has evolved to focus on products liability mass torts; and he has recently played pivotal roles in the jury trials of several mass tort MDL cases. His work in those cases included working with experts, taking fact and expert witness depositions, participating on bellwether trial teams, and drafting much of the briefing addressing complex discovery, pre-trial, and post-trial motions. In doing so, he has enhanced the firm's reputation and developed solid relationships with judges, co-counsel, and clients alike.

Mark is admitted to the bar of the State of Illinois, the United States Court of Appeals for the First Circuit, and the United States District Courts for the Northern District of Illinois, Southern District of Illinois, and Eastern District of Michigan.

## JUSTIN N. BOLEY

### ASSOCIATE

Justin's principal area of practice is complex class action litigation in antitrust matters. Since joining the firm, he has been heavily involved with virtually all of the firm's pharmaceutical antitrust cases, including, among others: In re Nexium (Esomeprazole) Antitrust Litigation, In re Wellbutrin XL Antitrust Litigation; In re Prograf Antitrust Litigation, In re Lipitor Antitrust Litigation, In re Effexor Antitrust Litigation, In re Androgel Antitrust Litigation, and In re Skelaxin (Metaxalone) Antitrust Litigation. He has also worked on antitrust cases involving price-fixing in international



WEXLER WALLACE LLP

commodities markets and manipulation of benchmark interest rates, and he has taken the lead on investigations into the cartelization of the credit derivatives market and price-fixing among online travel sites and hotels.

Justin came to the firm after attending school abroad and obtaining a Master's Degree in International Relations. During law school, Justin's focus on corporate law, finance, and complex litigation earned him numerous top-of-the-class academic honors; he was awarded CALI Awards in Antitrust, Contracts, Legal Analysis, Research, and Writing III, Commercial Arbitration, Natural Resource Law, and Legal Profession (Ethics). Justin was a member of the Public Interest Law Committee at DePaul College of Law for three years. He also worked as a member of the New Media Team in President Obama's Presidential campaign headquarters in Chicago, where he helped facilitate the online organizing efforts of grassroots groups nationwide.

Justin is admitted to the bar of the State of Illinois, Western District of Wisconsin, United State Court of Appeals, Seventh Circuit, and the United States District Court for the Northern District of Illinois.

## MICHAEL H. BOWMAN

### ASSOCIATE

Michael H. Bowman received his J.D. from Rutgers University in May of 2004. In law school, Mike was immersed in complex financial cases as a creditor's rights law clerk. After graduation, he began his career by working to defend litigation brought against the federal government. His commitment to holding wrongdoers accountable through the judicial system brought him to Wexler Wallace in 2006.

At Wexler Wallace, Mike has been involved in many of the firm's diverse practice areas. From antitrust class actions to mass torts, Mike has sought results for individuals and businesses that would otherwise be denied relief. Mike's devotion to achieving results that create widespread positive change exemplifies what Wexler Wallace is all about.



## THOMAS A. DOYLE

## OF COUNSEL

Thomas A. Doyle came to Wexler Wallace in the spring of 2012. Prior to joining Wexler Wallace, Tom was a principal of Thomas A. Doyle Ltd., where he focused his practice on antitrust and employment litigation. He has litigated class and other complex litigation in state and federal courts throughout the United States, recovering millions of dollars for his clients.

Tom has been able to pursue claims efficiently and effectively, helping large groups of people recover for injuries that they have suffered from unlawful conduct by others. His appointed positions and representative matters include *In re TFT-LCD (Flat Panel) Antitrust Litigation*, *In re TransUnion Corp. Privacy Litigation*, and *Gomez v. PNC Bank.*

As a result of his work, he is often asked to lecture and write articles on topics relating to class litigation as well as alternative dispute resolution. Tom has been a lecturer, moderator, and panelist at several conferences, including the Annual Meetings of the ABA's Committee on Alternative Dispute Resolution, The University of Louisville's 29th Annual Labor & Employment Law Institute, and the ABA Section of Labor & Employment Law's National CLE Conferences.

He is admitted to the bars of the Supreme Court of Illinois, the United States District Court for the Northern District of Illinois (including the Trial Bar), the United States Court of Appeals for the Seventh Circuit, and the Supreme Court of the United States.

Tom is a member of the American Bar Association and recent co-chair of the Committee on Alternative Dispute Resolution, Section of Labor & Employment. He is also a member of the Chicago Bar Association and the Illinois State Bar Association. He recently served as a Director of the Chicago Bar Foundation, and he is an active member of the CBF's *Cy Pres* Committee. He serves on the Board of Directors of Latinos Progresando (a community service agency in Chicago's Little Village neighborhood).

He is a 1990 graduate of the University of Illinois College of Law, with a Bachelor of Science Degree obtained from

 WEXLER WALLACE LLP

Bradley University.

**TIM E. JACKSON**

**ASSOCIATE**

Tim E. Jackson began work at Wexler Wallace as a summer associate while in law school.  Tim received his J.D. from The Ohio State University Michael E. Moritz College of Law in 2010, where he was a Managing Editor on The Ohio State Journal on Dispute Resolution.  He received his M.S. in Psychology from Tulane University in 2007 and his B.S. in Psychology from Tulane in 2006.  Tim's primary practice areas at Wexler Wallace are medical device litigation, product liability law and mass tort litigation.

**AMY E. KELLER**

**ASSOCIATE**

Amy E. Keller is a 2005 graduate of the University of Michigan, with a Bachelor of Arts in Political Science, and a minor in French and Francophone Studies.  She received her Juris Doctor from The John Marshall Law School in 2008, where she served as Administrative Editor of the *John Marshall Law Review* and was selected to chair a state-wide symposium highlighting the revisions to the Illinois Criminal Code.  The Symposium resulted in a special volume of the *Law Review*, which contained articles from the Symposium's presenters—including judges, elected officials, and criminal law practitioners.  Symposium, *The Criminal Law Edit, Alignment and Reform Initiative: A Symposium on the New Criminal Code*, 41 J. Marshall L. Rev. 610-935 (Spring 2008).

Amy has specialized in complex class action litigation since beginning her practice of law in 2008.  She has a particular fondness for consumer protection and works on numerous product defect cases nation-wide.  Amy also assists on several business and antitrust matters for the firm.

Amy has been asked to master a variety of tasks in the practice of law.  She has assisted in seeking summary judgment on behalf of a class of plaintiffs against a major insurance company, made several material discovery finds in significant antitrust litigation, and briefed numerous matters



pending in federal courts in multiple jurisdictions.

**COREY G. LORENZ**

**ASSOCIATE**

Corey's primary practice area at Wexler Wallace LLP is mass tort litigation.  She focuses on products liability cases involving medical devices and pharmaceutical drugs.  Corey works with clients that have been injured by the use of Pelvic Mesh, Yaz, Actos, and multiple other products.  While in law school she actively engaged in the study of civil litigation and trial advocacy.  She was a member of the Moot Court Society and was a semi-finalist in DePaul's Intramural Moot Court Competition.  Corey graduated from the DePaul University College of Law in 2011.

**TYLER J. STORY**

**ASSOCIATE**

Beginning in law school, Tyler has focused his attention towards antitrust litigation.  While a student at Pennsylvania State University, he held two antitrust research assistant positions: one in which he explored issues of indirect purchaser standing in state antitrust suits, the other in which he focused specifically on the application of antitrust law and economics in the pharmaceutical industry

Since joining Wexler Wallace, Tyler has been actively involved in various aspects of litigation concerning brand name manufacturer suppression of competition from generic drugs.

**BETHANY R. TURKE**

**ASSOCIATE**

Bethany R. Turke joined Wexler Wallace after practicing in the New York and Chicago offices of Latham & Watkins LLP.  Bethany's practice at Latham involved a wide range of civil and criminal litigation matters, including securities litigation, contract disputes, government investigations, and employment matters.  She was also very active in Latham's *pro bono* practice, working tirelessly on behalf of clients facing various immigration, employment, and housing discrimination issues.  Before joining Latham & Watkins, Bethany served as a law clerk to the Honorable Cheryl L. Pollak of the United States District Court for the Eastern

 **WEXLER WALLACE LLP**

District of New York. She received her J.D. from Harvard Law School in 2006.

Bethany is actively involved on cases in a number of Wexler Wallace's practice specialties, including the firm's antitrust, healthcare, and consumer protection practice areas.

**TANIA E. YUSAF**

**ASSOCIATE**

Tania practices in the area of mass tort litigation, focusing primarily on transvaginal mesh multidistrict litigation. She has prepared deposition examinations for high-level company witnesses, drafted a number of pre-trial briefs, and implemented trial strategy as part of the transvaginal mesh trial team.

Tania joined Wexler Wallace after working as a health care regulatory analyst, a position in which she assisted hospitals and health plans in complying with Medicare, Medicaid, the Health Insurance Portability and Accountability Act (HIPAA), and the Affordable Care Act. She also previously worked at the American Academy of Pediatrics (AAP) helping AAP state chapters further anti-tobacco initiatives, including restrictions and bans involving electronic cigarettes, smokeless tobacco, tobacco sales, and smoking in cars with children. During her time as an LL.M. student, Tania externed with the American Medical Association (AMA), where she drafted white papers and issue briefs on a number of topics, including a brief on state health insurance exchanges featured at the 2010 AMA State Legislative Strategy Conference.

**DEBBIE A. PRITTS**

**LEGAL NURSE CONSULTANT**

Debbie A. Pritts, R.N., LNCC is a Registered Nurse with more than 20 years of clinical experience in Oncology, Med-Surg, Endoscopy, Ambulatory/Outpatient Care, Orthopedics, Ophthalmic Laser, Home Health and Utilization Review. She has been certified in BLS (Basic Life Support), ACLS (Advanced Cardiac Life Support) and Chemotherapy Administration. Debbie achieved the status as Legal Nurse Consultant Certified (LNCC) through the American Association of Legal Nurse Consultants (AALNC) in



November 2005.  LNCC certification is designated after successfully meeting the requirements through examination and experience that validate qualifications, knowledge, and practice in the field of legal nurse consulting.  LNCC is the only legal nurse consulting credential recognized by American Association of Legal Nurse Consultants and accredited by the American Board of Nursing Specialties (ABNS).

Debbie has experience in Product Liability, Medical Malpractice, Personal Injury, and Workers Compensation. Debbie is a member of the American Association of Legal Nurse Consultants and the West Virginia Upper Ohio Valley Chapter of the AALNC, presently serving as the chapter's president.  She has been a Member of the Board of Directors since 2005, serving as a past Treasurer and is Chair of the Website Committee.  Additionally she is a founding member of the WV Bar Association, Legal Nurse Consultant Section.

She works directly with clients of Wexler Wallace, from the first time they contact the firm, through trial.  Her expertise and passion for the job has provided the firm's clients with the service they deserve.