**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: OPANA ER ANTITRUST LITIGATION | MDL No. 2580 |
| | Lead Case No. 14 C 10150 |
| | Hon. Harry D. Leinenweber |
| THIS DOCUMENT RELATES TO: | |
| All End-Payor Actions | |
| Case Nos. 14 C 6171; 14 C 4651; 14 C 7742; 14 C 10153; 14 C 10154; 14 C 10289; 15 C 0269; 15 C 1473 | |

### RESPONSE IN SUPPORT OF PLAINTIFF LOUISIANA HEALTH SERVICE AND INDEMNITY COMPANY'S MOTION TO APPOINT INTERIM CO-LEAD COUNSEL FOR THE END-PAYOR CLASS

Counsel for End-Payor Plaintiff, Louisiana Health Service and Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana ("BCBSLA") respectfully submits this response brief in support of its Motion to Appoint Mr. James R. Dugan, II of The Dugan Law Firm, APLC ("DLF") as an Interim Co-Lead Counsel for the End-Payor Class. (ECF No. 48)

Currently, there are three other leadership structures comprised of (1) Wexler Wallace, LLP, Gustafson Gluek, PLLC, Spector Roseman Kodroff & Willis, P.C., and Pomerantz LLP (the "Wexler Group") (ECF No. 45); (2) Freed Kanner London & Miller, LLC and Labaton Sucharow, LLP (the "Kanner Group") (ECF No. 43); and (3) Joseph Saveri Law Firm, Inc. and Krause Kalfayan Benink & Slavens (the "Saveri Group") (ECF No. 47) who have moved for an appointment as Interim Co-Lead Counsel. As reflected in the various filings, each group is clearly qualified to serve as Interim Co-Lead Counsel; however, BCBSLA reiterates its support for a leadership structure consisting of four regional firms with representation from each separate

group and geographic region because such a structure will better assist in the allocation of work, financial resources, and time that is necessary to successfully prosecute this case.

While the other law firms seeking a leadership position have tremendous legal experience and professional capabilities, DLF is equally qualified and best able to represent the interests of the End-Payor Class. Furthermore, DLF is the only firm from the South seeking a leadership position and it's client, BCBSLA also has the greatest economic interest of any end-payor plaintiff in the outcome of this litigation. For the reasons stated, Plaintiff BCBSLA respectfully request the Court appoint James R. Dugan, II of The Dugan Law Firm as Interim Co-Lead Counsel for the End-Payor Class.

## **ARGUMENT**

Under Federal Rule of Civil Procedure 23(g)(3), it is appropriate at this early stage of the litigation to appoint interim co-lead class counsel to further the efficiencies of multidistrict pretrial centralization. Rule 23(g)(2) requires the Court to appoint interim class counsel "best able to represent the interests of the class."

### A. *Appointing Mr. Dugan and DLF as Interim Co-Lead Counsel Will Best Serve the Interests of the End-Payor Class*

As set forth in its motion papers, Mr. Dugan has served in a leadership capacity on numerous cases and has been appointed to over twenty plaintiffs' steering and/or executive committees in the past fifteen years. In each appointment, the respective judge carefully considered Mr. Dugan's qualifications and experience in handling complex pharmaceutical matters, which ultimately earned him a leadership position in cases involving similar legal issues presented in this case.[1] In fulfilling his fiduciary duties and leadership obligations, Mr. Dugan

---

[1] For exampe, Mr. Dugan is presently serving as co-lead counsel or executive committee member in several pharmaceutical antitrust cases, including: *In re Prograf Antitrust Litigation*, MDL No. 2242, (D. Mass.) (co-lead counsel); *In re Niaspan Antitrust Litigation*, MDL No. 2460 (E.D. Pa.) (executive committee); *In re Suboxone*

and his firm have contributed significantly to the prosecution of the case by briefing and arguing dispositive motions, taking and defending the depositions of key fact and expert witnesses, and successfully negotiating complex multi-million dollar settlements for the benefit of class members. It is clear that Mr. Dugan and DLF have unsurpassed commitment, experience, and knowledge relevant to this case and the resources necessary to vigorously prosecute the action.

Likewise, Mr. Dugan has worked with many law firms involved in both the direct and end-payor purchaser actions in this MDL and has a proven history of working cooperatively and successfully with other firms to prosecute cases, efficiently, effectively and in a manner that fairly and adequately represents the best interest of the class. Mr. Dugan's credentials and legal experience involving pharmaceutical antitrust cases including pay-for-delay cases and complex healthcare class actions satisfy the mandates of Rule 23(g) and if appointed to a leadership position, Mr. Dugan will continue to devote the necessary time, resources and cooperative spirit this case requires.

Accordingly, Mr. Dugan's leadership and prior experience in these types of cases amply demonstrate that he should be appointed as Interim Co-Lead Class Counsel and BCBSLA reiterates its support for a four firm leadership structure that would bring greater diversity, allow for more effective and efficient management of the case, and would best serve the interests of the End-Payor Class.

---

*(Buprenorphine Hydrochloride and Naloxone) Antitrust Litigation*, MDL No. 2445 (E.D. Pa.) (executive committee); *In re Nexium (Esomeprazole) Antitrust Litigation*, MDL No. 2409 (D. Mass.) (executive committee); *In re Effexor Antitrust Litigation*, 11-cv-05590 (D. N.J.) (executive committee); *In re Skelaxin (Metaxalone) Antitrust Litigation*, MDL No. 2343 (E.D. Tenn.) (executive committee); and *In re Lidoderm Antitrust Litigation*, MDL No. 2521 (N.D. CA) (executive committee).

## CONCLUSION

For the foregoing reasons, Plaintiff BCBSLA respectfully request the Court appoint James R. Dugan, II of The Dugan Law Firm, APLC as Interim Co-Lead Counsel for the End-Payor Class.

Dated: March 3, 2015

Respectfully submitted,

*/s/ James R. Dugan, II*
James R. Dugan, II
Douglas R. Plymale
David B. Franco
Lanson Bordelon
Scott Joanen
THE DUGAN LAW FIRM, APLC
365 Canal Street, Suite 1000
New Orleans, Louisiana 70130
Tel: (504) 648-0180
Fax: (504) 648-0181
Email: jdugan@dugan-lawfirm.com

Charles A. O'Brien
BLUE CROSS AND BLUE SHIELD OF
LOUISIANA
5525 Reitz Avenue
P.O. Box 98029
Baton Rouge, Louisiana 80809
Tel: (225) 295-2454
Fax: (225) 297-2760
Email: andy.o'brien@bcbsla.com

*Counsel for Plaintiff Louisiana Health Service*
*& Indemnity Company d/b/a Blue Cross and*
*Blue Shield of Louisiana*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 3, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ James R. Dugan, II*
James R. Dugan, II