**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE OPANA ER ANTITRUST LITIGATION | MDL No. 2580 |
| | Lead Case No. 14-cv-10150 |
| THIS DOCUMENT RELATES TO: | Hon. Harry D. Leinenweber |
| All Direct Purchaser Actions | |

**DEFENDANTS' MOTION TO DISMISS DIRECT PURCHASER PLAINTIFFS' FIRST AMENDED CONSOLIDATED COMPLAINT**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants Endo Health Solutions Inc., Endo Pharmaceuticals Inc., Penwest Pharmaceuticals Co., and Impax Laboratories, Inc. hereby move to dismiss, with prejudice, the Direct Purchaser Plaintiffs' First Amended Consolidated Complaint (Doc. 101). The Direct Purchaser Plaintiffs allege that Defendants violated the federal antitrust laws by settling patent litigation related to Opana ER in June 2010, but they do not (and cannot) plead facts sufficient to state a claim under *FTC v. Actavis*, 133 S. Ct. 2223 (2013).

WHEREFORE, for the foregoing reasons and those set out more fully in the memorandum of law accompanying this Motion, Defendants respectfully request that this Court dismiss, with prejudice, the Direct Purchaser Plaintiffs' First Amended Consolidated Complaint (Doc. 101).

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 78.3, Defendants hereby request oral argument on this Motion to Dismiss.

- 2 -

| | |
|---|---|
| Dated: July 3, 2015 | Respectfully submitted, |

/s/ J. Douglas Baldridge   /s/ Christine C. Levin
J. Douglas Baldridge   George G. Gordon (admitted *pro hac vice*)
Lisa J. Fales (admitted *pro hac vice*)   Christine C. Levin (admitted *pro hac vice*)
Danielle R. Foley (admitted *pro hac vice*)   Brian P. Savage (admitted *pro hac vice*)
**VENABLE LLP**   **DECHERT LLP**
575 7th Street, NW   Cira Centre, 2929 Arch Street
Washington, DC  20004   Philadelphia, PA  19104
Tel.:  (202) 344-4000   Tel.:  (215) 994 4000
Fax:  (202) 344-8300   Fax:  (215) 994-2222
jbaldridge@venable.com   george.gordon@dechert.com
ljfales@venable.com   christine.levin@dechert.com
drfoley@venable.com   brian.savage@dechert.com

Lawrence R. Desideri   Quinn C. Shean
Maureen L. Rurka   **DECHERT LLP**
Joanna Rubin Travalini   77 West Wacker Drive, Suite 3200
**WINSTON & STRAWN LLP**   Chicago, IL  60601
35 West Wacker Drive   Tel.:  (312) 646-5800
Chicago, IL  60601   Fax:  (312) 646-5858
Tel.:  (312) 558-5600   quinn.shean@dechert.com
Fax:  (312) 558-5700
ldesideri@winston.com   *Counsel for Defendants Endo Health Solutions*
mrurka@winston.com   *Inc., Endo Pharmaceuticals Inc., and Penwest*
jtravalini@winston.com   *Pharmaceuticals Co.*

*Counsel for Defendant*
*Impax Laboratories, Inc.*

## **CERTIFICATE OF SERVICE**

  I, Christine C. Levin, do hereby certify that on July 3, 2015, I caused a true and correct copy of the foregoing Motion to be served upon all counsel of record by operation of the electronic filing system of the United States District Court for the Northern District of Illinois.

/s/ Christine C. Levin
Christine C. Levin
