**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE OPANA ER ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Walgreen Co., et al. v. Endo Health Solutions Inc., et al.*, No. 15-cv-02563<br><br>*Rite Aid Corporation, et al. v. Endo Health Solutions Inc., et al.*, No. 15-cv-03579 | MDL No. 2580<br><br>Lead Case No. 14-cv-10150<br><br>Hon. Harry D. Leinenweber |

**DEFENDANTS' MOTION TO DISMISS OR STAY OPT-OUT COMPLAINTS**

Pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, Defendants Endo Health Solutions Inc., Endo Pharmaceuticals Inc., Penwest Pharmaceuticals Co., and Impax Laboratories, Inc. hereby move to dismiss with prejudice or, in the alternative, to stay all proceedings related to: (1) the Complaint filed by Plaintiffs Walgreen Co., The Kroger Co., Safeway Inc., Albertson's LLC, and HEB Grocery Company L.P.in N.D. Ill. No. 15-02563, and (2) the Complaint filed by Plaintiffs Rite Aid Corporation and Rite Aid Hdqtrs. Corp. in N.D. Ill. No. 15-03579. These Plaintiffs allege that Defendants violated the federal antitrust laws by settling patent litigation related to Opana ER in June 2010, but they do not (and cannot) plead facts sufficient to state a claim under *FTC v. Actavis*, 133 S. Ct. 2223 (2013). These Plaintiffs also lack standing with respect to their allegedly assigned claims, and they should not be allowed, in any event, to litigate the mere partial assignments they claim to have received, separate and apart from the putative Direct Purchaser class action pending before this Court.

WHEREFORE, for the foregoing reasons and those set out more fully in the memorandum of law accompanying this Motion, Defendants respectfully request that this Court dismiss, with prejudice, the Complaints referenced above or, in the alternative, stay all proceedings related to those Complaints pending the determination of class certification for the putative Direct Purchaser class.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 78.3, Defendants hereby request oral argument on this Motion to Dismiss or Stay.

Dated: July 3, 2015

Respectfully submitted,

/s/ J. Douglas Baldridge
J. Douglas Baldridge
Lisa J. Fales (admitted *pro hac vice*)
Danielle R. Foley (admitted *pro hac vice*)
**VENABLE LLP**
575 7th Street, NW
Washington, DC  20004
Tel.:  (202) 344-4000
Fax:  (202) 344-8300
jbaldridge@venable.com
ljfales@venable.com
drfoley@venable.com

Lawrence R. Desideri
Maureen L. Rurka
Joanna Rubin Travalini
**WINSTON & STRAWN LLP**
35 West Wacker Drive
Chicago, IL  60601
Tel.:  (312) 558-5600
Fax:  (312) 558-5700
ldesideri@winston.com
mrurka@winston.com
jtravalini@winston.com

*Counsel for Defendant
Impax Laboratories, Inc.*

/s/ Christine C. Levin
George G. Gordon (admitted *pro hac vice*)
Christine C. Levin (admitted *pro hac vice*)
Brian P. Savage (admitted *pro hac vice*)
**DECHERT LLP**
Cira Centre, 2929 Arch Street
Philadelphia, PA  19104
Tel.:  (215) 994 4000
Fax:  (215) 994-2222
george.gordon@dechert.com
christine.levin@dechert.com
brian.savage@dechert.com

Quinn C. Shean
**DECHERT LLP**
77 West Wacker Drive, Suite 3200
Chicago, IL  60601
Tel.:  (312) 646-5800
Fax:  (312) 646-5858
quinn.shean@dechert.com

*Counsel for Defendants Endo Health Solutions Inc., Endo Pharmaceuticals Inc., and Penwest Pharmaceuticals Co.*

## **CERTIFICATE OF SERVICE**

      I, Christine C. Levin, do hereby certify that on July 3, 2015, I caused a true and correct copy of the foregoing Motion to be served upon all counsel of record by operation of the electronic filing system of the United States District Court for the Northern District of Illinois.

/s/ Christine C. Levin
Christine C. Levin
