**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE OPANA ER ANTITRUST LITIGATION | MDL No. 2580 |
| | Lead Case No. 14-cv-10150 |
| THIS DOCUMENT RELATES TO: | Hon. Harry D. Leinenweber |
| All End-Payor Actions | |

**DEFENDANTS' MOTION TO DISMISS END-PAYOR PLAINTIFFS' CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants Endo Health Solutions Inc., Endo Pharmaceuticals Inc., Penwest Pharmaceuticals Co. and Impax Laboratories, Inc. hereby move to dismiss the End-Payor Plaintiffs' ("EPPs") Consolidated Amended Class Action Complaint (Doc 102). The EPPs allege that Defendants violated a variety of state antitrust laws (or their equivalent) by settling patent litigation related to Opana ER in June 2010, but they do not (and cannot) plead facts sufficient to state a claim under *FTC v. Actavis*, 133 S. Ct. 2223 (2013). In addition, the EPPs' claims in ten jurisdictions should be dismissed for lack of constitutional standing because the EPPs do not reside in those jurisdictions and do not claim to have purchased or made reimbursements for Opana ER in those jurisdictions. Finally, the EPPs' state-law antitrust claims under the laws of seven jurisdictions, their consumer protection claims under the laws of four jurisdictions, and their unjust enrichment claims should be dismissed because they cannot meet the requirements of those jurisdictions' laws.

1

WHEREFORE, for the foregoing reasons and those set out more fully in the memorandum of law accompanying this Motion, Defendants respectfully request that this Court dismiss, with prejudice, the End-Payor Plaintiffs' ("EPPs") Consolidated Amended Class Action Complaint the Complaint.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 78.3, Defendants hereby request oral argument on this motion to dismiss.

Dated:  July 3, 2015

/s/ J. Douglas Baldridge
J. Douglas Baldridge
Lisa J. Fales (admitted *pro hac vice*)
Danielle R. Foley (admitted *pro hac vice*)
**VENABLE LLP**
575 7th Street, NW
Washington, DC  20004
Tel.:  (202) 344-4000
Fax:  (202) 344-8300
jbaldridge@venable.com
ljfales@venable.com
drfoley@venable.com

Lawrence R. Desideri
Maureen L. Rurka
Joanna Rubin Travalini
**WINSTON & STRAWN LLP**
35 West Wacker Drive
Chicago, IL  60601
Tel.:  (312) 558-5600
Fax:  (312) 558-5700
ldesideri@winston.com
mrurka@winston.com
jtravalini@winston.com

*Counsel for Defendant*
*Impax Laboratories, Inc.*

Respectfully submitted,

/s/ Christine C. Levin
George G. Gordon (admitted *pro hac vice*)
Christine C. Levin (admitted *pro hac vice*)
Brian P. Savage (admitted *pro hac vice*)
**DECHERT LLP**
Cira Centre, 2929 Arch Street
Philadelphia, PA  19104
Tel.:  (215) 994 4000
Fax:  (215) 994-2222
george.gordon@dechert.com
christine.levin@dechert.com
brian.savage@dechert.com

Quinn C. Shean
**DECHERT LLP**
77 West Wacker Drive, Suite 3200
Chicago, IL  60601
Tel.:  (312) 646-5800
Fax:  (312) 646-5858
quinn.shean@dechert.com

*Counsel for Defendants Endo Health Solutions Inc., Endo Pharmaceuticals Inc., and Penwest Pharmaceuticals Co.*

2

**CERTIFICATE OF SERVICE**

    I, J. Douglas Baldridge, do hereby certify that on July 3, 2015, I caused a true and correct copy of the foregoing Motion to be served upon all counsel of record by operation of the electronic filing system of the United States District Court for the Northern District of Illinois.

                                                                             /s/ J. Douglas Baldridge
                                                                             J. Douglas Baldridge