## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE OPANA ER ANTITRUST LITIGATION | MDL No. 2580 |
| | Lead Case No. 14-cv-10150 |
| THIS DOCUMENT RELATES TO: | Hon. Harry D. Leinenweber |
| All End-Payor Actions | |

## DEFENDANTS' PARTIAL MOTION TO DISMISS END-PAYOR PLAINTIFFS' SECOND CONSOLIDATED AMENDED CLASS ACTION COMPLAINT

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants Endo Health Solutions Inc., Endo Pharmaceuticals Inc., Penwest Pharmaceuticals Co., and Impax Laboratories, Inc. (collectively, "Defendants") hereby move for partial dismissal of the End-Payor Plaintiffs' ("EPPs") Second Consolidated Amended Class Action Complaint (ECF No. 164) ("Complaint"). In the Court's February 10, 2016 Memorandum Opinion and Order, the Court dismissed all of the EPPs' state law consumer protection and unjust enrichment claims and granted the EPPs leave to re-plead them in a non-conclusory fashion. (ECF No. 151, at 39-40.) Despite the EPPs' attempt to re-plead, their Complaint still fails to state unjust enrichment claims under the laws of California, Florida, Illinois, Iowa, Kansas, Maine, Massachusetts, Michigan, Missouri, New Hampshire, North Carolina, North Dakota, Pennsylvania, Rhode Island, and Utah, and a consumer protection claim under the laws of Missouri.

WHEREFORE, for the foregoing reasons and those set out more fully in the memorandum of law accompanying this Motion, Defendants respectfully request that this Court dismiss, with prejudice, the EPPs' unjust enrichment claims under the laws of California, Florida, Illinois, Iowa,

Kansas, Maine, Massachusetts, Michigan, Missouri, New Hampshire, North Carolina, North Dakota, Pennsylvania, Rhode Island, and Utah, and the EPPs' consumer protection claims under the laws of Missouri, which are set forth in Claims Four and Five of the Complaint.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 78.3, Defendants hereby request oral argument on this motion to dismiss.

Dated: April 8, 2016          Respectfully submitted,

/s/ J. Douglas Baldridge_____
J. Douglas Baldridge
Lisa J. Fales (admitted *pro hac vice*)
Danielle R. Foley (admitted *pro hac vice*)
**VENABLE LLP**
575 7th Street, NW
Washington, DC 20004
Tel.: (202) 344-4000
Fax: (202) 344-8300
jbaldridge@venable.com
ljfales@venable.com
drfoley@venable.com

Lawrence R. Desideri
Maureen L. Rurka
Joanna Rubin Travalini
**WINSTON & STRAWN LLP**
35 West Wacker Drive
Chicago, IL 60601
Tel.: (312) 558-5600
Fax: (312) 558-5700
ldesideri@winston.com
mrurka@winston.com
jtravalini@winston.com

*Counsel for Defendant*
*Impax Laboratories, Inc.*

/s/ Christine C. Levin_____
George G. Gordon (admitted *pro hac vice*)
Christine C. Levin (admitted *pro hac vice*)
**DECHERT LLP**
Cira Centre, 2929 Arch Street
Philadelphia, PA 19104
Tel.: (215) 994 4000
Fax: (215) 994-2222
george.gordon@dechert.com
christine.levin@dechert.com

Angela Liu
**DECHERT LLP**
77 West Wacker Drive, Suite 3200
Chicago, IL 60601
Tel.: (312) 646-5800
Fax: (312) 646-5858
angela.liu@dechert.com

*Counsel for Defendants Endo Health Solutions*
*Inc., Endo Pharmaceuticals Inc., and Penwest*
*Pharmaceuticals Co.*

2

## CERTIFICATE OF SERVICE

I, J. Douglas Baldridge, hereby certify that on April 8, 2016, I caused a true and correct copy of the foregoing Motion to be served on all counsel of record by operation of the electronic filing system of the United States District Court for the Northern District of Illinois.


/s/ J. Douglas Baldridge_____
J. Douglas Baldridge