UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE OPANA ER ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>All Actions | MDL No. 2580<br><br>Lead Case No. 14-cv-10150<br><br>Hon. Harry D. Leinenweber |

**JOINT STATUS REPORT OF THE PARTIES**

Pursuant to part IV of the April 5, 2016 Joint Rule 26(f) Status Report (ECF 182), which states that "the Parties shall provide the Court with a joint status report every ninety (90) days (beginning ninety (90) days after entry of the Joint Rule 26(f) Report)," (1) Direct Purchaser Plaintiffs Rochester Drug Co-Operative, Inc., Value Drug Company, Meijer, Inc. and Meijer Distribution, Inc. (collectively "Direct Purchaser Plaintiffs" or "DPPs"), (2) End Payor Plaintiffs Plumbers and Pipefitters Local 178 Health & Welfare Trust Fund, Louisiana Health Service & Indemnity Company, d/b/a Blue Cross and Blue Shield of Louisiana, Fraternal Order of Police, Miami Lodge 20, Insurance Trust Fund, Wisconsin Masons' Health Care Fund, Pennsylvania Employees Benefit Trust Fund, International Union of Operating Engineers, Local 139 Welfare Fund and Mary Davenport (collectively "End Payor Plaintiffs" or "EPPs"), (3) Retailer Plaintiffs Rite Aid Corporation, Rite Aid Hdqtrs. Corp., CVS Pharmacy, Inc., Walgreen Co., The Kroger Co., Safeway, Inc., HEB Grocery Company, L.P. and Albertson's LLC ("Retailer Plaintiffs," and together with the Direct Purchaser Plaintiffs and End Payor Plaintiffs, "Plaintiffs") and (4) Defendants (a) Endo Health Solutions Inc., Endo Pharmaceuticals Inc., and Penwest

Pharmaceuticals Co. (collectively, "Endo") and Impax Laboratories, Inc. ("Impax") (collectively "Defendants"), acting through their undersigned counsel, hereby jointly submit this Status Report.

## PENDING MATTERS

1. Fact discovery is proceeding in accordance with the schedule set forth in the April 5, 2016 Joint Rule 26(f) Status Report. The parties are continuing discussions regarding Plaintiffs' and Defendants' respective document and data requests. Plaintiffs and Defendants have exchanged correspondence and engaged in meet and confers regarding the scope of these requests. These efforts have resulted in outstanding issues being narrowed. The most recent correspondence from Plaintiffs to Endo and Plaintiffs to Impax were on June 20, 2017 and June 29, 2017, respectfully. Endo cannot respond to Plaintiffs' letter until July 14, 2017 and Impax expects to provide its response to Plaintiffs' most recent correspondence shortly. At present, there are no disputes to present to the Court, however, if the parties cannot soon agree on the timing and scope of responsive document and data productions, it is likely that the Court's intervention will become necessary before the next quarterly status report.

Dated: July 10, 2017          Respectfully submitted,

| | |
|---|---|
| /s/ David F. Sorensen | /s/ Bruce E. Gerstein |
| David F. Sorensen | Bruce E. Gerstein |
| Andrew C. Curley | Jonathan M. Gerstein |
| Zachary D. Caplan | GARWIN GERSTEIN & FISHER, LLP |
| BERGER & MONTAGUE, P.C. | Wall Street Plaza |
| 1622 Locus Street | 88 Pine Street, 10th Floor |
| Philadelphia, PA 19103 | New York, NY 10005 |
| T: (215) 875-3000 | T: (212) 398-0055 |
| F: (215) 875-4604 | F: (212) 764-6620 |
| dsorensen@bm.net | bgerstein@garwingerstein.com |
| acurley@bm.net | jgerstein@garwingerstein.com |
| zcaplan@bm.net | |

*Interim Co-Lead Counsel for the Direct Purchaser Class*

| | |
|---|---|
| /s/ Gary L. Specks | /s/ Richard J. Kilsheimer |
| Gary L. Specks | Richard J. Kilsheimer |
| KAPLAN FOX & KILSHEIMER LLP | Robert N. Kaplan |
| 423 Sumac Road | Matthew P. McCahill |
| Highland Park, IL 60035 | KAPLAN FOX & KILSHEIMER LLP |
| T: (847) 831-1585 | 850 Third Avenue, 14th Floor |
| F: (847) 831-1580 | New York, NY 10022 |
| gspecks@kaplanfox.com | T: (212) 687-1980 |
| | F: (212) 687-7714 |
| | rkilsheimer@kaplanfox.com |
| | rkaplan@kaplanfox.com |

*Interim Liaison Counsel for the Direct Purchaser Class*

| | |
|---|---|
| /s/ Gregory S. Asciolla | /s/ Michael J. Freed |
| Jay L. Himes | Michael J. Freed |
| Gregory S. Asciolla | Steven A. Kanner |
| Karin E. Garvey | Robert J. Wozniak |
| Matthew J. Perez | FREED KANNER LONDON & MILLEN LLC |
| LABATON SUCHAROW LLP | 2201 Waukegan Road, Suite 130 |
| 140 Broadway | Bannockburn, IL 60015 |
| New York, NY 10005 | T: (224) 632-4500 |
| T: (212) 907-0700 | F: (224) 632-4532 |
| F: (212) 818-0477 | mfreed@fklmlaw.com |
| jhimes@labaton.com | skanner@fklmlaw.com |
| gasciolla@labaton.com | rwozniak@fklmlaw.com |
| kgarvey@labaton.com | |
| mperez@labaton.com | |

*Interim Co-Lead Counsel for the End-Payor Purchaser Class*

| | |
|---|---|
| /s/ Scott E. Perwin | /s/ Monica L. Rebuck |
| Scott E. Perwin | Monica L. Rebuck |
| Lauren C. Ravkind | Eric L. Bloom |
| Anna T. Neill | HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER |
| KENNY NACHWALTER P.A. | 4507 North Front Street, Suite 303 |
| Four Seasons Tower – Suite 1100 | Harrisburg, PA 17110 |
| 1441 Brickell Avenue | T: (717) 364-1007 |
| Miami, FL 33131 | F: (717) 364-1020 |
| T: (305) 373–1000 | mrebuck@hangley.com |
| F: (305) 372–1861 | ebloom@hangley.com |
| sperwin@knpa.com | |
| lravkind@knpa.com | Barry L. Refsin |
| aneill@knpa.com | HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER |

*Counsel for Plaintiffs Walgreen Co., The Kroger Company, Safeway, Inc., HEB Grocery Co. L.P., and Albertson's LLC*

/s/ J. Douglas Baldridge
J. Douglas Baldridge
Lisa J. Fales (admitted *pro hac vice*)
Danielle R. Foley (admitted *pro hac vice*)
Kristin M. Koger (admitted *pro hac vice*)
VENABLE LLP
600 Massachusetts Avenue, NW
Washington, DC 20001
Tel.: (202) 344-4000
Fax: (202) 344-8300
jbaldridge@venable.com
ljfales@venable.com
drfoley@venable.com
kmkoger@venable.com

Lawrence R. Desideri
Maureen L. Rurka
Joanna Rubin Travalini
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
Tel.: (312) 558-5600
Fax: (312) 558-5700
ldesideri@winston.com
mrurka@winston.com
jtravalini@winston.com

*Counsel for Defendant Impax Laboratories, Inc.*

One Logan Square, 27th Floor
Philadelphia, PA 19103
Tel: (215) 496-7031
brefsin@hangley.com

*Counsel for Plaintiffs Rite Aid Corporation, Rite Aid Hdqtrs. Corp., and CVS Pharmacy, Inc.*

/s/ Christine C. Levin
George G. Gordon (admitted *pro hac vice*)
Christine C. Levin (admitted *pro hac vice*)
DECHERT LLP
Cira Centre, 2929 Arch Street
Philadelphia, PA 19104
Tel.: (215) 994 4000
Fax: (215) 994-2222
george.gordon@dechert.com
christine.levin@dechert.com

Angela Liu
DECHERT LLP
77 West Wacker Drive, Suite 3200
Chicago, IL 60601
Tel.: (312) 646-5816
Fax: (312) 646-5858
angela.liu@dechert.com

*Counsel for Defendants Endo Health Solutions Inc., Endo Pharmaceuticals Inc., and Penwest Pharmaceuticals Co.*