UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: OPANA ER ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>All Actions | MDL No. 2580<br>Lead Case No. 14-cv-10150<br>Hon. Harry D. Leinenweber |

### DECLARATION OF ADRIANA RIVIERE-BADELL IN SUPPORT OF NON-PARTY EXPRESS SCRIPTS HOLDING COMPANY'S OPPOSITION TO END PAYOR PLAINTIFFS' MOTION TO COMPEL COMPLIANCE WITH OCTOBER 12, 2018 DOCUMENT SUBPOENA

Pursuant to 28 U.S.C. § 1746, I, Adriana Riviere-Badell, hereby declare:

1. I am a member of the Florida bar and an attorney at the law firm of Kobre & Kim, LLP, and counsel of record for Non-Party Express Scripts Holding Company ("Express Scripts") in this action.

2. All defined terms used herein have the same meaning as set forth in the accompanying opposition to End Payor Plaintiffs' ("EPPs") motion to compel compliance with the document subpoena ("Subpoena") (Dkt. No. 417).

3. Attached as **Exhibit 1** is a true and correct copy of email correspondence between counsel for End Payor Plaintiffs, Robert Wozniak, Matthew Perez, Karin E. Garvey, and Brian Hogan; and counsel for Express Scripts, Alana F. Montas and myself, between November 16, 2018, and December 28, 2018, concerning the Subpoena. The emails exclude attachments, including spreadsheets EPPs sent regarding NDC product codes and declarations Express Scripts, Inc. produced in previous unrelated litigation, for ease of review and because the declarations contain information designated as confidential or highly confidential, pursuant to protective orders in those other unrelated cases, referenced below in paragraphs 5 and 6.

4. Attached as **Exhibit 2** is a true and correct copy of Express Scripts' Responses and Objections to the Subpoena served on December 7, 2018.

5. Attached as **Exhibit 3** is a true and correct copy of the stipulated protective order entered in *In re Niaspan Antitrust Litigation*, MDL Dkt. No. 13-md-02460-JD (E.D. Pa.) on March 11, 2014.

6. Attached as **Exhibit 4** is a true and correct copy of the protective order entered in *In re Lidoderm Antirust Litigation*, MDL Docket No. 14-md-02521-WHO (N.D. Cal.) on May 7, 2014.

I declare under penalty of perjury that the foregoing is true and correct and that I executed this declaration on January 4, 2019 in Miami, Florida.

*[signature]*
Adriana Riviere-Badell