**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE OPANA ER ANTITRUST LITIGATION | MDL No. 2580 |
| | Lead Case No. 14-cv-10150 |
| THIS DOCUMENT RELATES TO: | Hon. Harry D. Leinenweber |
| All Actions | |

**MOTION TO EXCLUDE THE
OPINIONS AND PROPOSED TESTIMONY OF JOHN R. TUPMAN, JR.**

Endo Pharmaceuticals Inc., Endo Health Solutions Inc., Penwest Pharmaceuticals Co. (collectively, "Endo") and Impax Laboratories, Inc. ("Impax," and together with Endo, "Defendants") hereby move to exclude the opinions and proposed testimony of John R. Tupman, Jr. In support of their motion, Endo submits:

1. Endo's Memorandum of Law in Support of Defendants' Motion to Partially Exclude the Opinions and Proposed Testiomony of John R. Tupman.

2. Declaration of John P. McClam in Support of Defendants' Motion to Partially Exclude the Opinions and Proposed Testimony of John R. Tupman, including the exhibits attached thereto.

As demonstrated in the foregoing:

1. Plaintiffs in this case have offered the testimony of John R. Tupman, Jr. Mr. Tupman submitted an initial report on March 25, 2019. Mr. Tupman submitted a rebuttal report on November 5, 2019. Mr. Tupman has offered a number of inapposite opinions unrelated to the issues in this case, including his subjective views on what an imagined "reasonable pharmaceutical

company would do" and whether certain aspects of Endo and Impax's Development and Co-Promotion Agreement were "atypical."

2.　　　For the reasons set forth in Defendants' accompanying Memorandum of Law and supporting exhibits, Mr. Tupman's opinions and proposed testimony should be excluded under Federal Rule of Evidence 702.

3.　　　Defendants accordingly respectfully request that the Court enter an Order excluding Mr. Tupman's opinions and proposed testimony in their entirety.

Dated: April 15, 2020

/s/ George G. Gordon
George G. Gordon (admitted *pro hac vice*)
Julia Chapman (admitted *pro hac vice*)
Thomas J. Miller (admitted *pro hac vice*)
John P. McClam (admitted *pro hac vice*)
**DECHERT LLP**
Cira Centre, 2929 Arch Street
Philadelphia, PA 19104
Tel.: (215) 994 4000
Fax: (215) 994-2222
george.gordon@dechert.com
thomas.miller@dechert.com

Craig Falls (admitted *pro hac vice*)
**DECHERT LLP**
1900 K Street, NW
Washington, DC 20006
Tel.: (202) 261-3300
Fax: (202) 261-3333
craig.falls@dechert.com

Angela Liu
**DECHERT LLP**
35 West Wacker Drive, Suite 3400
Chicago, IL 60601
Tel.: (312) 646-5800
Fax: (312) 646-5858
angela.liu@dechert.com

*Counsel for Defendants Endo Health Solutions Inc., Endo Pharmaceuticals Inc., and Penwest Pharmaceuticals Co.*

Respectfully submitted,

/s/ Jay Lefkowitz
Jay P. Lefkowitz, P.C. (admitted *pro hac vice*)
Devora W. Allon, P.C. (admitted *pro hac vice*)
Evelyn Blacklock (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800
jay.lefkowitz@kirkland.com
devora.allon@kirkland.com
evelyn.blacklock@kirkland.com

James R.P. Hileman
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
(312) 862-7090
jhileman@kirkland.com

*Counsel for Defendant Impax Laboratories, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2020, I caused to be filed the foregoing document with the United States District Court for the Northern District of Illinois using the CM/ECF system, and caused it to be served on all registered participants via the notice of electronic filing and by emailing a copy of the moving papers to counsel for Plaintiffs.

/s/ Angela Liu
DECHERT LLP
35 West Wacker Drive, Suite 3400
Chicago, IL 60601
Tel.: (312) 646-5800
Fax: (312) 646-5858
angela.liu@dechert.com