**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE OPANA ER ANTITRUST LITIGATION | MDL No. 2580 |
| | Lead Case No. 14-cv-10150 |
| THIS DOCUMENT RELATES TO: | Hon. Harry D. Leinenweber |
| All Actions | |

**NOTICE OF MOTION TO EXCLUDE**
**OPINIONS OF JOHN R. TUPMAN, JR.**

PLEASE TAKE NOTICE that on Thursday, September 10, 2020, at 9:30 a.m., or as soon thereafter as may be heard, Defendants Endo Health Solutions Inc., Endo Pharmaceuticals Inc., and Penwest Pharmaceuticals Co. (collectively, "Endo") and Impax Laboratories, Inc. ("Impax") (Endo and Impax are collectively "Defendants"), by and through counsel, shall appear before the Honorable Harry D. Leinenweber, or any judge sitting in his stead, in Courtroom 1941 of the United States District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and shall present Defendants' Motion to Exclude the Opinions and Proposed Testimony of John R. Tupman, Jr.

| | |
|---|---|
| Dated: April 15, 2020 | Respectfully submitted, |

*/s/ George G. Gordon*  
George G. Gordon (admitted *pro hac vice*)  
Julia Chapman (admitted *pro hac vice*)  
Thomas J. Miller (admitted *pro hac vice*)  
John P. McClam (admitted *pro hac vice*)  
**DECHERT LLP**  
Cira Centre, 2929 Arch Street  
Philadelphia, PA 19104  
Tel.: (215) 994 4000  
Fax: (215) 994-2222  
george.gordon@dechert.com  
thomas.miller@dechert.com  

Craig Falls (admitted *pro hac vice*)  
**DECHERT LLP**  
1900 K Street, NW  
Washington, DC 20006  
Tel.: (202) 261-3300  
Fax: (202) 261-3333  
craig.falls@dechert.com  

Angela Liu  
**DECHERT LLP**  
35 West Wacker Drive, Suite 3400  
Chicago, IL 60601  
Tel.: (312) 646-5800  
Fax: (312) 646-5858  
angela.liu@dechert.com  

*Counsel for Defendants Endo Health Solutions Inc., Endo Pharmaceuticals Inc., and Penwest Pharmaceuticals Co.*

*/s/ Jay Lefkowitz*  
Jay P. Lefkowitz, P.C. (admitted *pro hac vice*)  
Devora W. Allon, P.C. (admitted *pro hac vice*)  
Evelyn Blacklock (admitted *pro hac vice*)  
KIRKLAND & ELLIS LLP  
601 Lexington Avenue  
New York, NY 10022  
(212) 446-4800  
jay.lefkowitz@kirkland.com  
devora.allon@kirkland.com  
evelyn.blacklock@kirkland.com  

James R.P. Hileman  
KIRKLAND & ELLIS LLP  
300 North LaSalle Street  
Chicago, IL 60654  
(312) 862-7090  
jhileman@kirkland.com  

*Counsel for Defendant Impax Laboratories, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2020, I caused to be filed the foregoing document with the United States District Court for the Northern District of Illinois using the CM/ECF system, and caused it to be served on all registered participants via the notice of electronic filing and by emailing a copy of the moving papers to counsel for Plaintiffs.

/s/ Angela Liu
DECHERT LLP
35 West Wacker Drive, Suite 3400
Chicago, IL 60601
Tel.: (312) 646-5800
Fax: (312) 646-5858
angela.liu@dechert.com