**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE OPANA ER ANTITRUST LITIGATION | MDL No. 2580 |
| | Lead Case No. 14-cv-10150 |
| THIS DOCUMENT RELATES TO: | Hon. Harry D. Leinenweber |
| All Actions | |

**APPENDIX OF EXHIBITS TO ENDO'S LOCAL RULE 56.1
STATEMENT OF MATERIAL FACTS AS TO WHICH THERE IS
NO GENUINE ISSUE WITH RESPECT TO ITS MOTION FOR
PARTIAL SUMMARY JUDGMENT AS TO CERTAIN PATENT ISSUES**

| Exhibit | Description |
|---|---|
| 1 | FDA Regulatory History of Opana ER |
| 2 | FDA Oxymorphone (marketed as Opana ER) Information |
| 3 | U.S. Patent No. 5,662,933 |
| 4 | U.S. Patent No. 5,958,456 |
| 5 | Excerpt of Final Pretrial Order from the Patent Litigation, 09-cv-831 |
| 6 | Historic Opana ER Orange Book Entry, excerpt from Impax ANDA 79-087 |
| 7 | Endo's Trial Brief from the Patent Litigation, 09-cv-831 |
| 8 | Rebuttal Expert Report of Edmund J. Elder (Non-Infringement) dated February 1, 2010, 09-cv-831, (PX-0367), without exhibits |
| 9 | March 19, 2010 *Markman* Opinion Transcript from the Patent Litigation, 09-cv-831 |
| 10 | June 3, 2010 Trial Transcript from the Patent Litigation, 09-cv-831 |
| 11 | Amended *Markman* Order from the Patent Litigation, 09-cv-831 |
| 12 | Excerpt of July 10, 2019 Deposition of Glen Belvis |
| 13 | Rhoades, Katherine, "Do Not Pass Go, Do Not Stop for Summary Judgment: The U.S. District Court for the District of Delaware's Seemingly Disjunctive Yet Efficient Procedures in Hatch-Waxman Litigation," Northwestern J. of Tech. and Intellectual Property, Vol. 14, Issue 1 Article 4 |
| 14 | Impax's Trial Brief from the Patent Litigation, 09-cv-831 |
| 15 | Opening Expert Report of Glen P. Belvis dated March 25, 2019, without exhibits |
| 16 | Demonstrative Slides for Edmund Elder from the Patent Litigation, 09-cv-831 |
| 17 | June 7, 2010 Settlement and License Agreement |
| 18 | Rebuttal Expert Report of Reza Fassihi (Antitrust) dated August 29, 2019, without exhibits |

| Exhibit | Description |
|---|---|
| 19 | Excerpt of February 23, 2010 Deposition of Edmund Elder, 09-cv-831 |
| 20 | Excerpt of February 24, 2010 Deposition of Edmund Elder, 09-cv-831 |
| 21 | Opening Expert Report of Stephen R. Byrn dated March 25, 2019, without exhibits |
| 22 | Excerpt of July 18, 2019 Deposition of Stephen Byrn |
| 23 | Excerpt of Remington's Treatis (DTX-0312) |
| 24 | Opening Expert Report of Edmund Elder (Validity), 09-cv-831, dated December 9, 2009, without exhibits |
| 25 | September 1997 IVIVC Guidance for Industry (DTX-0438) |
| 26 | Rebuttal Expert Report of Reza Fassihi (Validity), 09-cv-831, dated February 1, 2010, without exhibits |
| 27 | Impax ANDA 79-087 Package Insert (PX-1001F) (Original Generic) |
| 28 | Excerpt of Impax ANDA 79-087 regarding labeling (PX-1047) (Original Generic) |
| 29 | Tentative Approval Letter for Impax ANDA 79-087 (PX-1145) (Original Generic) |
| 30 | U.S. Patent No. 8,309,122 |
| 31 | Orange Book Entry - Opana ER as of March 26, 2020 |
| 32 | U.S. Patent No. 8,329,216 |
| 33 | U.S. Patent No. 8,871,779 |
| 34 | Rebuttal Expert Report of Jonathan Singer dated August 29, 2019, without exhibits |
| 35 | Settlement and License Agreement between Endo and Mallinckrodt dated December 16, 2013 |
| 36 | ECF No. 1, 14-cv-435 (S.D.N.Y.), Endo Complaint |
| 37 | ECF No. 13, 16-cv-2526 (D.N.J.), Endo Complaint |
| 38 | ECF No. 32, 16-cv-2526 (D.N.J.), Impax Answer |
| 39 | Excerpt of September 28, 2018 30(b)(6) Deposition of Guy Donatiello |
| 40 | September 2013 Press Release on Actavis Launch (Myers Deposition Ex. 4) |
| 41 | Endo 2017-10K |
| 42 | ECF No. 116, 14-cv-1383 (D.Del.), Confidential Stipulation and Order |
| 43 | ECF No. 122, 14-cv-1383 (D.Del.), Confidential Consent Order of Dismissal |
| 44 | ECF No. 123, 14-cv-1383 (D.Del.), Confidential Stipulation of Dismissal |
| 45 | Merriam-Webster Dictionary Definition of Maintain |
| 46 | Demonstrative Slides for Anthony Lowman from the Patent Litigation (PX-2175), 09-cv-831 |