# EXHIBIT 6

# Electronic Orange Book

## Approved Drug Products
### with
### Therapeutic Equivalence Evaluations

**Current through April 2008\*\***

\*\* In order to provide timely consumer
information on generic drugs, the Electronic
Orange Book is updated daily as new
generic approvals occur.
Refer to FAQ for additional information.

**Publications**

## FAQ

**Search by Active Ingredient**　　　**Search by Applicant Holder**

**Search by Proprietary Name**　　　**Search by Application Number**

## Search by Patent

The products in this list have been approved under section 505 of the Federal Food, Drug, and Cosmetic Act.

Drug questions email: DRUGINFO@CDER.FDA.GOV

**U.S. Department of Health and Human Services
Food and Drug Administration
Center for Drug Evaluation and Research
Office of Pharmaceutical Science
Office of Generic Drugs**

http://www.fda.gov/cder/ob/　　　　　　　　　　　　　　　　　　　　　　　　　　6/3/2008

FDA / HIGHLY CONFIDENTIAL　　　　　　　　　　　　　　　　　　　　　　　　　　IPXL00045629
HIGHLY CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER　　　　　　　　　　　　IMPAX-OPANA00070621

**Active Ingredient Search Results from "OB_Rx" table for query on "oxymorphone."**

| Appl No | TE Code | RLD | Active Ingredient | Dosage Form; Route | Strength | Proprietary Name | Applicant |
|---|---|---|---|---|---|---|---|
| 011707 | | Yes | OXYMORPHONE HYDROCHLORIDE | INJECTABLE; INJECTION | 1MG/ML | OPANA | ENDO PHARMS |
| 021610 | | No | OXYMORPHONE HYDROCHLORIDE | TABLET, EXTENDED RELEASE; ORAL | 10MG | OPANA ER | ENDO PHARMS |
| 021610 | | No | OXYMORPHONE HYDROCHLORIDE | TABLET, EXTENDED RELEASE; ORAL | 15MG | OPANA ER | ENDO PHARMS |
| 021610 | | No | OXYMORPHONE HYDROCHLORIDE | TABLET, EXTENDED RELEASE; ORAL | 20MG | OPANA ER | ENDO PHARMS |
| 021610 | | No | OXYMORPHONE HYDROCHLORIDE | TABLET, EXTENDED RELEASE; ORAL | 30MG | OPANA ER | ENDO PHARMS |
| 021610 | | Yes | OXYMORPHONE HYDROCHLORIDE | TABLET, EXTENDED RELEASE; ORAL | 40MG | OPANA ER | ENDO PHARMS |
| 021610 | | No | OXYMORPHONE HYDROCHLORIDE | TABLET, EXTENDED RELEASE; ORAL | 5MG | OPANA ER | ENDO PHARMS |
| 021610 | | No | OXYMORPHONE HYDROCHLORIDE | TABLET, EXTENDED RELEASE; ORAL | 7.5MG | OPANA ER | ENDO PHARMS |
| 021611 | | Yes | OXYMORPHONE HYDROCHLORIDE | TABLET; ORAL | 10MG | OPANA | ENDO PHARMS |
| 021611 | | No | OXYMORPHONE HYDROCHLORIDE | TABLET; ORAL | 5MG | OPANA | ENDO PHARMS |

Return to Electronic Orange Book Home Page

---

FDA/Center for Drug Evaluation and Research
Office of Generic Drugs
Division of Labeling and Program Support
Update Frequency:
　Orange Book Data - **Monthly**
　Generic Drug Product Information & Patent Information - **Daily**
　Orange Book Data Updated Through April, 2008
　Patent and Generic Drug Product Data Last Updated: June 02, 2008

http://www.accessdata.fda.gov/scripts/cder/ob/docs/tempai.cfm　　　　　　　　　　　　　6/3/2008

FDA / HIGHLY CONFIDENTIAL　　　　　　　　　　　　　　　　　　　　　　　　　　　　IPXL00045630
HIGHLY CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER　　　　　　　　　　　　　IMPAX-OPANA00070622

**Search results from the "OB_Rx" table for query on "021610."**

| | |
|---|---|
| Active Ingredient: | OXYMORPHONE HYDROCHLORIDE |
| Dosage Form;Route: | TABLET, EXTENDED RELEASE; ORAL |
| Proprietary Name: | OPANA ER |
| Applicant: | ENDO PHARMS |
| Strength: | 5MG |
| Application Number: | 021610 |
| Product Number: | 001 |
| Approval Date: | Jun 22, 2006 |
| Reference Listed Drug | No |
| RX/OTC/DISCN: | RX |
| TE Code: | |

Patent and Exclusivity Info for this product: View

| | |
|---|---|
| Active Ingredient: | OXYMORPHONE HYDROCHLORIDE |
| Dosage Form;Route: | TABLET, EXTENDED RELEASE; ORAL |
| Proprietary Name: | OPANA ER |
| Applicant: | ENDO PHARMS |
| Strength: | 10MG |
| Application Number: | 021610 |
| Product Number: | 002 |
| Approval Date: | Jun 22, 2006 |
| Reference Listed Drug | No |
| RX/OTC/DISCN: | RX |
| TE Code: | |

Patent and Exclusivity Info for this product: View

| | |
|---|---|
| Active Ingredient: | OXYMORPHONE HYDROCHLORIDE |
| Dosage Form;Route: | TABLET, EXTENDED RELEASE; ORAL |
| Proprietary Name: | OPANA ER |
| Applicant: | ENDO PHARMS |
| Strength: | 20MG |
| Application Number: | 021610 |
| Product Number: | 003 |
| Approval Date: | Jun 22, 2006 |
| Reference Listed Drug | No |
| RX/OTC/DISCN: | RX |
| TE Code: | |

Patent and Exclusivity Info for this product: View

| | |
|---|---|
| Active Ingredient: | OXYMORPHONE HYDROCHLORIDE |
| Dosage Form;Route: | TABLET, EXTENDED RELEASE; ORAL |
| Proprietary Name: | OPANA ER |
| Applicant: | ENDO PHARMS |
| Strength: | 40MG |
| Application Number: | 021610 |

FDA / HIGHLY CONFIDENTIAL                                                   IPXL00045631
HIGHLY CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER                    IMPAX-OPANA00070623

| | |
|---|---|
| Product Number: | 004 |
| Approval Date: | Jun 22, 2006 |
| Reference Listed Drug | Yes |
| RX/OTC/DISCN: | RX |
| TE Code: | |
| Patent and Exclusivity Info for this product: | View |

| | |
|---|---|
| Active Ingredient: | OXYMORPHONE HYDROCHLORIDE |
| Dosage Form;Route: | TABLET, EXTENDED RELEASE; ORAL |
| Proprietary Name: | OPANA ER |
| Applicant: | ENDO PHARMS |
| Strength: | 7.5MG |
| Application Number: | 021610 |
| Product Number: | 005 |
| Approval Date: | Feb 29, 2008 |
| Reference Listed Drug | No |
| RX/OTC/DISCN: | RX |
| TE Code: | |
| Patent and Exclusivity Info for this product: | View |

| | |
|---|---|
| Active Ingredient: | OXYMORPHONE HYDROCHLORIDE |
| Dosage Form;Route: | TABLET, EXTENDED RELEASE; ORAL |
| Proprietary Name: | OPANA ER |
| Applicant: | ENDO PHARMS |
| Strength: | 15MG |
| Application Number: | 021610 |
| Product Number: | 006 |
| Approval Date: | Feb 29, 2008 |
| Reference Listed Drug | No |
| RX/OTC/DISCN: | RX |
| TE Code: | |
| Patent and Exclusivity Info for this product: | View |

| | |
|---|---|
| Active Ingredient: | OXYMORPHONE HYDROCHLORIDE |
| Dosage Form;Route: | TABLET, EXTENDED RELEASE; ORAL |
| Proprietary Name: | OPANA ER |
| Applicant: | ENDO PHARMS |
| Strength: | 30MG |
| Application Number: | 021610 |
| Product Number: | 007 |
| Approval Date: | Feb 29, 2008 |
| Reference Listed Drug | No |
| RX/OTC/DISCN: | RX |
| TE Code: | |
| Patent and Exclusivity Info for this product: | View |

http://www.accessdata.fda.gov/scripts/cder/ob/docs/obdetail.cfm?Appl_No=021610&TABL... 6/3/2008

Return to Electronic Orange Book Home Page

---

FDA/Center for Drug Evaluation and Research
Office of Generic Drugs
Division of Labeling and Program Support
Update Frequency:
  Orange Book Data - **Monthly**
  Generic Drug Product Information & Patent Information - **Daily**
  Orange Book Data Updated Through April, 2008
  Patent and Generic Drug Product Data Last Updated: June 02, 2008

FDA / HIGHLY CONFIDENTIAL  IPXL00045633
HIGHLY CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER  IMPAX-OPANA00070625

**Patent and Exclusivity Search Results from query on Appl No 021610 Product 005 in the OB_Rx list.**

## Patent Data

| Appl No | Prod No | Patent No | Patent Expiration | Drug Substance Claim | Drug Product Claim | Patent Use Code | Delist Requested |
|---|---|---|---|---|---|---|---|
| 021610 | 005 | 5128143 | Sep 19, 2008 | | Y | | |
| 021610 | 005 | 5662933 | Sep 9, 2013 | | Y | | |
| 021610 | 005 | 5958456 | Sep 9, 2013 | | Y | | |
| 021610 | 005 | 7276250 | Jul 3, 2022 | | Y | U-826 | |

## Exclusivity Data

| Appl No | Prod No | Exclusivity Code | Exclusivity Expiration |
|---|---|---|---|
| 021610 | 005 | NDF | Jun 22, 2009 |

Additional information:

1. Patents are published upon receipt by the Orange Book Staff and may not reflect the official receipt date as described in 21 CFR 314.53(d)(5).
2. Patents listed prior to August 18, 2003 are flagged with method of use claims only as applicable and submitted by the sponsor. These patents may not be flagged with respect to other claims which may apply.

View a list of all patent use codes
View a list of all exclusivity codes

Return to Electronic Orange Book Home Page

FDA/Center for Drug Evaluation and Research
Office of Generic Drugs
Division of Labeling and Program Support
Update Frequency:
   Orange Book Data - **Monthly**
   Generic Drug Product Information & Patent Information - **Daily**
   Orange Book Data Updated Through April, 2008
   Patent and Generic Drug Product Data Last Updated: June 02, 2008

http://www.accessdata.fda.gov/scripts/cder/ob/docs/patexclnew.cfm?Appl_No=021610&Pr...  6/3/2008

FDA / HIGHLY CONFIDENTIAL  IPXL00045634
HIGHLY CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER  IMPAX-OPANA00070626

Oxymorphone HCl ER Tablets, 7.5 mg, 15 mg and 30 mg      ANDA 79-087
IMPAX Laboratories, Inc.      Major Amendment

Patent and Exclusivity Search Results      Page 1 of 1

**Patent and Exclusivity Search Results from query on Appl No 021610 Product 006 in the OB_Rx list.**

## Patent Data

| Appl No | Prod No | Patent No | Patent Expiration | Drug Substance Claim | Drug Product Claim | Patent Use Code | Delist Requested |
|---|---|---|---|---|---|---|---|
| 021610 | 006 | 5128143 | Sep 19, 2008 |  | Y |  |  |
| 021610 | 006 | 5662933 | Sep 9, 2013 |  | Y |  |  |
| 021610 | 006 | 5958456 | Sep 9, 2013 |  | Y |  |  |
| 021610 | 006 | 7276250 | Jul 3, 2022 |  | Y | U-826 |  |

## Exclusivity Data

| Appl No | Prod No | Exclusivity Code | Exclusivity Expiration |
|---|---|---|---|
| 021610 | 006 | NDF | Jun 22, 2009 |

Additional information:

1. Patents are published upon receipt by the Orange Book Staff and may not reflect the official receipt date as described in 21 CFR 314.53(d)(5).
2. Patents listed prior to August 18, 2003 are flagged with method of use claims only as applicable and submitted by the sponsor. These patents may not be flagged with respect to other claims which may apply.

View a list of all patent use codes
View a list of all exclusivity codes

Return to Electronic Orange Book Home Page

---

FDA/Center for Drug Evaluation and Research
Office of Generic Drugs
Division of Labeling and Program Support
Update Frequency:
   Orange Book Data - **Monthly**
   Generic Drug Product Information & Patent Information - **Daily**
   Orange Book Data Updated Through April, 2008
   Patent and Generic Drug Product Data Last Updated: June 02, 2008

http://www.accessdata.fda.gov/scripts/cder/ob/docs/patexclnew.cfm?Appl_No=021610&Pr...    6/3/2008

FDA / HIGHLY CONFIDENTIAL      IPXL00045635
HIGHLY CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER      IMPAX-OPANA00070627

Patent and Exclusivity Search Results                                              Page 1 of 1

**Patent and Exclusivity Search Results from query on Appl No 021610 Product 007 in the OB_Rx list.**

## Patent Data

| Appl No | Prod No | Patent No | Patent Expiration | Drug Substance Claim | Drug Product Claim | Patent Use Code | Delist Requested |
|---|---|---|---|---|---|---|---|
| 021610 | 007 | 5128143 | Sep 19, 2008 |  | Y |  |  |
| 021610 | 007 | 5662933 | Sep 9, 2013 |  | Y |  |  |
| 021610 | 007 | 5958456 | Sep 9, 2013 |  | Y |  |  |
| 021610 | 007 | 7276250 | Jul 3, 2022 |  | Y | U-826 |  |

## Exclusivity Data

| Appl No | Prod No | Exclusivity Code | Exclusivity Expiration |
|---|---|---|---|
| 021610 | 007 | NDF | Jun 22, 2009 |

Additional information:

1. Patents are published upon receipt by the Orange Book Staff and may not reflect the official receipt date as described in 21 CFR 314.53(d)(5).
2. Patents listed prior to August 18, 2003 are flagged with method of use claims only as applicable and submitted by the sponsor. These patents may not be flagged with respect to other claims which may apply.

View a list of all patent use codes
View a list of all exclusivity codes

Return to Electronic Orange Book Home Page

---

FDA/Center for Drug Evaluation and Research
Office of Generic Drugs
Division of Labeling and Program Support
Update Frequency:
  Orange Book Data - **Monthly**
  Generic Drug Product Information & Patent Information - **Daily**
  Orange Book Data Updated Through April, 2008
  Patent and Generic Drug Product Data Last Updated: June 02, 2008

http://www.accessdata.fda.gov/scripts/cder/ob/docs/patexclnew.cfm?Appl_No=021610&Pr...    6/3/2008

FDA / HIGHLY CONFIDENTIAL                                                         IPXL00045636
HIGHLY CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER                          IMPAX-OPANA00070628