# EXHIBIT 23

# Remington's Pharmaceutical Sciences

**18**



DEFENDANT EXHIBIT
DTX-312
D. N.J. C.A. No. 09-cv-831

IPXL00007309

ENDO-OPANA-000246841

the added ingredients are selected in order to give the tablet formulation the desirable physical characteristics allowing the rapid compression of tablets. After compression the tablets must have a number of additional attributes such as appearance, hardness, disintegration ability, appropriate dissolution characteristics and uniformity which also are influenced both by the method of preparation and by the added materials present in the formulation. In the preparation of compressed tablets the formulator also must be cognizant of the effect which the ingredients and methods of preparation may have on the availability of the active ingredients and hence the therapeutic efficacy of the dosage form. In response to a request by physicians to change a dicumarol tablet in order that it might be broken more easily, a Canadian company reformulated to make a large tablet with a score. Subsequent use of the tablet containing the same amount of drug substance as the previous tablet, resulted in complaints that larger-than-usual doses were needed to produce the same therapeutic response. On the other hand, literature reports indicate that the reformulation of a commercial digoxin tablet resulted in a tablet, although containing the same quantity of drug substance, that gave the desired clinical response at half its original dose. Methods and principles that can be used to assess the effects of excipients and additives on drug absorption have been reviewed.[2,14,15] See Chapters 36, 75 and 76.

## Tablet Ingredients

In addition to the active or therapeutic ingredient, tablets contain a number of inert materials. The latter are known as additives or *excipients*. They may be classified according to the part they play in the finished tablet. The first group contains those which help to impart satisfactory processing and compression characteristics to the formulation. These include diluents, binders and glidants and lubricants. The second group of added substances helps to give additional desirable physical characteristics to the finished tablet. Included in this group are disintegrants, colors, and in the case of chewable tablets, flavors and sweetening agents, and in the case of controlled-release tablets, polymers or waxes or other solubility-retarding materials.

Although the term *inert* has been applied to these added materials, it is becoming increasingly apparent that there is an important relationship between the properties of the excipients and the dosage forms containing them. Preformulation studies demonstrate their influence on stability, bioavailability and the processes by which the dosage forms are prepared. The need for acquiring more information and use standards for excipients has been recognized in a joint venture of the Academy of Pharmaceutical Sciences and the Council of the Pharmaceutical Society of Great Britain. The result is called the *Handbook of Pharmaceutical Excipients*. This reference is now distributed widely throughout the world.[16]

### *Diluents*

Frequently the single dose of the active ingredient is small and an inert substance is added to increase the bulk in order to make the tablet a practical size for compression. Compressed tablets of dexamethasone contain 0.75 mg steroid per tablet; hence, it is obvious that another material must be added to make tableting possible. Diluents used for this purpose include dicalcium phosphate, calcium sulfate, lactose, cellulose, kaolin, mannitol, sodium chloride, dry starch and powdered sugar. Certain diluents, such as mannitol, lactose, sorbitol, sucrose and inositol, when present in sufficient quantity, can impart properties to some compressed tablets that permit disintegration in the mouth by chewing. Such tablets commonly are called *chewable tablets*. Upon chewing, properly prepared tablets will disintegrate smoothly at a satisfactory rate, have a pleasant taste and feel and leave no unpleasant aftertaste in the mouth. Diluents used as excipients for direct compression formulas have been subjected to prior processing to give them flowability and compressibility. These are discussed under *Direct Compression*, page 1645.

Most formulators of immediate-release tablets tend to use consistently only one or two diluents selected from the above group in their tablet formulations. Usually, these have been selected on the basis of experience and cost factors. However, in the formulation of new therapeutic agents the compatibility of the diluent with the drug must be considered. For example, calcium salts used as diluents for the broad-spectrum antibiotic tetracycline have been shown to interfere with the drug's absorption from the gastrointestinal tract. When drug substances have low water solubility, it is recommended that water-soluble diluents be used to avoid possible bioavailability problems. Highly adsorbent substances, eg, bentonite and kaolin, are to be avoided in making tablets of drugs used clinically in small dosage, such as the cardiac glycosides, alkaloids and the synthetic estrogens. These drug substances may be adsorbed to the point where they are not completely available after administration. The combination of amine bases with lactose, or amine salts with lactose in the presence of an alkaline lubricant, results in tablets which discolor on aging.

Microcrystalline cellulose (Avicel) usually is used as an excipient in direct compression formulas. However, its presence in 5 to 15% concentrations in wet granulations has been shown to be beneficial in the granulation and drying processes in minimizing case-hardening of the tablets and in reducing tablet mottling.

Many ingredients are used for several different purposes, even within the same formulation. For example, corn starch can be used in paste form as a binder. When added in drug or suspension form, it is a good disintegrant. Even though these two uses are to achieve opposite goals, some tablet formulas use corn starch in both ways. In some controlled-release formulas, the polymer hydroxypropylmethylcellulose (HPMC) is used both as an aid to prolong the release from the tablet, as well as a film-former in the tablet coating. Therefore, most excipients used in formulating tablets and capsules have many uses, and a thorough understanding of their properties and limitations is necessary in order to use them rationally.

### *Binders*

Agents used to impart cohesive qualities to the powdered material are referred to as binders or granulators. They impart a cohesiveness to the tablet formulation which insures the tablet remaining intact after compression, as well as improving the free-flowing qualities by the formulation of granules of desired hardness and size. Materials commonly used as binders include starch, gelatin and sugars as sucrose, glucose, dextrose, molasses and lactose. Natural and synthetic gums which have been used include acacia, sodium alginate, extract of Irish moss, panwar gum, ghatti gum, mucilage of isapol husks, carboxymethylcellulose, methylcellulose, polyvinylpyrrolidone, Veegum and larch arabogalactan. Other agents which may be considered binders under certain circumstances are polyethylene glycol, ethylcellulose, waxes, water and alcohol.

The quantity of binder used has considerable influence on the characteristics of the compressed tablets. The use of too much binder or too strong a binder will make a hard tablet which will not disintegrate easily and which will cause excessive wear of punches and dies. Differences in binders used

IPXL00007512

ENDO-OPANA-000247044



Fig 89-5. Vanderkamp Tablet Disintegration Tester (courtesy, Van-Kel).

test is indicated when any residue remaining is a soft mass having no palpably soft core. The plastic discs help to force any soft mass which forms through the screen.

For compressed uncoated tablets the testing fluid is usually water at 37°, but in some cases the monographs direct that Simulated Gastric Fluid TS be used. If one or two tablets fail to disintegrate, the test is to be repeated using 12 tablets. Of the 18 tablets then tested, 16 must have disintegrated within the given period of time. The conditions of the test are varied somewhat for coated tablets, buccal tablets and sublingual tablets. Disintegration times are included in the individual tablet monograph. For most uncoated tablets the period is 30 min although the time for some uncoated tablets varies greatly from this. For coated tablets up to 2 hr may be required, while for sublingual tablets, such as CT Isoproterenol Hydrochloride, the disintegration time is 3 min. For the exact conditions of the test, consult the USP.

### Dissolution Test

For certain tablets the monographs direct compliance with limits on dissolution rather than disintegration. Since drug absorption and physiological availability depend on having the drug substance in the dissolved state, suitable dissolution characteristics are an important property of a satisfactory tablet. Like the disintegration test, the dissolution test for measuring the amount of time required for a given percentage of the drug substance in a tablet to go into solution under a specified set of conditions is an *in vitro* test. It is intended to provide a step towards the evaluation of the physiological availability of the drug substance, but as described currently, it is not designed to measure the safety or efficacy of the tablet being tested. Both the safety and effectiveness of a specific dosage form must be demonstrated initially by means of appropriate *in vivo* studies and clinical evaluation. Like the disintegration test, the dissolution test does provide a means of control in assuring that a given tablet formulation is the same as regards dissolution as the batch of tablets shown initially to be clinically effective. It also provides an *in vitro* control procedure to eliminate variations among production batches. Refer to Chapter 31 for a complete discussion of dissolution testing.

### Validation

In this era of increasing regulatory control of the pharmaceutical industry, manufacturing procedures cannot be discussed without the mention of some process validation activity. By way of documentation, product testing and, perhaps, in-process testing as well, the manufacturer can demonstrate that his formula and process perform in the manner expected and that it does so reproducibly.

Although the justification for requiring validation is found in the regulations relating to "Current Good Manufacturing Practices for Finished Pharmaceuticals" as well as other sources, there is still much room for interpretation and the process varies from one company to another. General areas of agreement appear to be that

The validation activity must begin in R&D and continue through product introduction.
Documentation is the key.
In general, three batches represent an adequate sample for validation.

Increasingly, the FDA is rejecting historical data or "retrospective validation and is requiring that new products be validated from beginning to end, a process called "prospective validation."

## Methods of Preparation

### Wet-Granulation Method

The most widely used and most general method of tablet preparation is the wet-granulation method. Its popularity is due to the greater probability that the granulation will meet all the physical requirements for the compression of good tablets. Its chief disadvantages are the number of separate steps involved, as well as the time and labor necessary to carry out the procedure, especially on the large scale. The steps in the wet method are weighing, mixing, granulation, screening the damp mass, drying, dry screening, lubrication and compression. The equipment involved depends on the quantity or size of the batch. The active ingredient, diluent and disintegrant are mixed or blended well. For small batches the ingredients may be mixed in stainless steel bowls or mortars. Small-scale blending also can be carried out on a large piece of paper by holding opposite edges and tumbling the material back and forth. The powder blend may be sifted through a screen of suitable fineness to remove or break up lumps. This screening also affords additional mixing. The screen selected always should be of the same type of wire or cloth that will not affect the potency of the ingredients through interaction. For example, the stability of ascorbic acid is affected deleteriously by even small amounts of copper, thus care must be taken to avoid contact with copper or copper-containing alloys.

For larger quantities of powder the Patterson-Kelley twin-shell blender and the double-cone blender offer means of precision blending and mixing in short periods of time (Fig 89-6). Twin-shell blenders are available in many sizes from laboratory models to large production models. Planetary mixers, eg, the Glen mixer and the Hobart mixer, have served this function in the pharmaceutical industry for many years (Fig 89-7). On a large scale, ribbon blenders also are employed frequently and may be adapted for continuous production procedures. Mass mixers of the sigma-blade type have been used widely in the pharmaceutical industry.

Rapidly increasing in popularity are the high-speed, high-shear mixers such as the Lodige/Littleford, the Diosna, the Fielder and the Baker-Perkins. For these mixers a full range of sizes are available. The processing of granulations in these machines is generally faster than in conventional granulators. However, control over the process is critical, and scale-up issues may become extremely important.[25]

IPXL00007518

ENDO-OPANA-000247050

$$k_r^0 = \text{Rate In} = \text{Rate Out} = k_e \cdot C_d \cdot V_d \qquad (1)$$

where $k_r^0$ is the zero-order rate constant for drug release (amount/time), $k_e$ is the first-order rate constant for overall drug elimination (time$^{-1}$), $C_d$ is the desired drug level in the body (amount/volume) and $V_d$ is the volume space in which the drug is distributed. The values of $k_e$, $C_d$ and $V_d$ needed to calculate $k_r^0$ are obtained from appropriately designed single-dose pharmacokinetic studies. Equation 1 provides the method to calculate the zero-order release rate constant necessary to maintain a constant drug blood or tissue level for the simplest case where drug is eliminated by first-order kinetics. For many drugs, however, more complex elimination kinetics and other factors affecting their disposition are involved. This in turn affects the nature of the release kinetics necessary to maintain a constant drug blood level. It is important to recognize that while zero-order release may be desirable theoretically, nonzero-order release may be equivalent clinically to constant release in many cases. Aside from the extent of intra- and intersubject variation is the observation that, for many drugs, modest changes in drug tissue levels do not result in an improvement in clinical performance. Thus, a nonconstant drug level may be indistinguishable clinically from a constant drug level.

To achieve a therapeutic level promptly and sustain the level for a given period of time, the dosage form generally consists of two parts: an initial priming dose, $D_i$, that releases drug immediately and a maintenance or sustaining dose, $D_m$. The total dose, $W$, thus required for the system is

$$W = D_i + D_m \qquad (2)$$

For a system where the maintenance dose releases drug by a zero-order process for a specified period of time, the total dose[2] is

$$W = D_i + k_r^0 T_d \qquad (3)$$

where $k_r^0$ is the zero-order rate constant for drug release and $T_d$ is the total time desired for sustained release from one dose. If the maintenance dose begins the release of drug at the time of dosing ($t = 0$), it will add to that which is provided by the initial dose, thus increasing the initial drug level. In this case a correction factor is needed to account for the added drug from the maintenance dose:

$$W = D_i + k_r^0 T_d - k_r^0 T_p \qquad (4)$$

The correction factor, $k_r^0 T_p$, is the amount of drug provided during the period from $t = 0$ to the time of the peak drug level, $T_p$. No correction factor is needed if the dosage form is constructed in such a fashion that the maintenance dose does not begin to release drug until time $T_p$.

It already has been mentioned that a perfectly invariant drug blood or tissue level versus time profile is the ideal goal of a sustained-release system. The way to achieve this, in the simplest case, is by use of a maintenance dose that releases its drug by zero-order kinetics. However, satisfactory approximations of a constant drug level can be obtained by suitable combinations of the initial dose and a maintenance dose that releases its drug by a first-order process. The total dose for such a system is

$$W = D_i + (k_e C_d / k_r) V_d \qquad (5)$$

where $k_r$ is the first-order rate constant for drug release (time$^{-1}$), and $k_e$, $C_d$ and $V_d$ are as defined previously. If the maintenance dose begins releasing drug at $t = 0$, a correction factor is required just as it was in the zero-order case. The correct expression in this case is

$$W = D_i + (k_e C_d / k_r) V_d - D_m k_r T_p \qquad (6)$$

In order to maintain drug blood levels within the therapeutic range over the entire time course of therapy, most sustained-release drug delivery systems are, like conventional dosage forms, administered as multiple rather than single doses. For an ideal sustained-release system that releases drug by zero-order kinetics, the multiple dosing regimen is analogous to that used for a constant intravenous infusion, as discussed in Chapter 36. For those sustained-release systems having release kinetics other than zero-order, the multiple dosing regimen is more complex and its analysis is beyond the scope of this chapter; Welling and Dobrinska[3] provide more detailed discussion.

### Potential Advantages of Sustained Drug Therapy

All sustained-release products share the common goal of improving drug therapy over that achieved with their non-sustained counterparts. This improvement in drug therapy is represented by several potential advantages of the use of sustained-release systems, as shown in Table I.

Patient compliance has been recognized as a necessary and important component in the success of all self-administered drug therapy. Minimizing or eliminating patient compliance problems is an obvious advantage of sustained-release therapy. Because of the nature of its release kinetics, a sustained-release system should be able to use less total drug over the time course of therapy than a conventional preparation. The advantages of this are a decrease or elimination of both local and systemic side effects, less potentiation or reduction in drug activity with chronic use and minimization of drug accumulation in body tissues with chronic dosing.

Unquestionably the most important reason for sustained-drug therapy is improved efficiency in treatment, ie, optimized therapy. The result of obtaining constant drug blood levels from a sustained-release system is to achieve promptly the desired effect and maintain it. Reduction or elimination of fluctuations in the drug blood level allows better disease state management. In addition, the method by which sustained release is achieved can improve the bioavailability of some drugs. For example, drugs susceptible to enzymatic inactivation or bacterial decomposition can be protected by encapsulation in polymer systems suitable for sustained release. For drugs that have a "specific window" for absorption, increased bioavailability can be attained by localizing the sustained-release delivery system in certain regions of the gastrointestinal tract. Improved efficiency in treatment also can take the form of a special therapeutic effect not possible with a conventional dosage form (see Table I).

The last potential advantage listed in Table I, that of economy, can be examined from two points of view. Although the initial unit cost of most sustained-drug delivery systems usually is greater than that of conventional dosage

**Table I—Potential Advantages of Sustained Drug Therapy**

1. Avoid patient compliance problems
2. Employ less total drug
    a. Minimize or eliminate local side effects
    b. Minimize or eliminate systemic side effects
    c. Obtain less potentiation or reduction in drug activity with chronic use
    d. Minimize drug accumulation with chronic dosing
3. Improve efficiency in treatment
    a. Cure or control condition more promptly
    b. Improve control of condition, ie, reduce fluctuation in drug level
    c. Improve bioavailability of some drugs
    d. Make use of special effects, eg, sustained-release aspirin for morning relief of arthritis by dosing before bedtime
4. Economy

IPXL00007555

ENDO-OPANA-000247087