# EXHIBIT 45



SINCE 1828

- GAMES
- BROWSE THESAURUS
- WORD OF THE DAY
- WORDS AT PLAY

- LOG IN
- REGISTER
- settings
- SAVED WORDS

maintain

dictionary  thesaurus    view recents

Login or Register
Hello,

- GAMES
- BROWSE THESAURUS
- WORD OF THE DAY
- WORDS AT PLAY
- SETTINGS
-
- SAVED WORDS    view recents

# maintain

verb
 Save Word

To save this word, you'll need to log in.

Log In

main·tain | \ mān-ˈtān , mən- \
maintained; maintaining; maintains

## Definition of *maintain*

transitive verb

1 **:** to keep in an existing state (as of repair, efficiency, or validity) **:** preserve from failure or decline maintain machinery
2 **:** to sustain against opposition or danger **:** uphold and defend maintain a position
3 **:** to continue or persevere in **:** carry on, keep up couldn't maintain his composure
4a **:** to support or provide for has a family to maintain
b **:** sustain enough food to maintain life
5 **:** to affirm in or as if in argument **:** assert maintained that the earth is flat

Other Words from *maintain* Synonyms Choose the Right Synonym More Example Sentences Learn More about *maintain*

Keep scrolling for more

## Other Words from *maintain*

maintainability \ mān-ˌtā-nə-ˈbi-lə-tē \ noun
maintainable \ mān-ˈtā-nə-bəl \ adjective
maintainer noun

## Synonyms for *maintain*

Synonyms

- conserve,
- keep up,
- preserve,
- save

Visit the Thesaurus for More

## Choose the Right Synonym for *maintain*

maintain, assert, defend, vindicate, justify mean to uphold as true, right, just, or reasonable. maintain stresses firmness of conviction. steadfastly *maintained* his innocence assert suggests determination to make others accept one's claim. *asserted* her rights defend implies maintaining in the face of attack or criticism. *defended* his voting record vindicate implies successfully defending. his success *vindicated* our faith in him justify implies showing to be true, just, or valid by appeal to a standard or to precedent. the action was used to *justify* military intervention

## Examples of *maintain* in a Sentence

They have always *maintained* high standards of professional conduct. He has found it difficult to *maintain* a healthy weight. See More
Recent Examples on the Web But supporters counter that the aid may be necessary to prevent Boeing from faltering and setting off crushing job cuts across the company and its vast supplier network – and to *maintain* its role in national defense as a major military contractor. — Nathan Bomey, *USA TODAY*, "Why Boeing might not need a bailout despite coronavirus, 737 Max crises," 4 Apr. 2020 Despite the pandemic, Hall doesn't want to stop recognizing her officers — an attempt to *maintain*

some normalcy during this time. — *Dallas News*, "'Uncharted territory': How Dallas Police Chief U. Reneé Hall is leading the department during the coronavirus pandemic," 3 Apr. 2020

These example sentences are selected automatically from various online news sources to reflect current usage of the word 'maintain.' Views expressed in the examples do not represent the opinion of Merriam-Webster or its editors. Send us feedback.

See More

## First Known Use of *maintain*

14th century, in the meaning defined at sense 1

## History and Etymology for *maintain*

Middle English *mainteinen*, from Anglo-French *maintenir, maynteiner*, from Medieval Latin *manutenēre*, from Latin *manu tenēre* to hold in the hand

Keep scrolling for more

## Learn More about *maintain*

Share *maintain*

Post the Definition of maintain to Facebook  Share the Definition of maintain on Twitter 

Time Traveler for *maintain*



## The first known use of *maintain* was in the 14th century

See more words from the same century

## Dictionary Entries near *maintain*

mainstream

Main Street

maint

maintain

maintained school

maintaining power

maintain life

See More Nearby Entries

## Phrases Related to *maintain*

maintain life

maintain one's cool/composure

## Statistics for *maintain*

Last Updated

6 Apr 2020

Look-up Popularity

Top 20% of words

Cite this Entry

“Maintain.” *Merriam-Webster.com Dictionary*, Merriam-Webster, https://www.merriam-webster.com/dictionary/maintain. Accessed 14 Apr. 2020.

**Style:** MLA

Keep scrolling for more

More Definitions for *maintain*

maintain

*verb*

## English Language Learners Definition of *maintain*

**:** to cause (something) to exist or continue without changing
**:** to keep (something) in good condition by making repairs, correcting problems, etc.
**:** to continue having or doing (something)

See the full definition for *maintain* in the English Language Learners Dictionary

maintain

verb

main·tain | \ mān-ˈtān \
maintained; maintaining

## Kids Definition of *maintain*

1 **:** to carry on **:** continue After many years they still *maintain* a correspondence.
2 **:** to keep in a particular or desired state Eat properly to *maintain* good health.

3 **:** to insist to be true She *maintains* her innocence.
4 **:** to provide for **:** support I *maintained* my family by working two jobs.

Keep scrolling for more

More from Merriam-Webster on *maintain*

Thesaurus: All synonyms and antonyms for *maintain*

Spanish Central: Translation of *maintain*

Nglish: Translation of *maintain* for Spanish Speakers

Britannica English: Translation of *maintain* for Arabic Speakers

Comments on *maintain*

What made you want to look up *maintain*? Please tell us where you read or heard it (including the quote, if possible).

SHOW COMMENTS

WORD OF THE DAY

umbra

See Definitions and Examples »

Get Word of the Day daily email!

Your email address SUBSCRIBE

Test Your Vocabulary

Words from Animals Quiz

- **Capricious** is derived in part from the Italian word for hedgehog. What does **capricious** mean?

explosive | unpredictable
punctual | careful

Can you spell these 10 commonly misspelled words?

TAKE THE QUIZ

**Test Your Knowledge** - and learn some interesting things along the way.

TAKE THE QUIZ

## Love words? Need even more definitions?

Subscribe to America's largest dictionary and get thousands more definitions and advanced search—ad free!

MERRIAM-WEBSTER UNABRIDGED

### WORDS AT PLAY

- **8 Words Used in Investing and Sports**

  Words from both investors and athletes.

- **The Words of the Week - 4/10/20**

  Words from the week of 4/10/2020

- **The Weird Logic of 'Near Miss'**

  It's not the catastrophe it could have been.

- **Tools for Building Vocabulary**

  Boost your word power at home

ASK THE EDITORS

- ### Video: Why Is There a 'C' in 'Indict'?

  And who put it there, anyway?

- ### Why Did Yankee Doodle Call a Feather 'Macaroni'?

  What's with his feathered cap?

- ### Literally

  How to use a word that (literally) drives some people nuts.

- ### Is Singular 'They' a Better Choice?

  The awkward case of 'his or her'

WORD GAMES

- ### Words from Animals Quiz

  Sick of the news? Come look at pictures of baby animals.

  TAKE THE QUIZ

- 

## Name that Thing: Flower Edition

Can you correctly identify these flowers?

TAKE THE QUIZ

- 

## Spell It

Can you spell these 10 commonly misspelled words?

TAKE THE QUIZ

- 

## Citation

Do you know the person or title these quotes describe?

PLAY THE GAME

Learn a new word every day. Delivered to your inbox!

Your email address

OTHER MERRIAM-WEBSTER DICTIONARIES

- SPANISH CENTRAL
- LEARNER'S ESL DICTIONARY

- WORDCENTRAL FOR KIDS
- VISUAL DICTIONARY

- SCRABBLE® WORD FINDER
- MERRIAM-WEBSTER'S UNABRIDGED DICTIONARY
- BRITANNICA ENGLISH - ARABIC TRANSLATION
- NGLISH - SPANISH-ENGLISH TRANSLATION

FOLLOW US

Browse the Dictionary: A B C D E F G H I J K L M N O P Q R S T U V W X Y Z 0-9

Home | Help | Apps | About Us | Shop | Advertising Info | Dictionary API | Contact Us | Join MWU | Video | Word of the Year | Puku | Vocabulary Resources | Law Dictionary | Medical Dictionary | Privacy Policy | Terms of Use | Do Not Sell My Info

Browse the Thesaurus | Browse the Medical Dictionary | Browse the Legal Dictionary | Browse the Spanish-English Dictionary

© 2020 Merriam-Webster, Incorporated

×

# You have been logged out.

To access your account, please log back in or contact us at customerservice@m-w.com to report this issue