**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE OPANA ER ANTITRUST LITIGATION | MDL No. 2580 |
| | Lead Case No. 14-cv-10150 |
| THIS DOCUMENT RELATES TO: | Hon. Harry D. Leinenweber |
| All Actions | |

**APPENDIX OF EXHIBITS TO DEFENDANTS' JOINT LOCAL RULE 56.1 STATEMENT OF MATERIAL FACTS AND MEMORANDUM IN SUPPORT OF DEFENDANTS' CAUSATION/DAMAGES MOTION FOR SUMMARY JUDGMENT**

| Exhibit[1] | Description |
|---|---|
| 1 | Endo 2018 10-K |
| 2 | 2018-09-28 Donatiello Deposition Transcript EXCERPTED |
| 3 | Amneal 2019 Annual Report |
| 4 | FDA Regulatory History of Opana ER |
| 5 | 2018-10-28 Lortie 30b6 Deposition Transcript EXCERPTED |
| 6 | FDA Oxymorphone (marketed as Opana ER) Information |
| 7 | U.S. Patent No. 5,662,933 |
| 8 | U.S. Patent No. 5,958,456 |
| 9 | Excerpt of Final Pretrial Order from the Patent Litigation, 09-cv-831 |
| 10 | Historic Opana ER Orange Book Entry, excerpt from Impax ANDA 79-087 |
| 11 | Endo's Trial Brief from the Patent Litigation, 09-cv-831 |
| 12 | 2018-05-11 Smolenski Deposition Transcript EXCERPTED |
| 13 | 2018-04-25 Myers Deposition Transcript EXCERPTED |
| 14 | 2018-12-20 Snowden 30(b)(6) Deposition Transcript EXCERPTED |
| 15 | 2018-06-14 Engle Deposition Transcript EXCERPTED |
| 16 | Endo Patent Litigation Complaint against Impax |
| 17 | Impax Trial Brief from the Patent Litigation, 09-cv-831 |
| 18 | Patent Litigation *Markman* Order from the Patent Litigation, 09-cv-831 |
| 19 | Amended *Markman* Order from the Patent Litigation, 09-cv-831 |

---

[1] Numeric exhibits (e.g., Ex. 1) appear in Defendants' Joint Local Rule 56.1 Statement of Material Facts as to Which There is No Genuine Issue. Letter exhibits (e.g., Ex. A) appear in the Memorandum of Law in Support of Defendants' Causation/Damages Motion for Summary Judgment.

| Exhibit[1] | Description |
|---|---|
| 20 | March 25, 2019 Expert Report of Glen P. Belvis |
| 21 | March 19, 2010 *Markman* Opinion Transcript from the Patent Litigation, 09-cv-831 |
| 22 | Endo's June 8, 2010 Settlement and License Agreement with Impax (the "SLA") |
| 23 | Endo's February 20, 2009 Settlement Agreement with Actavis |
| 24 | Endo's April 13, 2010 Settlement Agreement with Barr/Teva |
| 25 | Endo's October 4, 2010 Settlement Agreement with Watson |
| 26 | Endo's May 4, 2011 Settlement Agreement with Roxane |
| 27 | 2018-06-21 Koch Deposition Transcript EXCERPTED |
| 28 | 2018-08-01 Mengler Deposition Transcript EXCERPTED |
| 29 | 2018-12-19 Snowden Deposition Transcript EXCERPTED |
| 30 | 2017-10-25 Snowden FTC Trial Testimony EXCERPTED |
| 31 | Endo's June 7, 2010 Development and Co-Promotion Agreement with Impax |
| 32 | EPI001160958 (2010-05-26 email enclosing Term Sheets) |
| 33 | EPI000874040 (2010-05-27 Mengler email to Levin) |
| 34 | EPI000593951 (2010-06-04 email enclosing draft SLA) |
| 35 | EPI001454055 (2010-06-05 Impax email to Endo re SLA Draft) |
| 36 | EPI000874083 (2010-06-06 Endo-Impax exchange re SLA terms) |
| 37 | 2018-09-20 Levin Deposition Transcript EXCERPTED |
| 38 | IMPAX-OPANA00268407 (2009-02-23 internal Impax email re Endo settlement) |
| 39 | ENDO-OPANA-000150419 (2016-04-19 email from Donatiello to Snowden) |
| 40 | Endo's June 7, 2010 Settlement Agreement with Sandoz |
| 41 | 2018-09-28 Donatiello 30(b)(6) Deposition Transcript EXCERPTED |
| 42 | EPI001665454 (2009-12-08 Teva email to Endo) |
| 43 | U.S. Patent 8,309,122 |
| 44 | Orange Book Entry - Opana ER |
| 45 | U.S. Patent No. 8,329,216 |
| 46 | U.S. Patent No. 8,871,779 |
| 47 | Endo's December 16, 2013 Settlement and License Agreement with Mallinckrodt |
| 48 | ECF No. 1, 14-cv-435 (S.D.N.Y.), Endo Complaint |
| 49 | ECF No. 13, 16-cv-2526 (D.N.J.), Endo Complaint |
| 50 | ECF No. 32, 16-cv-2526 (D.N.J.), Impax Answer |
| 51 | August 29, 2019 Rebuttal Expert Report of Jonathan Singer |
| 52 | Article on Actavis Launch (Myers Deposition Ex. 4) |
| 53 | Endo 2017-10K |
| 54 | August 29, 2019 Rebuttal Expert Report of Reza Fassihi |
| 55 | ECF No. 116, 14-cv-1383 (D. Del.), Stipulation and Order |
| 56 | ECF No. 122, 14-cv-1383 (D. Del.), Confidential Consent Order of Dismissal |
| 57 | ECF No. 123, 14-cv-1383 (D. Del.), Confidential Stipulation of Dismissal |
| A | March 25, 2019 Expert Report of Glen P. Belvis |
| B | March 25, 2019 Expert Report of Thomas G. McGuire |
| C | 2019-12-10 McGuire Deposition Transcript EXCERPT |
| D | 2019-05-16 McGuire Deposition Transcript EXCERPT |

2

| Exhibit[1] | Description |
|---|---|
| E | November 5, 2019 Rebuttal Report of Thomas G. McGuire |
| F | March 25, 2019 Expert Report of Keith |
| G | 2019-06-27 Leffler Deposition Transcript EXCERPT |
| H | 2019-12-09 Leffler Deposition Transcript EXCERPT |
| I | August 29, 2019 Expert Report of Margaret E. Guerin-Calvert |
| J | 2019-06-20 Leitzinger Deposition Transcript EXCERPT |
| K | 2019-05-23 Rosenthal Deposition Transcript EXCERPT |
| L | Leffler June 2019 Deposition Exhibit 3 |