# EXHIBIT 5

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| ENDO PHARMACEUTICALS INC. and PENWEST PHARMACEUTICALS CO., | ) ) ) ) | |
| Plaintiffs, | ) ) | Civ. A. Nos.  09-cv-831-KSH-PS |
| v. | ) ) | 09-cv-832-KSH-PS 09-cv-833-KSH-PS |
| IMPAX LABORATORIES, INC., | ) | (Consolidated) |
| Defendant. | ) ) ) | |

## FINAL PRETRIAL ORDER

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ENDO PHARMACEUTICALS INC. and PENWEST PHARMACEUTICALS CO., ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) ) | Civ. A. Nos.  09-cv-831-KSH-PS  09-cv-832-KSH-PS  09-cv-833-KSH-PS |
| IMPAX LABORATORIES, INC., ) ) | (Consolidated) |
| Defendant. ) ) | |

### FINAL PRETRIAL ORDER

The following Final Pretrial Order as agreed upon by Plaintiffs, Endo

Pharmaceuticals, Inc. ("Endo") and Penwest Pharmaceuticals Co. ("Penwest"), and Defendant

Impax Laboratories, Inc. ("Impax") (collectively, the "Parties") is hereby approved and entered.

3.    **STIPULATION OF FACTS (Set forth in numbered paragraphs all uncontested facts, including all answers to INTERROGATORIES and admission to which the Parties agree.)**

The parties hereby stipulate to the following facts:

### Parties

(1)    Endo Pharmaceuticals Inc. ("Endo") is a Delaware corporation, having its principal place of business at 100 Endo Boulevard, Chadds Ford, Pennsylvania 19317.

(2)    Penwest Pharmaceuticals Co. ("Penwest") is a Washington corporation, having its principal place of business at 2981 Route 22, Patterson, New York  12563.

(3)    Defendant Impax Laboratories, Inc. ("Impax") is a Delaware corporation, having its principal place of business at 30831 Huntwood Avenue, Hayward, California 94544.

### Patents-in-Suit

(4)    U.S. Patent No. 5,662,933 ("the '933 patent") is entitled "Controlled Release Formulation (Albuterol)" and issued on September 2, 1997 to Edward Mendell Co., Inc., as assignee. The '933 patent issued from U.S. Application Ser. No. 08/553,008, which was filed on November 3, 1995.

(5)    U.S. Patent No. 5,958,456 ("the '456 patent") is entitled "Controlled Release Formulation (Albuterol)" and issued on September 28, 1999 to Edward Mendell Co., Inc., as assignee. The '456 patent issued from U.S. Ser. No. 08/886,496, which is a continuation of U.S. Ser. No. 08/553,008, filed November 3, 1995, now the '933 patent.

(6)    The '933 and '456 patents share the same specification, except for the claims.

(7)    Edward Mendell Co., Inc. was renamed Penwest Pharmaceuticals Co. on October 20, 1997.

(8)    Penwest is the assignee and owner of the '933 patent and the '456 patent.

-7-

(9)     A person of ordinary skill in the art to which the patents in suit pertain is someone with an advanced degree (at least a Masters or higher degree, or its equivalent) in the pharmaceutical sciences, with at least two or three years of experience in pharmaceutical formulation and development or a related practice area.

**Plaintiffs' OPANA® ER Product**

(10)     On June 22, 2006, the United States Food and Drug Administration (the "FDA") approved Endo's new drug application No. 21-610 for OPANA® ER tablets, which contain oxymorphone hydrochloride, under § 505(b) of the Federal Food, Drug and Cosmetic Act, 21 U.S.C. § 355(b), for the relief of moderate-to-severe pain in patients requiring continuous, around-the-clock opioid treatment for an extended period of time.

(11)     On October 2, 2007, Endo submitted information regarding U.S. Patent No. 7,276,250 ("the '250 patent") to the FDA for listing in the Orange Book, with respect to OPANA®ER tablets.

(12)     On October 17, 2007, Endo submitted information regarding the '933 patent and the '456 patent to the FDA for listing in its publication, the *Approved Drug Products with Therapeutic Equivalence Evaluations* (referred to as the "Orange Book"), with respect to OPANA®ER tablets.  The FDA thereafter listed these patents in the Orange Book with respect to OPANA® ER tablets, pursuant to 21 C.F.R. § 314.53(e).

(13)     The FDA thereafter listed these patents in the Orange Book with respect to OPANA® ER tablets, pursuant to 21 C.F.R. § 314.53(e).

(14)     Endo markets and sells OPANA®ER.

- 8 -

## Impax's ANDA

(15)    Impax submitted ANDA No. 79-087 ("Impax ANDA") to the FDA seeking

approval to market generic oxymorphone hydrochloride extended-release tablets in a 40 mg

strength.

(16)    Impax submitted a major amendment to the Impax ANDA seeking approval to

market its proposed oxymorphone hydrochloride extended-release tablets in 5 mg, 10 mg, and 20

mg strengths.

(17)    Impax's ANDA included a certification to the FDA, pursuant to 21 U.S.C.

§355(j)(2)(A)(vii)(IV) ("Paragraph IV certification"), that the '933, '456, and '250 patents are

invalid, unenforceable or would not be infringed by the manufacture, use or sale of proposed

oxymorphone hydrochloride extended-release tablets.

(18)    On November 15, 2007, Plaintiffs filed Civil Action No. 07-731 against Impax in

the U.S. District Court for the District of Delaware.  This suit was captioned *Endo*

*Pharmaceuticals Inc. and Penwest Pharmaceuticals Co. v. Impax Laboratories, Inc.*, C.A. 07-731

(GMS) ("First Impax Suit").  The Complaint alleged that Impax's proposed oxymorphone

products would infringe the '933 and '456 patents.

(19)    On December 12, 2007, the FDA advised Impax that its ANDA "has been deemed

acceptable for filing and substantive review by the FDA as of November 23, 2007."

(20)    On December 14, 2007, Plaintiffs received a Paragraph IV Notice from Impax,

stating that it had submitted ANDA No. 79-087 seeking approval to manufacture, use, or sell

generic oxymorphone hydrochloride extended-release tablets prior to the expiration of the '933

and '456 patents and that the '933 and '456 patent would not be infringed.

(21)    On January 25, 2008, Plaintiffs filed Civil Action No. 08-057 against Impax in the

District of Delaware.  This suit was captioned *Endo Pharmaceuticals Inc. and Penwest*

-9-

*Pharmaceuticals Co. v. Impax Laboratories, Inc.*, C.A. 08-057 (GMS) ("Second Impax Suit"). The Complaint alleged that Impax's proposed extended release oxymorphone hydrochloride tablets would infringe the '933 and '456 patents.

(22)     Impax submitted a major amendment to the Impax ANDA on June 12, 2008, seeking approval to market its proposed oxymorphone hydrochloride extended-release tablets in 7.5 mg, 15 mg, and 30 mg strengths.

(23)     On July 25, 2008, Plaintiffs filed Civil Action No. 08-463 against Impax in the District of Delaware. This suit was captioned *Endo Pharmaceuticals Inc. and Penwest Pharmaceuticals Co. v. Impax Laboratories, Inc.*, C.A. 08-463 (GMS). The Complaint alleged that all dosage strengths of Impax's proposed extended release oxymorphone hydrochloride tablets would infringe the claims of the '933 and '456 patents.

(24)     On December 29, 2008, the Honorable Gregory M. Sleet, Chief Judge for the U.S. District Court for the District of Delaware, presiding over Civil Action Nos. 07-731, 08-057, and 08-463 (collectively, "Impax Litigations"), reassigned the Impax Litigations to the Honorable Katharine S. Hayden in the U.S. District Court for the District of New Jersey.

(25)     By Order dated February 24, 2009, Judge Sleet transferred the three Impax Litigations from the District of Delaware to the District of New Jersey. Those three actions were assigned Civil Action Nos. 09-cv-831, -832 and -833. By Stipulated Order dated March 20, 2009, the three actions were consolidated for all purposes.

### Undisputed Facts Relating to the Impax ANDA Product

(26)     Plaintiffs assert that the Impax's proposed extended release oxymorphone hydrochloride tablets, which are the subject of the Impax ANDA ("Impax ANDA Tablets" or "Impax ANDA Product"), infringe claims 1-3, 5, and 7 of the '456 patent and claims 1-3, 5, 7, 8, 10, 35-43, and 48 of the '933 patent under 35 U.S.C. § 271(e)(2)(A).

(4)     The '933 patent issued from U.S. Application Ser. No. 08/553,008, and is entitled to claim priority back to U.S. Application Ser. No. 08/118,924, filed on September 9, 1993, and now U.S. Pat. No. 5,455,046.

(5)     As originally filed, U.S. Application Ser. No. 08/553,008 included claims that correspond verbatim to the claims that issued as claims 35 – 43 and 46 – 48 of the '933 patent.

(6)     The '456 patent is entitled to claim priority back to U.S. Application Ser. No. 08/118,924, filed on September 9, 1993, and now U.S. Pat. No. 5,455,046.

(7)     The '933 and '456 patents relate to controlled release formulations for orally administered drugs.

(8)     Endo is the exclusive licensee of the patents-in-suit in the relevant field of use pursuant to the strategic alliance agreement with Penwest.

(9)     The '933 patent is not scheduled to expire until September 9, 2013.

(10)    The '456 patent is not scheduled to expire until September 9, 2013.

(11)    Independent of any patent protection, Plaintiffs were entitled to regulatory exclusivity to manufacture and sell OPANA® ER through June 22, 2009, pursuant to 21 U.S.C. § 355(c)(3)(E)(iii)-(iv).

### Impax's Bad Faith Service of Paragraph IV Notices

(12)    Impax first submitted its ANDA for filing in June 2007.

(13)    On September 19, 2007, the FDA sent Impax a letter acknowledging receipt of the Impax ANDA for the 40 mg strength ("Acknowledgment Letter").

(14)    On September 26, 2007, the FDA sent Impax another letter rescinding the Acknowledgment Letter and issued a "refusal to file" letter.  In its letter, the FDA stated that the Impax ANDA was "not sufficiently complete to merit a critical technical review."

- 14 -

5.    **FACT WITNESSES: (Aside from those called for impeachment purpose, only the fact witnesses set forth by name and address may testify at trial. No summary of testimony is necessary.)**

The Parties reserve the right to call: (1) additional witnesses whose testimony is necessary to establish authenticity or admissibility of any trial exhibit if the admissibility of that exhibit is challenged by any party; (2) additional witnesses to respond to issues raised by the Court's claim construction, pretrial or trial rulings, or to issues raised after the submission of this witness list, such as testimony of witnesses who have not yet been deposed; and (3) any witness listed by the other party. Holding: Any additional fact witnesses to be presented in a party's case-in-chief shall be identified on a supplemental list no later than April 15, 2010. Otherwise, the fact witness lists are closed

A.    **Plaintiffs:**

Plaintiffs further reserve their rights to the additional extent that Impax is allowed to reserve its rights as set forth below.

| Name | Address |
|---|---|
| Anand Baichwal | Penwest Pharmaceuticals Co.<br>2981 Route 22<br>Patterson, NY 12563 |
| Demir Bingol | Senior Product Director, Opana<br>Endo Pharmaceuticals, Inc.<br>100 Endo Boulevard<br>Chadds Ford, PA 19317 |
| Ted Burnell | 1221 Worthington St., Chattanooga, TN 37405 |
| Don Diehl | 7 Bauer Rd, New Fairfield, CT 06812-2724 |
| Huai-Hung Kao | 137 Colony Lane, Syossett, NY 11791 |
| Steve Labudzinski | 77 Albany St, Poughkeepsie, NY 12601 |
| David Lee | 102 Kelly Drive<br>Chadds Ford, PA 19317 |
| Troy McCall | Premier Research Group plc<br>1800 Parkway Place, Suite 820<br>Marietta, GA 30067 |
| Mike Nagel | c/o JRS Pharma, 2981 Route 22, Suite 1, Patterson, NY 12563-2359 |

- 161 -

| Name | Address |
|------|---------|
| Richard Ting | 2145 Watercress Place, San Ramon, CA |
| Mark Shaw | 30831 Huntwood Avenue, Hayward, CA 94544 |
| Ching-Wah (Ken) Chong | 39078 Guardino Dr., Apt 203, Freemont, CA 94538 |
| Lee Siew | 8888 Bellina Commons, Dublin, CA 94568 |
| Theodore Smolenski | 16 Penn Oak Ct, Lafayette Hill, PA 19444 |

*Plaintiff may call witnesses to address the standing of Endo*

### B.  Impax:

In addition to the reservation of rights set forth above, Impax reserves the right to call any witness live for impeachment purposes, and the right to supplement or amend its witness list. Impax reserves the right to call fact witnesses by deposition, pursuant to section VII of the Pretrial Order. Impax reserves any and all applicable objections to any fact witness plaintiffs intend to call by deposition only. *Holding: see Page 101*

| Name | Address |
|------|---------|
| Anand Baichwal | Penwest Pharmaceuticals Co.<br>2981 Route 22<br>Patterson, NY  12563 |
| Troy McCall | Premier Research Group plc<br>1800 Parkway Place, Suite 820<br>Marietta, GA  30067 |
| Richard Ting | 30831 Huntwood Avenue, Hayward, CA 94544 |
| Mark Shaw | 30831 Huntwood Avenue, Hayward, CA 94544 |
| Ching-Wah (Ken) Chong | 30831 Huntwood Avenue, Hayward, CA 94544 |
| Lee Siew | 30831 Huntwood Avenue, Hayward, CA 94544 |
| Theodore Smolenski | 3735 Castor Avenue, Philadelphia, PA 19124 |

6.   **EXPERT WITNESSES:   (No expert shall be permitted to testify at trial unless identified below by name and address and unless the expert's curriculum vitae and report are attached hereto. An expert's qualifications may not be questioned unless the basis therefor is set forth herein)**[*]  *The reports shall be retained in Chambers file*

Copies of the Reports of the expert witnesses below for each party are being submitted to

the Court in conjunction herewith.

A.   Plaintiff:

| Name | Address |
|---|---|
| Terrence Blaschke, M.D. | Division of Clinical Pharmacology, Room S-009, Stanford University Medical Center, Stanford, CA 94305-5130 |
| Reza Fassihi, PhD | Temple University, School of Pharmacy, 3307 N. Broad Street, Philadelphia, PA 19140 |
| Anthony Lowman, PhD | Drexel University, College of Engineering, 3141 Chestnut Street, Philadelphia, PA 19104 |
| Stephen Levine | Emerson Resources, Inc., 600 Markley St., Norristown, PA 19401 |
| Edgar L. Ross, M.D. | Brigham and Women's Hospital, Pain Management Center, 850 Boylston Street, Suite 320, Chestnut Hill, MA 02467 |
| John Russell, M.S. | 150 Tuscany Drive, Middletown, DE 19709 |

B.   **Impax's objections to Plaintiff's expert qualifications:**  None.

C.   **Impax:**

| Name | Address |
|---|---|
| Harry C. Boghigian | 23850 Via Italia Circle, Bonita Springs, FL 34134 |
| Edmund J. Elder, Ph.D, R.Ph. | University of Wisconsin-Madison, School of Pharmacy, Rennebohm Hall, 777 Highland Ave, Madison, WI 53705 |

---

[*]   If the Parties stipulate to an expert's qualifications there is no need to attach a curriculum vitae. In any event, however, the expert's report must be attached.

| Name | Address |
|---|---|
| Charles E. McCulloch, Ph.D. | Professor and Head, Division of Biostatistics, UCSF Box 0560, 185 Berry Street, Lobby 5, Suite 5700, San Francisco, CA 94107-1762 |
| Michael L. Weinberger, M.D. | Division of Pain Medicine, Department of Anesthesiology, Columbia University Medical Center, PH 500 East, 622 West 168th Street, New York, NY 10032 |
| Danny D. Shen, Ph.D. | Department of Pharmacy, University of Washington, 1959 NE Pacific St., Health Sciences Building, Room H-375X, Seattle, WA 98195-7630 |

D.    **Plaintiff's objections to Impax's expert qualifications:**  None.

*JOINT REPLACEMENT*
*EXHIBIT*
*OBJECTIONS*
*#5*
*(IMPAX)*

8.   **EXHIBITS (Except for exhibits the need for which could not reasonab**
**foreseen or which are used solely for impeachment purposes, only the e**
**forth on the exhibit list attached hereto may be introduced at trial. Obj**
**authenticity are deemed waived unless such objections are set forth).** *

The parties reserve the right to use any exhibits identified on any other party's Trial

Exhibit List.  The parties reserve their rights to object to any documents on any Trial Exhibit List

as to all grounds other than authenticity.  By including a document on their Trial Exhibit Lists,

the Parties do not admit that the document is relevant or admissible, and the Parties reserve the

right to object to the admissibility of any document on their Trial Exhibit List.

A.   **Plaintiffs:**    *See* Plaintiffs' Trial Exhibit List attached hereto as Ex. A. .

B.   **Impax's objections to authenticity:**  Pursuant to Rule 901 of the Federal Rules

of Evidence, Impax objects to the authenticity of PX-0340.  Impax reserves its right to object to

plaintiffs' exhibits on all other available grounds, or on the basis of any later-identified issue of

authenticity.

C.   **Impax:**    *See* Impax's Exhibit List attached hereto as Ex. B.

D.   **Plaintiff's objections to authenticity:**  Pursuant to Rule 901 of the Federal Rules

of Evidence, plaintiffs object to the authenticity of the following documents listed on Impax's

Trial Exhibit List: DTX-0343, DTX-0349; DTX-0358; DTX-0580, DTX-0582, DTX-0717,

DTX-0730, and DTX-0740-44.  Plaintiffs object to the authenticity of the following documents

listed on Impax's Trial Exhibit List, only as to the handwriting on the documents:  DTX-0043,

DTX-0363, DTX-0404, DTX-0461, DTX-0539, DTX-0571, DTX-0581, and DTX-0583-86.

---

* The exhibit lists should follow this page.

AMENDMENTS TO THIS PRETRIAL ORDER SHALL NOT BE PERMITTED UNLESS THE COURT DETERMINES THAT MANIFEST INJUSTICE WOULD RESULT IF THE AMENDMENT IS DISALLOWED. THE COURT MAY FROM TIME TO TIME SCHEDULE CONFERENCES AS MAY BE REQUIRED EITHER ON ITS OWN MOTION OR AT THE REQUEST OF COUNSEL.

/s/  Robert D. Rhoad
Robert D. Rhoad
902 Carnegie Center, Suite 500
Princeton, NJ 08540-6531
(609) 955-3200
robert.rhoad@dechert.com
*Attorneys for Plaintiffs Endo Pharmaceuticals*
*Inc. and Penwest Pharmaceuticals Co.*

/s/  Melissa E. Flax
James E. Cecchi
Melissa E. Flax
G. Glennon Troublefield
CARELLA, BYRNE, CECCHI, OLSTEIN,
BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ 07068
(973) 994-1700
Attorneys for Defendant
Impax Laboratories, Inc.

Sordered this 8th day of March, 2010

HON. PATTY SHWARTZ
United States Magistrate Judge

- 111 -