# EXHIBIT 52



NEWS SEARCH

**09.12.2013 | Investors**

Actavis Launches Generic Version of Opana® ER

PARSIPPANY, N.J., Sept. 12, 2013 /PRNewswire/ -- Actavis, Inc. (NYSE: ACT) today announced that it has launched Oxymorphone Hydrochloride Extended-release Tablets, 5 mg, 10 mg, 20 mg, 30 mg and 40 mg.

Actavis' ANDA product is the generic equivalent to the previously marketed formulation of Endo Health Solutions' Opana® ER, which was voluntarily withdrawn from sale in 2012. Actavis previously received approval for, and is currently marketing, Oxymorphone Hydrochloride Extended-release Tablets 7.5 mg and 15 mg. Actavis is currently a defendant in a lawsuit filed by Endo alleging that Actavis' Oxymorphone Hydrochloride Extended-release product infringes certain of Endo's patents.

Opana® ER is an opioid agonist indicated for the relief of moderate to severe pain in patients requiring continuous around-the-clock opioid treatment for an extended period of time.

About Actavis

Actavis, Inc. (NYSE: ACT) is a global, integrated specialty pharmaceutical company focused on developing, manufacturing and distributing generic, brand and biosimilar products. Actavis has global headquarters in Parsippany, New Jersey, USA.

Operating as Actavis Pharma, Actavis markets generic, branded generic, legacy brands and Over-the-Counter (OTC) products in more than 60 countries. Actavis Specialty Brands is Actavis' global branded specialty pharmaceutical business focused in the Urology and Women's Health therapeutic categories. Actavis Specialty Brands also has a portfolio of five biosimilar products in development in Women's Health and Oncology. Actavis Global Operations has more than 30 manufacturing and distribution facilities around the world, and includes Anda, Inc., a U.S. pharmaceutical product distributor.

For press release and other company information, visit Actavis' Web site at http://www.actavis.com.

Forward-Looking Statement



Statements contained in this press release that refer to non-historical facts are forward-looking statements that reflect Actavis' current perspective of existing information as of the date of this release. It is important to note that Actavis' goals and expectations are not predictions of actual performance. Actual results may differ materially from Actavis' current expectations depending upon a number of factors, risks and uncertainties affecting Actavis' business. These factors include, among others, the difficulty of predicting the timing and outcome of the pending patent litigation and the possibility that an adverse outcome in such litigation could render Actavis liable for substantial damages; the impact of competitive products and pricing; the timing and success of product launches; difficulties or delays in manufacturing; the availability and pricing of third party sourced products and materials; successful compliance with FDA and other governmental regulations applicable to Actavis and its third party manufacturers' facilities, products and/or businesses; changes in the laws and regulations, including Medicare and Medicaid, affecting among other things, pricing and reimbursement of pharmaceutical products; and such other risks and uncertainties detailed in Actavis' periodic public filings with the Securities and Exchange Commission, including but not limited to Actavis' Quarterly Report on Form 10-Q for the quarter ended June 30, 2013 and Actavis' Annual Report on Form 10-K for the year ended December 31, 2012.  Except as expressly required by law, Actavis disclaims any intent or obligation to update these forward-looking statements.

Opana® is a registered trademark of Endo Pharmaceuticals, Inc.

CONTACTS: Investors:
Lisa DeFrancesco
(862) 261-7152

Media:
Charlie Mayr
(862) 261-8030

(Logo: http://photos.prnewswire.com/p... )

SOURCE Actavis, Inc.


MEDIA CONTACTS

Amy Rose
Global Corporate Media Relations
+1 (862) 289 3072
amy.rose@allergan.com


Lisa Brown
Global Corporate Media Relations
+1 (862) 261 7320

lisa.brown@allergan.com

Fran DeSena
U.S. Product Media Relations
+1 (862) 261 8820
frances.desena@allergan.com

Mark Marmur
International Communications & Public Relations
+44 7725 758677
mark.marmur@allergan.com

For local media contacts in other countries, please visit the relevant country website.

Investor relations:

Karina Calzadilla
Investor Relations
+1 (862) 261 7488
investorrelations@allergan.com

GLOBAL

COMPLIANCE    TERMS    PRIVACY    SITEMAP

© ALLERGAN 2018