**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE OPANA ER ANTITRUST LITIGATION | MDL No. 2580 |
| | Lead Case No. 14-cv-10150 |
| THIS DOCUMENT RELATES TO: | Hon. Harry D. Leinenweber |
| All Actions | **FILED UNDER SEAL** |
| | **PUBLIC VERSION** |

**DECLARATION OF JOHN P. MCCLAM IN SUPPORT OF DEFENDANTS'
MEMORANDUM OF LAW IN SUPPORT OF MOTION TO EXCLUDE
THE OPINIONS AND PROPOSED TESTIMONY OF LUIS A. MOLINA**

JOHN P. MCCLAM declares pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney at the law firm of Dechert LLP, attorneys for Defendants Endo Pharmaceuticals Inc., Endo Health Solutions Inc., Penwest Pharmaceuticals Co. (collectively "Endo"). I submit this Declaration in support of the Defendants' Memorandum of Law in Support of Their Motion to Exclude the Opinions and Proposed Testimony of Luis A. Molina, submitted by Endo and Impax Pharmaceuticals, Inc. by and through their respective counsel. I have personal knowledge of the facts asserted herein and could testify to those facts if called to do so.

2. Attached as Exhibit 1 is a true and correct copy of ENDO-OPANA-000009311, the Declaration of Tara Chapman in Support of Plaintiff's Motion for a Preliminary Injunction in *Endo Pharmaceuticals, Inc. v. U.S. Food & Drug Administration*, 12-cv-01936, ECF No. 5-6, dated November 30, 2012.

3. Attached as Exhibit 2 is a true and correct copy of EPI001691550, an email from Endo to Pamela Politis regarding Endo's acquisition of Penwest Pharmaceutical and NDA for Reformulated Opana ER.

1

4. Attached as Exhibit 3 is a true and correct copy of END00315523, an email from Tara Chapman to Ivan Gergel regarding FDA approval of Reformulated Opana ER.

5. Attached as Exhibit 4 is a true and correct copy of EPI001312978, a May 10, 2013 Letter from the Food and Drug Administration regarding Endo's August 13, 2012 Citizen Petition.

6. Attached as Exhibit 5 is a true and correct copy of EPI002463630, a letter from Dan Rudio regarding the Impax settlement payment.

7. Attached as Exhibit 6 is a true and correct copy of an excerpt of the transcript of the February 7, 2018 Deposition of Tara N. Chapman.

8. Attached as Exhibit 7 is a true and correct copy of EPI000027305, an email from Tara Chapman to Mary Ann Holovac regarding Endo's request to move Opana ER to the Orange Book discontinued list, dated May 31, 2012.

9. Attached as Exhibit 8 is a true and correct copy of EPI002267578, an email from Robert Barrett to Demir Bingol regarding Greenland update, dated May 30, 2008.

10. Attached as Exhibit 9 is a true and correct copy of the Center for Drug Evaluation and Research "Office Director Memo."

11. Attached as Exhibit 10 is a true and correct copy of Endo_OpanaAT00000001, the Settlement and License Agreement between Endo and Impax.

12. Attached as Exhibit 11 is a true and correct copy of EPI000977725, an email from Alicia Logan to Mahen Gundecha regarding Original Opana ER Authorized Generic.

13. Attached as Exhibit 12 is a true and correct copy of the Expert Report of Luis Molina, dated March 25, 2019, that includes Exhibit A to the Molina Report.

14. Attached as Exhibit 13 is a true and correct copy of an excerpt of the transcript of the June 11, 2019 Deposition of Luis Molina.

15. Attached as Exhibit 14 is a true and correct copy of EPI000754087, a Complaint for Mandatory, Declatory, and Injunctive Relief, filed in *Endo Pharmaceuticals, Inc. v. U.S. Food & Drug Administration*, 12-cv-01936, ECF No. 1, dated November 30, 2012.

16. Attached as Exhibit 15 is a true and correct copy of an excerpt of the transcript of the November 19, 2019 Deposition of Luis Molina.

17. Attached as Exhibit 16 is a true and correct copy of the Rebuttal Expert Report of Luis Molina, dated November 5, 2019, without exhibits.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 15, 2020.  /s/ *John P. McClam*
John P. McClam, Esq.