UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE OPANA ER ANTITRUST LITIGATION | MDL No. 2580 |
| | Lead Case No. 14-cv-10150 |
| THIS DOCUMENT RELATES TO: | Hon. Harry D. Leinenweber |
| All Actions | **PUBLIC VERSION** |

**DECLARATION OF ANDREW C. CURLEY IN SUPPORT
OF REPLIES IN SUPPORT PLAINTIFFS' MOTIONS
TO EXCLUDE VARIOUS EXPERT OPINIONS**

I, Andrew C. Curley, subject to the penalties of perjury, do hereby declare that I am a shareholder in the law firm Berger Montague PC, counsel for Direct Purchaser Class Plaintiffs. I am admitted to practice law in the Commonwealth of Pennsylvania. I am admitted *pro hac vice* in this matter. I submit this declaration in support of Plaintiffs' replies in support of (a) Plaintiffs' Daubert Motion to Exclude Certain Expert Opinions Concerning Patents and Lawsuits That Post-Date the Challenged Reverse Payment Agreement; (b) Plaintiffs' Daubert Motion to Exclude One of the Opinions of Dr. Reza Fassihi; (c) Plaintiffs' Daubert Motion to Exclude Certain Opinions of Dr. Sumanth Addanki; (d) Plaintiffs' Daubert Motion to Exclude the Expert Opinions of Dr. Jody L. Green; and (e) Plaintiffs' Daubert Motion to Exclude the Expert Opinion of Dr. Louis Berneman Regarding "Fair Value."

1. Attached as Exhibit 91 is a true and correct copy of Defendants' Notice of Joint Motion, Joint Motion, and Memorandum of Points and Authorities in Support of Joint Motion to Dismiss Plaintiffs' Complaints filed in *In re Lidoderm Antitrust Litigation*, MDL Docket No. 14-md-02521-WHO on July 28, 2014, ECF No. 95.

2. Attached as Exhibit 92 is a true and correct copy of *Negotiators are Born and Bred: Berneman's 10 Rules for Principled Negotiation* by Louis Berneman, dated June 28, 2017.

3. Attached as Exhibit 93 is a true and correct copy of Civil Docket Sheet for *Cephalon, Inc. v. Mylan Pharmaceutical, et al.*, Docket No. 2:03-cv-01394 in the District of New Jersey.

4. Attached as Exhibit 94 is a true and correct copy of excerpts of the October 24, 2019 deposition transcript of Reza Fassihi.

5. Attached as Exhibit 95 is a true and correct copy an Order dated June 6, 2017 and executed by the Honorable Mitchell S. Goldberg in *Apotex, Inc., v. Cephalon, Inc., et al.,* Docket No. 2:06-cv-2768 in the Eastern District of Pennsylvania.

6. Attached as Exhibit 96 is a true and correct copy of an excerpt of the transcript of the June 27, 2019 deposition of John R. Tupman.

7. Attached as Exhibit 97 is a true and correct copy of the Financial Accounting Standard Board, Statement No. 157.

8. Attached as Exhibit 98 is a true and correct copy of an excerpt of the transcript of the October 8, 2019 deposition of Jody Lynn Green.

I declare under penalty of perjury that the foregoing is true and accurate. Executed this 4th day of August 2020 at Wynnewood, Pennsylvania.

                                                  */s/ Andrew C. Curley*
                                                  Andrew C. Curley

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 4, 2020, a true copy of the foregoing was filed with the Clerk of Court under seal by ECF and served on counsel of record in this action via an emailed ShareFile link.

                                                      /s/ Andrew C. Curley
                                                        Andrew C. Curley