# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Opana ER Antitrust Litigation, et al.

                                  Plaintiff,

v.                                                           Case No.: 1:14−cv−10150
                                                                             Honorable Harry D. Leinenweber

Impax Laboratories, Inc., et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 22, 2020:

      MINUTE entry before the Honorable Harry D. Leinenweber: Plaintiffs' motion for a revised schedule [709] is granted. Pretrial conference set for 6/3/21 is re−set to 10/26/21 at 10:30 a.m. Jury trial set for 6/7/21 is re−set to 11/1/21 at 10:00 a.m. Pretrial order is due 14 days prior to trial. Motions in limine due 28 days prior to trial. Telephone conference set for 3/2/21 at 9:45 a.m. Parties are instructed to dial: 888−684−8852 or 215−446−0155, access code: 9582710#. Security code (if asked): 8115. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.