UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE OPANA ER ANTITRUST LITIGATION | MDL No. 2580 |
| | Lead Case No. 14-cv-10150 |
| THIS DOCUMENT RELATES TO: | Hon. Harry D. Leinenweber |
| Direct Purchaser Actions | |

**ORDER GRANTING DIRECT PURCHASER CLASS
PLAINTIFFS' MOTION TO APPROVE THE FORM AND MANNER OF
NOTICE TO THE DIRECT PURCHASER CLASS**

WHEREAS, on June 4, 2021, the Court granted Direct Purchaser Class Plaintiffs' Motion for Class Certification under Fed. R. Civ. P. 23(b)(3) (ECF No. 726) (the "Class Certification Order");

WHEREAS the following class (the "Class" or "Direct Purchaser Class") has been certified under Fed. R. Civ. P. 23(b)(3):

> All persons or entities in the U.S. and its territories, including Puerto Rico, who purchased brand or generic Opana ER 5, 10, 20, 30, and/or 40 mg tablets directly from Defendants[1] at any time during the period from April 1, 2011 until August 31, 2017 (the "Class"). Excluded from the Class are the Defendants and their officers, directors, management, employees, subsidiaries, or affiliates, and all federal governmental entities.

WHEREAS, Direct Purchaser Class Plaintiffs have filed a Motion to Approve the Form and Manner of Notice to the Direct Purchaser Class requesting that the Court approve Direct Purchaser Class Plaintiffs' proposed form and manner of notice to the Direct Purchaser Class informing them of the pendency of this class action and appoint RG/2 Claims Administration

---

[1] "Defendants" are Endo Health Solutions Inc., Endo Pharmaceuticals Inc., Penwest Pharmaceuticals Co. (collectively, "Endo"), and Impax Laboratories, Inc. ("Impax").

LLC ("RG/2") as the notice administrator tasked with providing notice to each Direct Purchaser Class member;

NOW THEREFORE, the Court hereby ORDERS that:

1. The Court appoints RG/2 to serve as the Notice Administrator for the Direct Purchaser Class and to assist Lead Counsel in disseminating the Notice. All expenses incurred by the Notice Administrator must be reasonable and are subject to Court approval.

2. The proposed notice program (U.S. First-Class mail) and proposed Notice (attached as Exhibit 1 to Direct Purchaser Class Plaintiffs' Motion to Approve the Form and Manner of Notice to the Direct Purchaser Class) (the "Notice") constitute the best notice to members of the Direct Purchaser Class that is practicable under the circumstances, comply in all respects with the requirements of Fed. R. Civ. P. 23(c)(2), and are in the interest of judicial economy and justice.

3. The proposed Notice satisfies the requirements of Rule 23(c)(2) and due process, is otherwise fair and reasonable, and therefore is approved.

4. Lead Counsel for the Class, Berger Montague PC and Garwin Gerstein & Fisher, LLP, shall cause the Notice substantially in the form submitted to be disseminated by the Notice Administrator within 14 days following the date of this Order via U.S. First Class mail to the last known address of each Direct Purchaser Class member. Lead Counsel will work with the Notice Administrator to verify the addresses used for this mailing, and, if any of the Notices are returned as undeliverable, the Notice Administrator shall make any necessary follow-up efforts to send the Notice to the relevant Class members.

5. Members of the Direct Purchaser Class may request exclusion from the Direct Purchaser Class in writing postmarked no later than 45 days after the date the Notice is mailed to

each member of the Class, which deadline shall be set forth in the Notice. Lead Counsel or their designee shall monitor and record any and all opt-out requests that are received.

6. No later than sixty-five (65) days after the date the Notice is mailed, the Notice Administrator shall file a declaration summarizing the notice administration process, including whether any mailed Notices were returned as undeliverable and identifying the Direct Purchaser Class members, if any, who have requested to be excluded from the Direct Purchaser Class.

**IT IS SO ORDERED.**

Dated: September 23, 2021                BY THE COURT:

Honorable Harry D. Leinenweber
United States District Court Judge