IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: OPANA ER ANTITRUST LITIGATION<br><br>THIS DOCUMENTS RELATES TO:<br>All Actions | MDL No. 2580<br>Lead Case No. 14-cv-10150<br><br>Hon. Harry D. Leinenweber |

## NOTICE OF FIRM NAME CHANGE

TO: All Counsel of Record

PLEASE TAKE NOTICE that the law firm of WEXLER WALLACE LLP has changed its name to WEXLER BOLEY & ELGERSMA LLP. The URL for the firm's website has changed to www.wbe-llp.com.

The mailing address, telephone and facsimile numbers remain the same and are as follows:

WEXLER BOLEY & ELGERSMA LLP
55 W. Monroe Street, Suite 3300
Chicago, Illinois 60603
(312) 346-2222 – Telephone
(312) 346-0022 – Facsimile
www.wbe-llp.com

Dated: November 3, 2021       By: /s/ Justin N. Boley
                                                    WEXLER BOLEY & ELGERSMA LLP
                                                    55 W. Monroe Street, Suite 3300
                                                    Chicago, IL  60603
                                                    (312) 346-2222 – Telephone
                                                    (312) 346-0022 – Facsimile
                                                    jnb@wbe-llp.com

                                                    *Attorney for Plaintiffs*