# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Opana ER Antitrust Litigation, et al.

                        Plaintiff,

v.                                                   Case No.: 1:14–cv–10150
                                                         Honorable Harry D. Leinenweber

Impax Laboratories, Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 23, 2021:

      MINUTE entry before the Honorable Harry D. Leinenweber: Defendants' motions [757] and [759] will be heard via Telephone Conference set for 12/2/2021 at 9:45 AM. Dial: 888–684–8852 or 215–446–0155, access code: 9582710#. Security code (if asked): 8115. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.