# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Opana ER Antitrust Litigation, et al.

                      Plaintiff,

v.                                    Case No.: 1:14–cv–10150
                                            Honorable Harry D. Leinenweber

Impax Laboratories, Inc., et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 10, 2022:

    MINUTE entry before the Honorable Harry D. Leinenweber: Telephonic status hearing held and continued to 5/16/22 at 11:00 a.m. Dial: 888–684–8852 or 215–446–0155, access code: 9582710#. Mailed (maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.