## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| ) | |
| ) | Case No: 14 C 10150 |
| 14-cv-10150 In Re: Opana ER Antitrust Litigation) | |
| ) | Judge: Harry D. Leinenweber |
| ) | |
| ) | |
| ) | |

## **ORDER**

Pro hac vice motion is granted [871].

Date: 5/19/22                              /s/ Judge Harry D. Leinenweber