**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

|  |  |
|---|---|
| ) | |
| ) | Case No: 14 C 10150 |
| 14-cv-10150 In Re: Opana ER Antitrust Litigation) | |
| ) | Judge: Harry D. Leinenweber |
| ) | |
| ) | |
| ) | |

**ORDER**

Telephonic status hearing held. The Court does not have a problem with daily rapid testing for witnesses who will be traveling and entering the courtroom for less than two days, but the Court defers to the COVID-19 protocols established by the Dirksen Courthouse and will seek further clarification on alternative testing. The parties are directed to meet and confer regarding the estimated length of openings and be ready to provide this information to this Court at the pretrial conference. Plaintiffs' oral motion to be permitted to show video testimony of available defense witnesses is entered and continued until the pretrial conference. Telephonic final pretrial conference set for 6/2/22 at 10:00 a.m. is re-set to 6/2/22 at 1:00 p.m. Dial: 888-684-8852 or 215-446-0155, access code: 9582710#. Pro hac vice motions are granted [878, 879, 908].

(T:00:30)

Date:  5/25/22                                                                                  /s/ Judge Harry D. Leinenweber