UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Opana ER Antitrust Litigation, et al.
                                   Plaintiff,

v.                                              Case No.: 1:14–cv–10150
                                                Honorable Harry D. Leinenweber

Impax Laboratories, Inc., et al.
                                   Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 6, 2022:

      MINUTE entry before the Honorable Harry D. Leinenweber: As set forth during the Pretrial Conference, the Court grants the following pretrial motions in limine: [802], [817], [819], [810]. The Court denies the following pretrial motions in limine: [801], [827] Parts 4 and 5 of [803], [804], [805], [814], [815], [829], [818], [820], [822], [824], [825], [806], [807], [808], Parts A, B, C, and E of [811], [812], [813]. The Court also denies Plaintiff's oral motion in limine to use deposition testimony even if the witness is available. The Court grants in part and denies in part the following motions: Part 6 + 10 of [803]. The Court finds the following motions moot per the parties agreement: Parts 7, 8, 9, and 11 of [803], [831], [809] Part D of [811]. For many of the motions, the Court expects the parties to work together to avoid the concerns raised by the opposing party. The Court will entertain objections at side bar if parties feel that the opposing party is not acting in good faith or has opened the door to additional evidence. Mailed notice (maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.