UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| *IN RE OPANA ER ANTITRUST LITIGATION* <br><br> THIS DOCUMENT RELATES TO: <br><br> *All Actions* | MDL No. 2580 <br><br> Lead Case No. 14-cv-10150 <br> Hon. Harry D. Leinenweber |

**DEFENDANTS' OBJECTION TO DESIGNATIONS TO THE**
**DEPOSITION OF MELISSA FLAX, ESQ.**

Defendants Endo and Impax respectfully submit this bench memorandum regarding their objection to Plaintiffs' intention to play the deposition testimony of Melissa Flax, who was local counsel to Impax in the underlying patent case. Endo and Impax moved *in limine* to preclude such deposition testimony (Dkt. No. 815), and while the Court denied the motion, it indicated that it would potentially hear additional argument on the motion at a later time. Hr'g. Tr. (6/2/2022) at 12-13. The issue is timely because Plaintiffs seek to play this testimony to the jury this week.

Much of the designated testimony consists of questioning of Ms. Flax about whether she was aware of and complied with ethical duties of counsel in connection with the submission of materials to the Court in the underlying Opana ER patent case. To expedite matters, Defendants have offered to stipulate to the admission of several of the exhibits Plaintiffs seek to admit through Ms. Flax's video testimony,[1] with the exception of PTX-1398 (excerpts of the New Jersey Rules of Professional Conduct) and PTX-1399 (a copy of FED. R. CIV. P. 11).

---

[1] PTX-0304 (Impax's Pre-Trial Brief), PTX-0619 (May 20, 2010 letter from Ms. Flax to the Court), PTX-0622 (April 26, 2010 letter from Ms. Flax to the Court), PTX-0668 (Final Pretrial

1

Deposition questioning of Impax's patent litigation counsel about whether she complied with Rule 11, or with the New Jersey Rules of Professional Conduct, does not advance any claim or defense in this case, is a waste of time, and is unduly cumulative of the testimony that Plaintiffs will separately seek to elicit from their patent litigation expert, Glen Belvis, whenever he testifies. Defendants accordingly respectfully submit that the Court should preclude the disputed Flax deposition testimony.

Dated: June 15, 2022                                                                                           Respectfully submitted,

/s/ George G. Gordon
George G. Gordon (admitted *pro hac vice*)
Julia Chapman (admitted *pro hac vice*)
Thomas J. Miller (admitted *pro hac vice*)
Sharon K. Gagliardi (admitted *pro hac vice*)
**DECHERT LLP**
Cira Centre, 2929 Arch Street
Philadelphia, PA 19104
Tel.: (215) 994-4000
Fax: (215) 994-2222
george.gordon@dechert.com
julia.chapman@dechert.com
thomas.miller@dechert.com
sharon.gagliardi@dechert.com

Robert D. Rhoad (admitted *pro hac vice*)
**DECHERT LLP**
502 Carnegie Center, Suite 104
Princeton, NJ 08540
Tel.: (609) 955-3269
Fax.: (609) 873-9142
robert.rhoad@dechert.com

/s/ Devora W. Allon
Devora W. Allon, P.C. (admitted *pro hac vice*)
Jay P. Lefkowitz, P.C. (admitted *pro hac vice*)
Evelyn Blacklock (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
(212) 446-4800
devora.allon@kirkland.com
lefkowitz@kirkland.com
evelyn.blacklock@kirkland.com

James R.P. Hileman
**KIRKLAND & ELLIS LLP**
300 North LaSalle Street
Chicago, IL 60654
(312) 862-7090
jhileman@kirkland.com

*Counsel for Defendant Impax Laboratories, Inc.*

---

Order), PTX-1401(docket sheet from underlying Opana ER patent case), PTX-1403 (May 26, 2010 Order terminating a motion for preliminary injunction and a motion to seal), PTX-1406 (Dec. 29, 2008 Order reassigning case from the District of Delaware to the District of New Jersey), and PTX-1422 (firm profile of Melissa Flax).

Angela Liu
**DECHERT LLP**
35 West Wacker Drive, Suite 3400
Chicago, IL 60601
Tel.: (312) 646-5800
Fax: (312) 646-5858
angela.liu@dechert.com

Heidi K. Hubbard (admitted *pro hac vice*)
Benjamin Greenblum (admitted *pro hac vice*)
Katherine Trefz (admitted *pro hac vice*)
Elise Baumgarten (admitted *pro hac vice*)
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue, SW
Washington, DC 20024
Tel.: (202) 434-5000
Fax: (202) 434-5029
hhubbard@wc.com
bgreenblum@wc.com
ktrefz@wc.com
ebaumgarten@wc.com

*Counsel for Defendants Endo Health Solutions Inc., Endo Pharmaceuticals Inc., and Penwest Pharmaceuticals Co.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2022, I caused to be filed the foregoing document with the United States District Court for the Northern District of Illinois using the CM/ECF system, and caused it to be served on all registered participants via the notice of electronic filing and by emailing a copy of the moving papers to counsel for Plaintiffs.

/s/ Julia Chapman
**DECHERT LLP**
Cira Centre, 2929 Arch Street
Philadelphia, PA 19104
Tel.: (215) 994-4000
Fax: (215) 994-2222
julia.chapman@dechert.com