UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: OPANA ER ANTITRUST LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | MDL DOCKET NO. 2580<br><br>Case No. 1:14-cv-10150<br>Hon. Harry D. Leinenweber |

### PLAINTIFFS' MOTION TO STRIKE AND FOR A CURATIVE INSTRUCTION

On Friday, June 24, Endo played the video deposition of Mollie Carby, an employee of EPP class representative Louisiana Health Service & Indemnity Company, d/b/a Blue Cross and Blue Shield of Louisiana ("BCBSLA"). Despite the Court having sustained EPPs' objection to certain testimony implying that BCBSLA was uninjured because it passed on overcharges to its customers,[1] Endo played that testimony to the jury. In light of this presentation of excluded evidence to the jury, Plaintiffs move to strike the offending testimony and request a curative instruction.[2]

Specifically, Plaintiffs respectfully request that (i) the Court strike lines 138:13-19

---

[1] This testimony is in clear violation of *Hanover Shoe, Inc. v. United Shoe Mach. Corp.*, 392 U.S. 481, 494 (1968) (holding that the defendant "was not entitled to assert a passing-on defense"), which the Court recognized. *See* Trial Tr. 1838:10-15 ("[T]he objections that were raised, BlueCross BlueShield, and there are questions about passing on a hundred percent of the cost of what I believe is -- at least at this stage of the trial, it's foreclosed by the *Hanover Shoe* case. So that objection will be sustained. That's Page 138."). *See also* EPPs' Mot. In Limine No. 8, ECF No. 813.

[2] Indeed, the Court suggested that striking the improperly played testimony was an appropriate remedy. *See* Trial Tr. 1989:4-5 ("I was going to say I can move to strike it . . . .").

and 138:22-139:5 of the Carby deposition from the record, and (ii) read the following to the jury prior to the beginning of the presentation of evidence on Monday, June 27:

> Endo has elicited certain testimony suggesting or implying that one or more of the Plaintiff groups were not injured by Defendants' conduct because any higher brand and/or generic prices the Plaintiffs paid were offset by Plaintiffs' subsequent charges or sales to their respective customers. In other words, Endo has implied that Plaintiffs could not have been harmed because they simply passed on the overcharges. That is an incorrect statement of the law. Rather, this is the law you must follow: in determining whether any Plaintiff suffered an injury, you must not consider whether any Plaintiff avoided any overcharges by passing them on to their customers. I instruct you to disregard any evidence or argument you may have heard or will hear regarding any pass on of overcharges.

Date: June 26, 2022

Respectfully submitted,

/s/ *Gregory S. Asciolla*
Gregory S. Asciolla
Karin E. Garvey
Matthew J. Perez
DICELLO LEVITT GUTZLER
One Grand Central Place
60 East 42nd Street
New York, NY 10165
T: (646) 933-1000
gasciolla@dicellolevitt.com
kgarvey@dicellolevitt.com
mperez@dicellolevitt.com

/s/ *Robert J. Wozniak*
Michael J. Freed
Robert J. Wozniak
Brian M. Hogan
FREED KANNER LONDON & MILLEN LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
T: (224) 632-4500
F: (224) 632-4532
mfreed@fklmlaw.com
rwozniak@fklmlaw.com
bhogan@fklmlaw.com

*Co-Lead Counsel for the End-Payor Classes*

/s/ *Lauren C. Ravkind*
Scott E. Perwin
Lauren C. Ravkind
Anna T. Neill
KENNY NACHWALTER P.A.
Four Seasons Tower – Suite 1100
1441 Brickell Avenue
Miami, FL 33131

/s/ *Barry L. Refsin*
Barry L. Refsin
Alexander J. Egerváry
HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER
One Logan Square, 27th Floor
Philadelphia, PA 19103
Tel: (215) 496-7031

<div style="display: grid; grid-template-columns: 1fr 1fr;">

T: (305) 373–1000
F: (305) 372–1861
sperwin@knpa.com
lravkind@knpa.com
aneill@knpa.com

*Counsel for Plaintiffs Walgreen Co., The Kroger Company, Safeway, Inc., HEB Grocery Co. L.P., and Albertson's LLC*

brefsin@hangley.com
aegervary@hangley.com

Monica Kiley
Eric L. Bloom
HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER
2805 Old Post Road, Suite 100
Harrisburg, PA 17110
T: (717) 364-1007
F: (717) 364-1020
mkiley@hangley.com
ebloom@hangley.com

*Counsel for Plaintiffs Rite Aid Corporation, Rite Aid Hdqtrs. Corp., and CVS Pharmacy, Inc.*

</div>

| /s/ *Andrew C. Curley* | /s/ *Bruce E. Gerstein* |
|---|---|
| David F. Sorensen | Bruce E. Gerstein |
| Andrew C. Curley | Jonathan M. Gerstein |
| BERGER MONTAGUE PC | GARWIN GERSTEIN & FISHER, LLP |
| 1818 Market Street, Suite 3600 | Wall Street Plaza |
| Philadelphia, PA 19103 | 88 Pine Street, 10th Floor |
| T: (215) 875-3000 | New York, NY 10005 |
| F: (215) 875-4604 | T: (212) 398-0055 |
| dsorensen@bm.net | F: (212) 764-6620 |
| acurley@bm.net | bgerstein@garwingerstein.com |
| | jgerstein@garwingerstein.com |

*Co-Lead Counsel for the Direct Purchaser Class*