UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Opana ER Antitrust Litigation, et al.
                              Plaintiff,

v.                                                Case No.: 1:14–cv–10150
                                                Honorable Harry D. Leinenweber

Impax Laboratories, Inc., et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 1, 2022:

      MINUTE entry before the Honorable Harry D. Leinenweber: Deliberations completed on 7/1/2022. Trial ends – jury. The jury returns a verdict in favor of the defendants and against the plaintiff. Judgment entered on the verdict. Civil case closed. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.