**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE OPANA ER ANTITRUST LITIGATION | MDL No. 2580 |
| | Lead Case No. 14-cv-10150 |
| THIS DOCUMENT RELATES TO: | Hon. Harry D. Leinenweber |
| Direct Purchaser Action End-Payor Action | |

**MOTION TO CORRECT JUDGMENT TO LIMIT TO DEFENDANTS ENDO HEALTH SOULTIONS, INC., ENDO PHARMACEUTICALS, INC., AND PENWEST PHARMACEUTICALS CO.**

On July 1, 2022, Plaintiffs received notice that the Court entered a judgment on the docket in favor of Defendants "Endo Health Solutions Inc., et al" (ECF No. 1003). The description of Defendants may, by implication, mistakenly include defendant Impax Laboratories, Inc. ("Impax") as subject to the entered judgment. As the Court is aware, both the Direct Purchaser Class and End Payor Classes have pending settlement agreements with Impax and thus Impax should be excluded from the entered judgment. Accordingly, Plaintiffs respectfully request that the Court correct the entered judgment to indicate that pursuant to Fed. R. Civ. P. 54(b) the judgment applies only to Defendants Endo Health Solutions, Inc., Endo Pharmaceuticals, Inc., and Penwest Pharmaceuticals Co., and not to Impax.

Date:  July 1, 2022

Respectfully submitted,

/s/ *Andrew C. Curley*
David F. Sorensen
Andrew C. Curley
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA  19103
T:  (215) 875-3000
F:  (215) 875-4604
dsorensen@bm.net
acurley@bm.net

/s/ *Bruce E. Gerstein*
Bruce E. Gerstein
Jonathan M. Gerstein
GARWIN GERSTEIN & FISHER, LLP
Wall Street Plaza
88 Pine Street, 10th Floor
New York, NY  10005
T:  (212) 398-0055
F:  (212) 764-6620
bgerstein@garwingerstein.com
jgerstein@garwingerstein.com

*Co-Lead Counsel for the Direct Purchaser Class*

/s/  *Gregory S. Asciolla*
Gregory S. Asciolla
Karin E. Garvey
Matthew J. Perez
DICELLO LEVITT GUTZLER
One Grand Central Place
60 East 42nd Street
New York, NY  10165
T:  (646) 933-1000
gasciolla@dicellolevitt.com
kgarvey@dicellolevitt.com
mperez@dicellolevitt.com

/s/  *Robert J. Wozniak*
Michael J. Freed
Robert J. Wozniak
Brian M. Hogan
FREED KANNER LONDON & MILLEN LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL  60015
T:  (224) 632-4500
F:  (224) 632-4532
mfreed@fklmlaw.com
rwozniak@fklmlaw.com
bhogan@fklmlaw.com

*Co-Lead Counsel for the End-Payor Classes*