UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Opana ER Antitrust Litigation, et al.
                        Plaintiff,

v.                                          Case No.: 1:14–cv–10150
                                              Honorable Harry D. Leinenweber

Impax Laboratories, Inc., et al.
                        Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 24, 2022:

       MINUTE entry before the Honorable Harry D. Leinenweber: Upon consideration of Retailer Plaintiffs' Motion to Dismiss Claims Against Defendant Impax Laboratories, Inc., Retailer Plaintiffs' Motion is GRANTED [981], and all claims of the Retailer Plaintiffs in these actions against Impax Laboratories, Inc. are DISMISSED. The Court retains jurisdiction to enforce the parties' confidential settlement agreement. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.