**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **IN RE: OPANA ER ANTITRUST LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br>All Direct Purchaser Class Actions | **MDL DOCKET NO. 2580**<br>Case No. 1:14-cv-10150 (HDL) |

**NOTICE OF DIRECT PURCHASER CLASS PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT, APPROVAL OF THE FORM AND MANNER OF NOTICE TO THE CLASS AND PROPOSED SCHEDULE FOR A FAIRNESS HEARING**

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law and Declaration of Bruce E. Gerstein, and exhibits attached thereto, Direct Purchaser Class Plaintiffs hereby move for the entry of the Preliminary Approval Order proposed herewith, which provides for: preliminary approval of a proposed Settlement Agreement; approval of a proposed Escrow Agreement; approval of the proposed form and manner of notice to the Direct Purchaser Class; and the establishment of a proposed schedule leading up to and including the Fairness Hearing.

Dated: July 19, 2022                     Respectfully Submitted:

| | |
|---|---|
| /s/ *Andrew C. Curley*<br>David F. Sorensen<br>Andrew C. Curley<br>BERGER MONTAGUE PC<br>1818 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>T: (215) 875-3000<br>F: (215) 875-4604<br>dsorensen@bm.net<br>acurley@bm.net | /s/ *Bruce E. Gerstein*<br>Bruce E. Gerstein<br>Jonathan M. Gerstein<br>GARWIN GERSTEIN & FISHER, LLP<br>Wall Street Plaza<br>88 Pine Street, 10th Floor<br>New York, NY 10005<br>T: (212) 398-0055<br>F: (212) 764-6620<br>bgerstein@garwingerstein.com<br>jgerstein@garwingerstein.com |

*Co-Lead Counsel for the Direct Purchaser Class*
