**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE OPANA ER ANTITRUST LITIGATION | MDL No. 2580 |
| | Lead Case No. 14-cv-10150 |
| THIS DOCUMENT RELATES TO: | Hon. Harry D. Leinenweber |
| All End-Payor Actions | |

**INDEX OF EXHIBITS**

1. Class Action Settlement Agreement Between End-Payor Plaintiffs and Defendant Impax Laboratories, Inc. (dated July 19, 2022)

2. Plan of Allocation

3. Declaration of Linda V. Young in Support of End-Payor Plaintiffs' Motion to Appoint Notice Administrator and Approve Notice Plan

4. Declaration of Meredith Rosenthal, Ph.D. in Support of End-Payor Plaintiffs' Plan of Allocation