# EXHIBIT 4

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE OPANA ER ANTITRUST LITIGATION | MDL No. 2580<br><br>Lead Case No. 14-cv-10150 |
| THIS DOCUMENT RELATES TO:<br><br>ALL END-PAYOR ACTIONS | Hon. Harry D. Leinenweber |

**<u>DECLARATION OF MEREDITH ROSENTHAL, PH.D.</u>**
**<u>IN SUPPORT OF END-PAYOR PLAINTIFFS' PLAN OF ALLOCATION</u>**

1.      My name is Meredith Rosenthal. I am a Professor of Health Economics and

Policy at the Harvard T.H. Chan School of Public Health in Boston, Massachusetts and an

Academic Affiliate of Greylock McKinnon Associates (GMA), a consulting and litigation

support firm. My qualifications and compensation are described in my previous reports

submitted in this matter;[1] therefore, I do not repeat them here.

2.      I was asked by Counsel for the End-Payor Plaintiffs to develop a method for

calculating the allocation of the Net Settlement Fund (as defined in the Plan of Allocation)

between the pool for consumer Class members (the "Consumer Pool") and the pool for third-

party payors (the "Third-Party Payor Pool"). I used the following method:

      a.   I first calculated the average consumer overcharge damages across all

           scenarios. I did so by summing the consumer damages in the Class states

           across all 25 scenarios indicated in my final damage calculation from my

           October 18, 2021 report, and dividing by 25.[2] This resulted in an average

           consumer overcharge of $27,246,901.

      b.   I then calculated the average total damages net of rebates across all

           scenarios. I did so by summing the total overcharge damages net of TPP

           rebates[3] across all 25 scenarios and dividing by 25.[4] This resulted in an

---

[1] Expert Report of Meredith Rosenthal, Ph.D. in Support of Class Certification, March 25, 2019; Expert Rebuttal Report of Meredith Rosenthal, Ph.D. in Support of Class Certification, November 5, 2019; Supplemental Expert Report of Meredith Rosenthal, Ph.D., in Support of the End-Payor Classes, July 26, 2021; Errata to Supplemental Expert Report of Meredith Rosenthal, Ph.D., October 18, 2021 (hereafter, "October 18, 2021 Report").

[2] October 18, 2021 Report.

[3] I used damages net of TPP rebates on the conservative assumption that manufacturer rebates to pharmacy benefit managers were remitted in full to their TPP clients. However, as noted in my March 25, 2019 Report, I understand that there may be legal reasons for excluding rebates from overcharge calculations. See March 25, 2019 Report ¶ 72.

[4] October 18, 2021 Report.

average total damage amount of $61,556,300.

  c. I then divided the average consumer damages across all scenarios by the average total damages across all scenarios to calculate the average consumer share of the overcharge damages. I also calculated the consumer share for each of the 25 scenarios. For the individual scenarios, consumer shares ranged from 40%-51%. Across all scenarios, I calculated an average consumer share of 44.26%.[5] I determined that this is a reasonable consumer share of the Net Settlement Fund.

  d. I subtracted the consumer share for each of the 25 scenarios from one, which yielded the third-party payor share of the net overcharge damages. For the individual scenarios, third-party payor shares ranged from 49%-60%. Across all scenarios, I calculated an average third-party payor share of 55.74%. I determined this is a reasonable third-party payor share of the Net Settlement Fund.[6]

3. Using this method, I determined that the Consumer Pool would be 44.26% of the Net Settlement Fund, and the Third-Party Payor Pool would be 55.74% of the Net Settlement Fund.[7]

---

[5] These calculations are presented in Attachment 1.

[6] These calculations are presented in Attachment 1.

[7] I was asked by counsel to evaluate whether the allocation should also be adjusted to account for variation in the per-mg pricing for different dosage strengths of Opana ER. I conducted a preliminary analysis of the IQVIA data, and, while there is some minor variation in the price per-mg across dosage strengths, it is unlikely that this variation would result in significant differences in the distribution of overcharges across class members (particularly among TPP class members with multiple members).

Meredith Rosenthal
August 12, 2022

**Attachment 1**

## Class State Overcharges and Consumer and TPP Share

Taken from Rosenthal Supplemental Report Errata, Attachments C-L, submitted October 18, 2021.

| | | Attachments C and D | | | |
|---|---|---|---|---|---|
| Scenario | Generic Launch | Consumer | Total Net of TPP Rebates | Consumer Share | TPP Share |
| 1 | Apr-2011 | $28,548,087 | $58,395,243 | 49% | 51% |
| 2 | May-2011 | $27,093,431 | $54,270,116 | 50% | 50% |
| 3 | Jun-2011 | $25,481,441 | $50,768,805 | 50% | 50% |
| 4 | Jul-2011 | $24,118,528 | $47,469,617 | 51% | 49% |
| 5 | Aug-2011 | $22,686,156 | $44,616,235 | 51% | 49% |

| Average Consumer Share | Average TPP Share |
|---|---|
| 44.26% | 55.74% |

| Average Consumer Overcharge Amount | Average Total Overcharges Net of TPP Rebates |
|---|---|
| $27,246,901 | $61,556,300 |

| | | Attachments E and F | | | |
|---|---|---|---|---|---|
| Scenario | Generic Launch | Consumer | Total Net of TPP Rebates | Consumer Share | TPP Share |
| 1 | Apr-2011 | $29,362,498 | $63,679,507 | 46% | 54% |
| 2 | May-2011 | $27,905,383 | $59,469,498 | 47% | 53% |
| 3 | Jun-2011 | $26,291,851 | $55,923,441 | 47% | 53% |
| 4 | Jul-2011 | $24,926,254 | $52,535,879 | 47% | 53% |
| 5 | Aug-2011 | $23,491,534 | $49,619,980 | 47% | 53% |

| | | Attachments G and H | | | |
|---|---|---|---|---|---|
| Scenario | Generic Launch | Consumer | Total Net of TPP Rebates | Consumer Share | TPP Share |
| 1 | Apr-2011 | $30,199,545 | $69,047,637 | 44% | 56% |
| 2 | May-2011 | $28,739,928 | $64,751,316 | 44% | 56% |
| 3 | Jun-2011 | $27,124,829 | $61,159,681 | 44% | 56% |
| 4 | Jul-2011 | $25,756,505 | $57,682,418 | 45% | 55% |
| 5 | Aug-2011 | $24,319,402 | $54,702,958 | 44% | 56% |

| | | Attachments I and J | | | |
|---|---|---|---|---|---|
| Scenario | Generic Launch | Consumer | Total Net of TPP Rebates | Consumer Share | TPP Share |
| 1 | Apr-2011 | $31,055,266 | $74,505,464 | 42% | 58% |
| 2 | May-2011 | $29,593,104 | $70,121,347 | 42% | 58% |
| 3 | Jun-2011 | $27,976,413 | $66,483,308 | 42% | 58% |
| 4 | Jul-2011 | $26,605,320 | $62,914,968 | 42% | 58% |
| 5 | Aug-2011 | $25,165,798 | $59,870,837 | 42% | 58% |

| | | Attachments K and L | | | |
|---|---|---|---|---|---|
| Scenario | Generic Launch | Consumer | Total Net of TPP Rebates | Consumer Share | TPP Share |
| 1 | Apr-2011 | $31,926,991 | $80,060,007 | 40% | 60% |
| 2 | May-2011 | $30,462,245 | $75,586,629 | 40% | 60% |
| 3 | Jun-2011 | $28,843,937 | $71,901,336 | 40% | 60% |
| 4 | Jul-2011 | $27,470,031 | $68,240,580 | 40% | 60% |
| 5 | Aug-2011 | $26,028,054 | $65,130,698 | 40% | 60% |