**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| *IN RE OPANA ER ANTITRUST LITIGATION*<br><br>THIS DOCUMENT RELATES TO:<br><br>*All Actions* | MDL No. 2580<br><br>Lead Case No. 14-cv-10150<br>Hon. Matthew F. Kennelly |

## STIPULATED ORDER RESOLVING ENDO'S BILL OF COSTS

WHEREAS, on July 1, 2022, following a trial, the jury entered a verdict in favor of Defendants Endo Health Solutions Inc., Endo Pharmaceuticals Inc. (collectively, "Endo") and against Plaintiffs.[1] [ECF No. 1005];

WHEREAS, on August 1, 2022, Endo filed a Bill of Costs and supporting declaration requesting that Plaintiffs be taxed costs in the amount $400,416.73. [ECF Nos. 1056, 1057];

WHEREAS, on August 15, 2022, Plaintiffs filed a Motion to Reduce Endo's Bill of Costs and Stay Enforcement. [ECF No. 1063];

WHEREAS, on August 17, 2022, Endo filed a Notice of Suggestion of Bankruptcy and Automatic Stay of Proceedings. [ECF No. 1064];

WHEREAS, on August 22, 2022, the Court entered a Second Amended Judgment in favor of Endo and against Plaintiffs. [ECF No. 1067];

---

[1] "Plaintiffs" are (a) the certified Direct Purchaser Plaintiff Class (ECF No. 726), (b) the certified End-Payor Plaintiff Class (ECF Nos. 726 and 746) and (c) the Retailer plaintiffs, Walgreen Co., The Kroger Company, Safeway, Inc., HEB Grocery Co. L.P., and Albertson's LLC, Rite Aid Corporation, Rite Aid Hdqtrs. Corp., and CVS Pharmacy, Inc.

WHEREAS, on March 22, 2024, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") entered an order in *In re Endo International plc*, Case No. 22-22549 (JLG) (Bankruptcy Docket No. 3960) confirming Endo's Plan of Reorganization, which was effective as of April 23, 2024 (the "Plan of Reorganization") (Bankruptcy Docket No. 3849);

WHEREAS, pursuant to Sections 2.1(a) and 2.1(b) of the Purchase and Sale Agreement incorporated into the Plan of Reorganization and Paragraph 25 of the Bankruptcy Court's order confirming the Plan of Reorganization, Endo USA, Inc. is the proper recipient for payment of the Bill of Costs;

WHEREAS, the Plan of Reorganization enjoined any effort by Plaintiffs to continue pursuing their claims against Defendants in this litigation;

WHEREAS, as a result, the only remaining matter on the docket in this litigation is Endo's Bill of Costs [ECF Nos. 1056, 1057] and Plaintiffs' Motion to Reduce Endo's Bill of Costs and to Stay Enforcement [ECF No. 1063]; and

WHEREAS, the parties wish to resolve their dispute regarding Endo's Bill of Costs.

NOW THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:

1. Plaintiffs will pay Endo USA, Inc. in the amount of $280,000 in satisfaction of Endo's Bill of Costs within ten business days of this Stipulated Order. Endo will provide payment instructions to Plaintiffs for such payment within two business days of this Stipulated Order.

2. Absent notice from Endo within fifteen business days of this Stipulated Order that Plaintiffs have failed to make the payment set forth above, Endo's Bill of Costs will be deemed resolved and this matter will be closed.

3. Nothing in this Stipulated Order shall be deemed to waive or in any way affect rights or claims Plaintiffs may have, if any, under the Plan of Reorganization and any documents or orders related thereto, including, but not limited to, any right to receive a cash distribution from the Endo Reverse Payment Claims Trust pursuant to an allowed Class 4(f) Reverse Payment Claim.

Dated: July 11, 2024                                      Respectfully submitted,

*/s/ George G. Gordon*
George G. Gordon (admitted *pro hac vice*)
Julia Chapman
**DECHERT LLP**
Cira Centre, 2929 Arch Street
Philadelphia, PA 19104
Tel.: (215) 994-4000
Fax: (215) 994-2222
george.gordon@dechert.com
julia.chapman@dechert.com

*/s/ Heidi K. Hubbard*
Heidi K. Hubbard (admitted *pro hac vice*)
Benjamin Greenblum (admitted *pro hac vice*)
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue, SW
Washington, DC 20024
Tel.: (202) 434-5000
Fax: (202) 434-5029
hhubbard@wc.com
bgreenblum@wc.com

*Counsel for Defendants Endo Health Solutions Inc., Endo Pharmaceuticals Inc., and Penwest Pharmaceuticals Co.*

*/s/ Lauren C. Ravkind*
Scott E. Perwin
Lauren C. Ravkind
Anna T. Neill
KENNY NACHWALTER P.A.
Four Seasons Tower – Suite 1100
1441 Brickell Avenue
Miami, FL 33131
T: (305) 373–1000
F: (305) 372–1861
sperwin@knpa.com
lravkind@knpa.com aneill@knpa.com

*Counsel for Plaintiffs Walgreen Co., The Kroger Company, Safeway, Inc., HEB Grocery Co. L.P., and Albertson's LLC*

*/s/ Barry L. Refsin*
Barry L. Refsin
Alexander J. Egerváry
HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER
One Logan Square, 27th Floor
Philadelphia, PA 19103
Tel: (215) 496-7031
brefsin@hangley.com
aegervary@hangley.com

*Counsel for Plaintiffs Rite Aid Corporation, Rite Aid Hdqtrs. Corp., and CVS Pharmacy, Inc.*

*/s/ Andrew C. Curley*
David F. Sorensen
Andrew C. Curley
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
T: (215) 875-3000
F: (215) 875-4604
dsorensen@bm.net acurley@bm.net

*/s/ Bruce E. Gerstein*
Bruce E. Gerstein
Jonathan M. Gerstein
GARWIN GERSTEIN & FISHER, LLP
Wall Street Plaza
88 Pine Street, 10th Floor
New York, NY 10005
T: (212) 398-0055
F: (212) 764-6620
bgerstein@garwingerstein.com
jgerstein@garwingerstein.com

*Co-Lead Counsel for the Direct Purchaser Class*

*/s/ Gregory S. Asciolla*
Gregory S. Asciolla
DICELLO LEVITT LLP
485 Lexington Avenue, 10th Floor
New York, NY 10017
T: (646) 933-1000
gasciolla@dicellolevitt.com

*/s/ Robert J. Wozniak*
Michael J. Freed
Robert J. Wozniak
FREED KANNER LONDON & MILLEN LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
T: (224) 632-4500
F: (224) 632-4532
mfreed@fklmlaw.com
rwozniak@fklmlaw.com

*Co-Lead Counsel for the End-Payor Classes*

5

Dated: ___July 16, 2024

_____
Honorable Matthew F. Kennelly
United States District Court Judge